**EXHIBIT C**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------x
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,

                Plaintiff,

   -against-

EAST 16TH ST. REALTY, LLC, SIGNATURE BANK,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                Defendants.
-----------------------------------------------------------------x

Index No. 516690/2019

STIPULATION
AND ORDER OF
SUBSTITUTION

WHEREAS, on March 12, 2023, the New York State Department of Financial Services closed Signature Bank and appointed the Federal Deposit Insurance Corporation as receiver for Signature Bank;

WHEREAS, on March 12, 2023, the Federal Deposit Insurance Corporation accepted the appointment as receiver and, as a result of that appointment and pursuant to 12 U.S.C. § 1821(d)(2)(A), the Federal Deposit Insurance Corporation succeeded by operation of law to "all rights, titles, powers, and privileges" of Signature Bank;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for plaintiff, The Fellowship for Advanced Comprehensive Talmudics, Inc., defendant East 16th St. Realty, LLC, defendant 10 O.K.,

L.P., and defendant Signature Bank, by the Federal Deposit Insurance Corporation, as Receiver for Signature Bank, these being all the parties having appeared in this action (all other parties having failed to timely appear and now being in default), that, pursuant to CPLR 1017, the Federal Deposit Insurance Corporation, as Receiver for Signature Bank, be substituted into this action for defendant Signature Bank as of the date of the So-Ordering of this Stipulation;

IT IS HEREBY FURTHER STIPULATED AND AGREED that the caption in this action be amended as follows:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------------X
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,

                    Plaintiff,

    -against-

EAST 16TH ST. REALTY, LLC,
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SIGNATURE BANK,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                    Defendants.
---------------------------------------------------------------------X

Index No. 516690/2019

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be signed in counterparts, and electronically transmitted counterparts of a signature shall be the equivalent of an original signature.

Dated: June 16, 2023

JONATHAN E. NEUMAN, ESQ.

By: *Jonathan E. Neuman*
Jonathan E. Neuman
176-25 Union Turnpike, Suite 230
Fresh Meadows, New York 11366
(347) 450-6710
*Counsel for Plaintiff*

HELLER, HOROWITZ & FEIT, P.C

By: *Martin Stein*
Martin Stein
260 Madison Avenue, 17th Floor
New York, New York 10016
(917) 523-0692
*Counsel for East 16th St. Realty, LLC and 10 O.K., L.P.*

McLAUGHLIN & STERN, LLP

By: *Todd H. Hesekiel*
Todd H. Hesekiel
1122 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 829-6900
*Counsel for Federal Deposit Insurance Corporation, as Receiver for Signature Bank*

-and-

FEDERAL DEPOSIT INSURANCE CORPORATION
LEGAL DIVISION
Jeffrey E. Schmitt, Senior Counsel
Kaye A. Allison, Counsel
3501 Fairfax Drive, Room VS-D-7092
Arlington, Virginia 22226
(703) 562-2676
*Counsel for Federal Deposit Insurance Corporation, as Receiver for Signature Bank*

SO ORDERED:

Justice Lawrence Knipel