**EXHIBIT D**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------x

| | |
|---|---|
| THE FELLOWSHIP FOR ADVANCED COMPREHENSIVE TALMUDICS, INC., | Index No. 516690/2019 |
| Plaintiff, | (Knipel, J.) |
| -against- | |
| EAST 16TH ST. REALTY, LLC, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SIGNATURE BANK, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1" through "JOHN DOE # 10," The last ten names being fictitious and unknown to Plaintiff, the person or parties intended being the persons or parties, if any, having or claiming an interest in or lien upon the mortgaged property described in the complaint, | NOTICE OF FILING OF NOTICE OF REMOVAL |
| Defendants. | |

------------------------------------------------------------------------x

TO:   THE CLERK OF THE COURT
      SUPREME COURT OF THE STATE OF NEW YORK
      COUNTY OF KINGS

PLEASE TAKE NOTICE that on August 9, 2023, defendant Federal Deposit Insurance Corporation, in its capacity as the receiver for Signature Bank, filed a Notice of Removal of the above-entitled action in the United States District Court for the Eastern District of New York.  A copy of the Notice of Removal filed in the United States District Court appears as Exhibit 1 to this notice.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the

filing of this Notice of Filing of Notice of Removal with this Court, effects the removal of this action, and this Court may proceed no further unless and until such case is remanded.

Dated: Garden City, New York
      August 9, 2023

                McLAUGHLIN & STERN, LLP

                By: _____
                      Todd H. Hesekiel
                1122 Franklin Avenue, Suite 300
                Garden City, New York  11530
                  (516) 829-6900

                *Counsel for the Federal Deposit Insurance*
                  *Corporation, as Receiver for Signature Bank*

                    -and-

                FEDERAL DEPOSIT INSURANCE CORPORATION
                LEGAL DIVISION
                Jeffrey E. Schmitt, Senior Counsel
                Kaye A. Allison, Counsel
                3501 Fairfax Drive, Room VS-D-7092
                Arlington, Virginia 22226
                  (703) 562-2676

                *Counsel for the Federal Deposit Insurance*
                  *Corporation, as Receiver for Signature Bank*

TO:   ALL COUNSEL OF RECORD
       (BY NYSCEF ELECTRONIC FILING)