UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,

Case No. 23-CV-06008-RPK-TAM

                Plaintiff,

    -against-

EAST 16TH ST. REALTY, LLC,
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR SIGNATURE BANK,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                Defendants.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Amy Fliegelman, certify that on August 10, 2023, I caused true and correct copies of the Notice of Removal by the Federal Deposit Insurance Corporation as Receiver for Signature Bank (with exhibits) and the Individual Practice Rules of Judge Rachel P. Kovner, to sent to the following by certified mail:

        JONATHAN E. NEUMAN, ESQ.
        176-25 Union Turnpike, Suite 230
        Fresh Meadows, New York 11366

        HELLER, HOROWITZ & FEIT, P.C.
        260 Madison Avenue, 17th Floor
        New York, New York 10016

                                        NEW YORK STATE DEPARTMENT OF
                                                TAXATION AND FINANCE
                                                   Harriman Campus Road
                                                  Albany, New York 12227

Dated: August 14, 2023

                                                                   _____
                                                                        AMY FLIEGELMAN