*Law Offices of*
# Jonathan E. Neuman, Esq.
*176–25 Union Turnpike, Suite 230*
*Fresh Meadows, NY 11366*
(347) 450-6710
FAX (718) 228-3689

**Jonathan E. Neuman, Esq.**  **Leslie Martin, Esq.**
**Attorney & Counselor at Law**  **Of Counsel**

September 5, 2023

Brian Grieco, Esq.
McLAUGHLIN & STERN, LLP
1122 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 829-6900
*Via Email BGrieco@mclaughlinstern.com*

Martin Stein, Esq.
HELLER, HOROWITZ & FEIT, P.C
260 Madison Avenue, 17th Floor
New York, New York 10016
(917) 523-0692
*Via email MStein@hhandf.com*

   **RE:** <u>*The Fellowship For Advanced Comprehensive Talmudics v. East 16th St. Realty et al*</u>
      <u>Docket No. 23-CV-06008-RPK-TAM</u>

Gentlemen:

  Attached please find Plaintiff's motion for remand and attorney's fees pursuant to 28 U.S.C. §1447(c). Pursuant to Judge Kovner's Individual Rules, such motion will not be filed until it is ready to be bundled.

                Very truly yours,

                Jonathan E. Neuman, Esq.

Encl.