UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,

                            Plaintiff,         Case No. 1:23-cv-06008-RPK-TAM

    -vs-

                                              **NOTICE OF APPEARANCE**

EAST 16TH ST. REALTY, LLC,
FEDERAL DEPOSIT INSURANCE CORPORATION,
AS RECEIVER FOR SIGNATURE BANK,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"

The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                            Defendants.
-------------------------------------------------------------------X

       PLEASE TAKE NOTICE that JONATHAN E. NEUMAN, ESQ, hereby appears on behalf of Plaintiff, THE FELLOWSHIP FOR ADVANCED COMPREHENSIVE TALMUDICS, INC., and directs that you serve all papers upon him, as attorney, at the address that appears below.

Dated:  Fresh Meadows, New York
          September 5, 2023

                                               By: /s/ Jonathan E. Neuman
                                                  JONATHAN E. NEUMAN, ESQ.
                                                  *Attorney for Plaintiff*
                                                  176-25 Union Turnpike, Suite 230
                                                  Fresh Meadows, NY 11366
                                                  (347) 450-6710
                                                  (718) 228-3689 *fax*
                                                  jnesq@jenesqlaw.com