UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,                Case No. 23-cv-06008-RPK-TAM

                      Plaintiff,

    -against-

EAST 16TH ST. REALTY, LLC,
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR SIGNATURE BANK,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                      Defendants.
-------------------------------------------------------------------------x

## STIPULATION AND ORDER OF SUBSTITUTION

WHEREAS, on December 14, 2023, the Federal Deposit Insurance Corporation, as receiver for Signature Bank (the "FDIC-R"), conveyed its interest in the mortgage and note originally held by Signature Bank that is at issue in this action to SIG CRE 2023 Venture LLC, a Delaware limited liability company formed by the FDIC-R;

WHEREAS, the FDIC-R continues to own an 80% equity interest in SIG CRE 2023 Venture LLC;

2

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for plaintiff the Fellowship for Advanced Comprehensive Talmudics, Inc., defendant East 16th St. Realty, LLC, defendant 10 O.K., L.P., defendant FDIC-R, these being all the parties having appeared in this action (all other parties having failed to timely appear and now being in default), and SIG CRE 2023 Venture LLC, that, pursuant to Rule 25 of the Federal Rules of Civil Procedure, SIG CRE 2023 Venture LLC be substituted into this action for the FDIC-R, as of the date of the so-ordering of this Stipulation;

IT IS HEREBY FURTHER STIPULATED AND AGREED that the caption in this action be amended to replace defendant FDIC-R, with defendant SIG CRE 2023 Venture LLC; and

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be signed in counterparts, and electronically transmitted counterparts of a signature shall be the equivalent of an original signature.

Dated: January 12, 2024

| | |
|---|---|
| JONATHAN E. NEUMAN, ESQ. | HELLER, HOROWITZ & FEIT, P.C |
| By: *Jonathan E. Neuman* /with permission/<br>Jonathan E. Neuman<br>176-25 Union Turnpike, Suite 230<br>Fresh Meadows, New York 11366<br>(347) 450-6710 | By: *Martin Stein* /with permission/<br>Martin Stein<br>260 Madison Avenue, 17th Floor<br>New York, New York 10016<br>(917) 523-0692 |
| *Counsel for Plaintiff* | *Counsel for East 16th St. Realty, LLC and 10 O.K., L.P.* |
| McLAUGHLIN & STERN, LLP | McLAUGHLIN & STERN, LLP |
| By: *[signature]*<br>Todd H. Hesekiel<br>Brian J. Grieco<br>1122 Franklin Avenue, Suite 300<br>Garden City, New York 11530<br>(516) 829-6900 | By: *[signature]*<br>Todd H. Hesekiel<br>Brian J. Grieco<br>1122 Franklin Avenue, Suite 300<br>Garden City, New York 11530<br>(516) 829-6900 |
| *Counsel for Federal Deposit Insurance Corporation, as Receiver for Signature Bank* | *Counsel for SIG CRE 2023 Venture LLC* |

SO ORDERED:

_____