UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,　　　　　Case No. 23-cv-06008-RPK-TAM

　　　　　　　　　　Plaintiff,

　　　-against-

EAST 16TH ST. REALTY, LLC,
FEDERAL DEPOSIT INSURANCE CORPORATION
AS RECEIVER FOR SIGNATURE BANK,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

　　　　　　　　　　Defendants.
------------------------------------------------------------------------x

## STIPULATION AND ORDER OF SUBSTITUTION

WHEREAS, on December 14, 2023, the Federal Deposit Insurance Corporation, as receiver for Signature Bank (the "FDIC-R"), conveyed its interest in the mortgage and note originally held by Signature Bank that is at issue in this action to SIG CRE 2023 Venture LLC, a Delaware limited liability company formed by the FDIC-R;

WHEREAS, the FDIC-R continues to own an 80% equity interest in SIG CRE 2023 Venture LLC;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for plaintiff the Fellowship for Advanced Comprehensive Talmudics, Inc., defendant East 16th St. Realty, LLC, defendant 10 O.K., L.P., defendant FDIC-R, these being all the parties having appeared in this action (all other parties having failed to timely appear and now being in default), and SIG CRE 2023 Venture LLC, that, pursuant to Rule 25 of the Federal Rules of Civil Procedure, SIG CRE 2023 Venture LLC be substituted into this action for the FDIC-R, as of the date of the so-ordering of this Stipulation;

IT IS HEREBY FURTHER STIPULATED AND AGREED that the caption in this action be amended to replace defendant FDIC-R, with defendant SIG CRE 2023 Venture LLC; and

IT IS FURTHER HEREBY STIPULATED AND AGREED that this stipulation may be signed in counterparts, and electronically transmitted counterparts of a signature shall be the equivalent of an original signature.

Dated: January 12, 2024

JONATHAN E. NEUMAN, ESQ.

By: _____ /with permission
    Jonathan E. Neuman
176-25 Union Turnpike, Suite 230
Fresh Meadows, New York 11366
  (347) 450-6710

*Counsel for Plaintiff*

HELLER, HOROWITZ & FEIT, P.C

By: _____ /with permission
    Martin Stein
260 Madison Avenue, 17th Floor
New York, New York 10016
  (917) 523-0692

*Counsel for East 16th St. Realty, LLC
and 10 O.K., L.P.*

McLAUGHLIN & STERN, LLP

By: _____
    Todd H. Hesekiel
    Brian J. Grieco
1122 Franklin Avenue, Suite 300
Garden City, New York 11530
  (516) 829-6900

*Counsel for Federal Deposit Insurance
Corporation, as Receiver for Signature Bank*

McLAUGHLIN & STERN, LLP

By: _____
    Todd H. Hesekiel
    Brian J. Grieco
1122 Franklin Avenue, Suite 300
Garden City, New York 11530
  (516) 829-6900

*Counsel for SIG CRE 2023 Venture LLC*

 

DATED: January 22, 2024
SO ORDERED:

_____
HONORABLE TARYN A. MARKL
UNITED STATES MAGISTRATE JUDGE