# McLaughlin & Stern, LLP
## Founded 1898

Brian J. Grieco
Partner
bgrieco@mclaughlinstern.com

1122 FRANKLIN AVENUE, SUITE 300
GARDEN CITY, NEW YORK 11530
(516) 829-6900
Fax (516) 829-6966

www.mclaughlinstern.com

New York, NY
Millbrook, NY
Westport, CT
West Palm Beach, FL
Naples, FL
Clark, NJ

February 8, 2024

<u>VIA ECF ELECTRONIC FILING</u>

Hon. Rachel P. Kovner
United States District Court
  For the Eastern District of New York
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *The Fellowship for Advanced Comprehensive Talmudics, Inc. v. East 16th St. Realty, LLC*, Case No. 23-CV-06008-RPK-TAM
<u>Motion to Dismiss Briefing Schedule</u>

Dear Judge Kovner:

We represent SIG CRE 2023 Venture LLC ("SIG CRE"), a defendant in this action. On January 22, 2024, SIG CRE was substituted into this action for the Federal Deposit Insurance Corporation, as receiver for Signature Bank (the "FDIC-R"). SIG CRE is preparing to move to dismiss this action for the same reasons and on the same basis that the FDIC-R had requested permission to make a motion dismiss this action – *i.e.*, because there is no longer subject matter jurisdiction over this dispute – and such request was granted by order dated November 21, 2023.

We write to ask this Court to reset the dates and deadlines for SIG CRE to make the motion to dismiss in light of the substitution. The parties can brief the motion to dismiss as follows:

- SIG CRE's motion to be served (but not filed) by March 11, 2024;
- Plaintiff's opposition to be served (but not filed) by April 3, 2024;
- SIG CRE's reply to be served (but not filed) by April 12, 2024; and
- All motion papers filed by April 15, 2024.

Respectfully,

Brian J. Grieco

{N0684889.1}

cc: Jonathan E. Neuman, counsel for Plaintiff (by electronic mail)
Martin Stein, counsel for defendants East 16th St. Realty, LLC and 10 O.K., L.P. (by electronic mail)