UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,    Case No. 23-cv-06008-RPK-TAM

                     Plaintiff,

    -against-

EAST 16TH ST. REALTY, LLC,
SIG CRE 2023 VENTURE LLC,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                     Defendants.
------------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS ACTION
## AS AGAINST SIG CRE 2023 VENTURE LLC

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the declaration of Donald G. Grieser, dated March 8, 2024, and all prior papers and proceedings herein, defendant SIG CRE 2023 Venture LLC ("SIG CRE"), will move this Court, before the Honorable Rachel P. Kovner, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, on a date and at a time designated by the Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for an order dismissing the amended complaint, dated November 19, 2020 (ECF No. 1-2), as against SIG CRE, with prejudice, because there is no longer subject matter jurisdiction over this dispute.

Dated: Garden City, New York
March 11, 2024

                      McLAUGHLIN & STERN, LLP

                      By: /s/ Brian J. Grieco
                            Brian J. Grieco
                            Todd H. Hesekiel
                    1122 Franklin Avenue, Suite 300
                    Garden City, New York 11530
                      (516) 829-6900

                    *Attorneys for SIG CRE 2023 Venture LLC*

TO:    JONATHAN E. NEUMAN, ESQ.
         176-25 Union Turnpike, Suite 230
         Fresh Meadows, New York 11366
         *Counsel for Plaintiff*

         HELLER, HOROWITZ & FEIT, P.C.
         260 Madison Avenue, 17th Floor
         New York, New York 10016
         *Counsel for Defendants East 16th St. Realty, LLC and 10 O.K., L.P.*