UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,　　　　　　　Case No. 23-cv-06008-RPK-TAM

　　　　　　　　　　Plaintiff,

　　　　-against-

EAST 16TH ST. REALTY, LLC,
SIG CRE 2023 VENTURE LLC,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

　　　　　　　　　　Defendants.
------------------------------------------------------------------------x

### DECLARATION IN SUPPORT OF MOTION TO DISMISS
### ACTION AS AGAINST DEFENDANT SIG CRE 2023 VENTURE LLC

I, DONALD G. GRIESER, declare as follows, pursuant to 28 U.S.C. § 1746:

　　　1.　　I am employed by the Federal Deposit Insurance Corporation ("FDIC"). Among my responsibilities, I am the assigned Claims Agent for the FDIC as Receiver for Signature Bank ("FDIC-Receiver" or "Receiver") with respect to non-depositor claims. Based on my review of FDIC records, I have personal knowledge of the facts set forth in this declaration, which is submitted in support of SIG CRE 2023 Venture LLC's motion to dismiss the above-referenced action.

2.      As Claims Agent, I am responsible for overseeing the administrative claims process for the Signature Bank Receivership.  As part of my job, I accept, log and track administrative claims that are filed with the Signature Bank Receivership.

3.      On March 12, 2023, the New York State Department of Financial Services closed Signature Bank ("Signature" or "Bank") and appointed the FDIC as the Bank's receiver.  The FDIC accepted that appointment on March 12, 2023.  A copy of the appointment letter and acceptance is attached hereto as Exhibit A.

4.      In its capacity as Signature's Receiver, the FDIC-Receiver established July 17, 2023, as the "Claims Bar Date."  The Claims Bar Date is the deadline for filing any administrative claims against the Receiver.

5.      The FDIC-Receiver prepared a Publication Notice to Creditors and Depositors of Signature Bank advising that administrative claims against the failed institution, together with supporting proof, must be submitted to the FDIC-Receiver by the July 17, 2023, Claims Bar Date and that failure to file a claim by the Claims Bar Date would result in disallowance by the Receiver.  That Publication Notice was published on March 30, 2023, May 1, 2023, and June 1, 2023, in *The Wall Street Journal*, the *New York Times*, the *Los Angeles Times*, the *San Francisco Chronicle*, the *Charlotte Observer*, the *Raleigh News & Observer*, and the *Reno Gazette* newspapers.  Attached hereto as Exhibit B are true copies of the notices published in those newspapers.

6.      After learning that Plaintiff had commenced this action, I checked the claims database for the Signature Receivership and confirmed that no administrative claim had been filed by, or on behalf of, The Fellowship for Advanced Comprehensive Talmudics Inc.  Accordingly, on April 12, 2023, the

FDIC staff on behalf of the Receiver sent a "Notice to Discovered Claimant to Present Proof of Claim" ("Notice") to The Fellowship for Advanced Comprehensive Talmudics, Inc., c/o Mark M. Kranz, Esq., Suslovich & Klein, LLP, 1507 Avenue M, Brooklyn, NY 11230, advising of the Signature Receivership and the July 17, 2023, Claims Bar Date. A true copy of the Notice is attached hereto as Exhibit C.

7. As of today's date, The Fellowship for Advanced Comprehensive Talmudics, Inc. has not filed any administrative claim with the FDIC-Receiver.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _8th_ day of March 2024, in Allen, Texas.

_____

Donald G. Grieser