**EXHIBIT B**

# Neville literally stealing the show for North Meck baseball

BY CAMERON WILLIAMS
*Correspondent*

HUNTERSVILLE

With six wins so far this season, North Mecklenburg High baseball coach Andrew Martin thinks his team has a shot for its first winning season in 10 years.

A big reason for Martin's optimism is junior Jake Neville, who has 21 stolen bases in 12 games this season, good for second in the state behind Northwest Guilford's Bristol Carter (25 in 13 games)

"He (Neville) is definitely our leader out there, there is no question about that," said Martin, whose team is 6-6 and plays at Harding (1-7) on Thursday. "He definitely brings leadership to the table and is a guy that we as a coaching staff can count on. He works hard, shows up and does what he needs to do, but I am more proud of him for the kind of teammate that he is. I see him all the time helping out other players, and I feel that is most important and definitely value his leadership."

For Neville, it is important to know that his coaches have this immense amount of respect and confidence in him, and it ultimately gives him the edge that he needs to be great each and every game for the Vikings.

"I really appreciate coach's kind words," Neville said. "I think as a team we are all on the right track together. Me being a good teammate can help others and get a good chemistry going. I feel like I'm almost a coach and mentor to all the kids out there on the field. I feel like it is a great environment, and I just love it."

To get as many stolen bases as Neville has, of course, you have to get on base. Neville is batting a .481 with a .641 on-base percentage. But to compile so many stolen bases it also takes a keen eye on what the opposing pitcher is doing, he said.

"It is really all about timing," Neville said. "Once you're at second you are pretty much already at third. So, it is really all about timing and trying to pick up tendencies on (the opposing pitcher). A bunch of times it has been successful. I think I have only been thrown out one time this season."

This is a Viking roster composed of a lot of key players who are — like Neville — juniors and younger. While Martin is still focused on this season, he knows that he has a good foundation to build upon for next year, as well.

"It is really exciting," Martin said. "What's good is that a lot of these guys, my first year as an assistant was their freshman year. I see growth in us every year, and I feel that if we take the right steps in the offseason that we can get a lot better and continue to take those steps forward."

**THREE KEYS FROM LAST WEEK'S GAMES**

● No. 1 Hough got a statement win over No. 4 South Meck, which vaulted it to the top of the rankings this week.

● No. 2 Weddington played a three-game series with No. 3 Sun Valley and won 2-of-3 games against the Spartans last week.

● No. 5 Ardrey Kell picked up two wins against No. 8 Myers Park, scoring eight runs in each game.

**GAMES OF THE WEEK**

● No. 10 Charlotte Christian faces Cannon School, and if the Cougars can secure a win Thursday against the Knights, it will likely bump the Cougars into the rankings.

● No. 4 South Meck will face No. 5 Ardrey Kell in a pivotal game for conference standings. Both teams are unbeaten in conference play and will be key moving into the latter part of the season.

North Meck High's Jake Neville has 21 stolen bases in 12 games this season.

**OBSERVER SWEET 16 POLL**

| Rk | School | Record | Class | Prvs |
|---|---|---|---|---|
| 1 | Hough | 11-2 | 4A | 3 |
| 2 | Weddington | 8-2 | 4A | 2 |
| 3 | Sun Valley | 6-3 | 4A | 4 |
| 4 | Ardrey Kell | 8-2 | 4A | 9 |
| 5 | South Mecklenburg | 8-3 | 4A | 1 |
| 6 | Charlotte Catholic | 10-3 | 4A | 7 |
| 7 | Hickory Ridge | 9-3 | 4A | 5 |
| 8 | Myers Park | 7-3 | 4A | 6 |
| 9 | Stuart Cramer | 6-3 | 3A | 7 |
| 10 | Charlotte Christian | 8-4 | IND | 13 |
| 11 | Hopewell | 9-3 | 4A | 12 |
| 12 | South Point | 7-3 | 3A | 13 |
| 13 | Cannon School | 5-2 | IND | NR |
| 14 | North Lincoln | 6-4 | 3A | 15 |
| 15 | Piedmont | 5-5 | 3A | 14 |
| 16 | Providence | 5-4 | 4A | NR |

**Dropped out:** Hickory Grove (IND, 7-4); Cox Mill (4A, 5-5). **Also receiving consideration:** Lake Norman (4A, 5-5); Cuthbertson (4A, 5-4)

# Here are the top storylines for 2023 Atlanta Braves

BY JUSTIN TOSCANO
*The Atlanta Journal-Constitution*

On opening day, every team is 0-0. Fans all around the sport have optimism. Nothing has happened yet, so anything can happen.

There is a different feel to the Braves than most clubs.

They are seeking their sixth straight National League East crown. They have World Series aspirations, and a roster that makes those hopes realistic. Braves fans everywhere have been waiting for this team to debut in its regular-season form.

There's so much possibility with the 2023 Braves.

Here are the top storylines this season:

**World Series or bust:** On one hand, it always seems a tad unfair to label a team's season as "World Series or bust." The postseason features unpredictability and randomness. It can be a crapshoot.

On the other, the Braves have one of the best rosters – if not the best, depending on what case you want to make – in baseball. They have stars, but they also have depth. They have an experienced manager and coaching staff. They have one of the sport's top executives making decisions.

They have it all.

Think back to last year: The Braves won 101 games and a fifth straight division title. This qualifies as an incredible season. But did any of it matter in the minds of fans during the final two games in Philadelphia, when the Phillies outclassed, and then eliminated, the Braves? Probably not.

A week or so – or longer, if needed – after a season ends, rational fans can usually appreciate a team for what it was and what it accomplished. The Braves had an unreal 2022 season and ran into a hot team. They gave fans tons of good memories.

But they were good enough to repeat as World Series champions, tough as it may be to do so.

This season, the Braves are once again talented enough to win a ring. Heck, they might have a better team this year.

And in professional sports, it's difficult to keep a championship window open for a long time. The Braves must capitalize.

**The lineup could be historically good:** The Braves will send (in some order) Ronald Acuña Jr., Matt Olson, Austin Riley, Michael Harris II, Ozzie Albies and Sean Murphy to the plate.

The point: They are stacked.

Their lineup could be historically good, depending on how you define that. At its best, it could be one of the strongest lineups this century. No, not everyone will click at the same time. Yes, slumps will occur.

But the Braves have stars and depth. They arguably have three players – Acuña, Olson and Riley – who are realistic MVP candidates. Harris, Murphy, Albies and Eddie Rosario are no slouches. And if Marcell Ozuna hits? Watch out.

Going into a baseball season, you never know how everything will play out. So much can happen that goes against a popular narrative.

You can bet on this, though: If healthy, the Braves are going to score – a lot.

**The Braves might feature a top-5 pitching staff:** So often, we see stellar lineups undone by mediocre pitching staffs.

It's one thing to know you can score six runs. It's another to know you have to score six runs if you want a chance to win. (This is an extreme example, but you get the point.)

Braves fans can be relatively certain that Atlanta will feature a good pitching staff. But can it be great? Can it be one of the top five staffs in baseball at season's end?

It's certainly possible.

At their best, Max Fried and Spencer Strider are two ace-level pitchers. If he performs like he did in 2022, Kyle Wright will be another weapon. Charlie Morton is a good bounce-back candidate. Jared Shuster and Dylan Dodd are promising prospects. At this point, Ian Anderson, Michael Soroka and Bryce Elder give the Braves depth.

And we haven't even gotten to the bullpen.

If healthy, it could actually be baseball's best group. Raisel Iglesias (closer), A.J. Minter and Joe Jiménez all have experience pitching at the back end of games. Collin McHugh offers versatility because he can pitch multiple innings. Lucas Luetge is coming off a couple great seasons with the Yankees. Could Kirby Yates return to pre-injury form? Nick Anderson and Dylan Lee are weapons out of the bullpen.

At its best, the Braves' pitching staff could be dominant.

HYOSUB SHIN TNS

Atlanta Braves first baseman Matt Olson smiles as he warms up with teammates during Braves spring training at CoolToday Park in North Port, Fla.

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY**

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Any depositor with accounts related to the digital banking business, however, must be closed out by contacting **Flagstar Bank, N.A.** Any accounts not closed within 30 days of March 20, 2023, will be returned to the FDIC. Thereafter, any such depositor will need to contact the FDIC for further instructions.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date.** You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits**.

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

Ad Number: 7924138-1
Insertion Number:
Size: 3 x 11
Color Type: B&W
Client Name: / PO# R3270050-FDIC 45
Advertiser: Miller Advertising
Section/Page/Zone: Legal/B004/LA
Description: R3270050 (10541 - SIGNATURE BRIDGE

Los Angeles Times Publication Date: 03/30/2023

This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# What Newsom learned with oil bill: Go all in

[**Skelton,** from B1]

Not so fast. Legislators balked. Neither they nor the governor had evidence that oil companies were gouging. And they didn't have the expertise to determine when a profit became an unwarranted windfall.

"How do you do a profits tax? Nobody has been able to do that in the United States or in the world," one senior legislative aide told me.

But Democrats loyal to the governor wanted to provide him with some victory.

So, Newsom shifted gears and offered a better plan: Bump the whole thing to the California Energy Commission.

Create a new independent investigative division, require oil refineries to share long-hidden data with the unit and allow the experts to determine whether there's gouging and windfall profiting.

The Energy Commission then could establish a cap on justifiable profits and punish refineries that exceeded it. The punishment presumably would be a fine — or a job-killing tax, if you're a Republican supporter of the oil industry.

After that, Newsom didn't just pontificate and rail. He rolled up his sleeves and worked with skeptical legislators to write a finished bill.

This governor has earned a reputation for overpromising and not delivering — making grandiose pronouncements but not following through. Dumping proposals on the Legislature, but aloofly standing back and not helping to get them passed. That irked legislators.

Starting his final term, however, Newsom seems to now realize that if he's going to produce landmark achievements, time is growing short. This year and the next are crucial. Nothing much is likely to be accomplished in his lame-duck final year, 2026.

"Newsom went to the mat on this one," says Jamie Court, president of Consumer Watchdog, an activist organization that pushed hard for the legislation. "He met with more than a dozen stakeholders groups."

More important, he dealt with lawmakers.

"The governor for the first time weighed in at a level I've never seen of him," says a top legislative advisor who asked for anonymity.

"He met with individuals, small groups, both Democratic caucuses. He owned it completely. He said, 'This is mine. I want to see it through.'

"He spent significant amounts of time. I've never seen this governor go all in like this before. It was all hands on deck."

Adriana Heldiz San Diego Union-Tribune

'Newsom went to the mat on this one. He met with more than a dozen stakeholders groups.'

— Jamie Court, president of Consumer Watchdog, on the approach used by Gov. Gavin Newsom, above, to take on Big Oil

Newsom had wanted the Legislature to enact a penalty that would hit refineries from Day One. Lawmakers refused. Now, penalizing windfall profits — whatever they are — could take up to a year. That was the main compromise. That and getting the whole thing out of the Legislature's hair.

The governor realized he was better off with the Energy Commission anyway. After all, he appoints the five members.

The results: Party-line votes of 52 to 19 in the Assembly and 30 to 8 in the Senate.

"It's a big step in the right direction," says Severin Borenstein, faculty director of the UC Berkeley Energy Institute and an expert on gasoline production. "Moving the debate about a penalty — or tax — to an organization that can actually do analysis is a much better way to go.

"You've got to admire the governor's pivot. ... He's positioned himself as someone taking on the oil industry."

He also did that last year by signing legislation banning new oil drilling within 3,200 feet of a residence, school or park. But the oil industry spent $20 million qualifying a repeal measure for the 2024 ballot. So that fight's not over.

The latest anti-oil legislation fits what seems to be Newsom's primary criteria for enacting any policy: It's the first in the nation.

But mainly for the governor, it's a big win to start his second term.

## Lottery results

For Tuesday, March 28, 2023

**Mega Millions**
Mega number is **bold**

2-3-18-32-68—**Mega 24**
**Jackpot:** $322 million

**California winners per category:**

| | No. of winners | Amount of prize(s) |
|---|---|---|
| 5 + Mega | 0 | — |
| 5 | 1 | $237,118 |
| 4 + Mega | 3 | $10,950 |
| 4 | 66 | $560 |
| 3 + Mega | 197 | $213 |
| 3 | 5,179 | $9 |
| 2 + Mega | 4,266 | $10 |
| 1 + Mega | 33,224 | $4 |
| Mega only | 78,546 | $2 |

Winning jackpot ticket(s) sold in other states: None

For Wednesday, March 29, 2023

**SuperLotto Plus**
Mega number is **bold**

7-9-12-21-39—**Mega 26**
**Jackpot:** $45 million

**Powerball**
Powerball number is **bold**

4-9-24-46-66—**Powerball 7**
**Jackpot:** $132 million

**Fantasy Five:** 3-16-24-31-36

**Daily Four:** 5-2-6-1

**Daily Three** (midday): 9-6-9

**Daily Three** (evening): 3-3-4

**Daily Derby:**
(9) Winning Spirit
(5) California Classic
(11) Money Bags
Race time: 1:44.11

**Results on the internet:**
*www.latimes.com/lottery*
**General information:**
**(800) 568-8379**
(Results not available at this number)

MARKETPLACE
JOBS · REAL ESTATE · MORE
latimes.com/placead | To place an ad call 1.800.234.4444
Los Angeles Times

Legal Notices

### FDIC — PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Any depositor with accounts related to the digital banking business, however, must be closed out by contacting **Flagstar Bank, N.A.** Any accounts not closed within 30 days of March 20, 2023, will be returned to the FDIC. Thereafter, any such depositor will need to contact the FDIC for further instructions.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date.** You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

L.A. Times Automotive Classified Los Angeles Times | Los Angeles Times Classified Los Angeles Times | Los Angeles Times latimes.com.

Legal Notices

### FDIC — PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

Legal Notices

### LEGAL NOTICE

## BIDDERS WANTED

SPECIFICATION NO. 2792
BERTHS 238-239 MARINE OIL TERMINAL IMPROVEMENTS

Water and Sewer Line and Related Structures Construction, Power and Communication Line and Related Structures Construction, Other Heavy and Civil Engineering Construction, Poured Concrete Foundation and Structure Contractors, Structural Steel and Precast Concrete Contractors, Framing Contractors, Masonry Contractors, Other Foundation, Structure, and Building Exterior Contractors, Electrical Contractors and Other Wiring Installation Contractors, Painting and Wall Covering Contractors, Site Preparation Contractors, All Other Specialty Trade Contractors, Specialized Freight (excpet Used Goods) Trucking, Long-Distance, Hazardous Waste Collection, Remediation Services

ENGR. EST: $20,000,000.00 - $25,000,000.00

**PRE-BID DATE: APRIL 5, 2023, 9:00 A.M.**
**BID DATE: APRIL 20, 2023, 2:45 P.M.**

**NON-REFUNDABLE FEE: $0.00**
Class A California Contractor's License required at time of award.

**CITY OF LOS ANGELES HARBOR DEPARTMENT**
**(310) 732-3522**
**FAX: (310) 831-5389**

Legal Notices

### CITY OF LOS ANGELES ENVIRONMENTAL NOTICES

Notice is hereby given to the general public of the availability for public review and comment on the following Environmental document: Notice of Preparation (NOP) of a draft Subsequent Environmental Impact Report to the Hugo Neu-Proler Lease Renewal for the SA Recycling Amendment to Permit No. 750. This publication is intended to serve as the first step in the Subsequent Environmental Impact Report (SEIR) process. The proposed Project is located at Berths 210 and 211 on Terminal Island. The primary objective of the SA Recycling Amendment to Permit No. 750 Project is to amend the existing Permit No. 750 to allow for an additional ten years of continued operations. The proposed lease renewal does not include any changes in the use or scope of SA Recycling's current operation. Current and future operations include the transportation of scrap metal to the Project site where it is sorted, shredded or sheared, then stockpiled and loaded for transport to domestic and overseas markets. The Project includes the continued implementation of all previously adopted, and remaining applicable, mitigation measures governing the site's operations. Mitigation measures that remain applicable to the proposed Project will be modified as part of an updated mitigation monitoring program (MMRP), as necessary, contained within the SEIR. The NOP includes a discussion of the Proposed Project's potential effects on the existing environment, and identification of analysis to be expanded in the forthcoming Draft Subsequent Environmental Impact Report (DSEIR) to reduce potential impacts as required under the California Environmental Quality Act (CEQA). Documents are available for review on the Port of Los Angeles' website at: https://www.portoflosangeles.org/ceqa beginning March 30, 2023. A copy of the document is also available for public review at the Harbor Department Environmental Management Division (EMD) located at 425 S. Palos Verdes Street, San Pedro. Please send your request to ceqacommments@portla.org to schedule an appointment to pick up a copy. Comments on the NOP/IS should be submitted in writing prior to the end of the 30-day public review period and must be postmarked by April 28, 2023. Please submit written comments to: Christopher Cannon, Director City of Los Angeles Harbor Department Environmental Management Division 425 S. Palos Verdes Street San Pedro, CA 90731. Written comments may also be sent via email to ceqacomments@portla.org. Comments sent via email should include the project title in the subject line. REVIEW/COMMENT period begins 3/30/2023 & ends on 4/28/2023. CN995051 Mar 30, 2023

Having a Garage Sale? Place an Ad Online latimes.com/placead

Legal Notices

### LEGAL NOTICE

**NOTICE OF PUBLIC HEARING**
**CITY COUNCIL DISTRICT FORMATION**

The City of Burbank City Council will be holding a public hearing on April 11, 2023, to receive input from the public about the possible composition and location of voting districts as part of the City's transition to district-based Council elections.

On January 24, 2023, the City Council unanimously adopted a resolution outlining its intention to transition from the current at-large election of its members to election by districts as permitted by Elections Code Section 10010.

This is the second of two public hearings being held prior to the consideration of any draft district maps. The first was held March 14, 2023. Additional opportunities to provide input about possible district boundaries prior to map creation will be available at community meetings.

A by-district Council election would create districts of approximately equal population and only voters who reside in a geographical district could vote for Council candidates that must also be residents and voters of the same district.

This activity involves organizational and administrative election procedures and is not a "project" subject to the California Environmental Quality Act (CEQA) 14 Cal. Code Regs. § 15378.

**How Can the Public find out more or Participate?**
-- View the Project Website at: www.BurbankCouncilDistricting.com
-- Call the Project Helpline – at 818.306.9830
-- Email: info@BurbankCouncilDistricting.com
-- Participate in the **City Council public hearing** on **Tuesday, April 11, 2023 at 6:00 p.m**. held in the **City Council Chambers in City Hall at 275 E. Olive Avenue** in Burbank. Instructions on how to view the meeting and submit comments during the meeting will be posted online prior to the meeting date at: **https://www.burbankca.gov/web/city-clerks-office/meeting-agendas-and-minutes**. The meeting may also be viewed on the City's YouTube channel http://www.youtube.com/TheBurbankChannel, as well as on Spectrum Cable Channel 6 or Channel 99 on AT&T. To speak remotely during the public comment portion of this hearing, please call 818-238-3335.

Dated: March 30, 2023

Think inside the boxes.
Find all your favorite games like crosswords and Sudoku, plus a variety of new arcade games like Jewels Blitz and Cookie Crush. Available as single-player or multi-player with our new play-with-friends feature.
Play for FREE at latimes.com/games
LA Times

PETS
MARKETPLACE
To advertise your pets, log on to placeanad.latimes.com/pets-for-sale
Los Angeles Times

**Dogs**

**LABRADOR RETRIEVER** New Litter! Excellent Hybrid Retriever puppies.Very unique! Great w kids! Smart & easy to train. Fine hair coats for less shedding! Many references.Spotted, Chocolate, Yellow, Red,Black. Current Photos at www.Hybridretrievers.com **605-539-9244**

**Dogs**

**LABRADOR RETRIEVER** Silveroselabs.com AKC Striking Champagne, Charcoal & Silver Pups Shots/Wormed/Microchipped/Guarantee Email: Infosilveroselabs@gmail.com **559 246-0676**

Register or renew your dog or horse license online at www.laanimalservices.com

Have a two-sofa garage?
Pass it on.
Sell your unwanted items where they'll be appreciated.
latimes.com/marketplace
Los Angeles Times MARKETPLACE
09CL397

**COMPANIES**

# *As Gaming Giants Divorce Over China's Laws, Players Pay a Price*

FROM FIRST BUSINESS PAGE

A partnership that had been worth about $750 million in annual revenue, according to company filings and the video game research firm Niko Partners, had become another case study in the increasing difficulty of doing business in China.

Details of the breakdown in negotiations between Activision and NetEase provide an unusual, behind-the-scenes look at how Chinese and American companies are struggling to balance the interests of the Chinese government with what they believe is best for their businesses.

China's government, under its leader, Xi Jinping, has clamped down on China's largest internet companies and urged businesses to adhere to the Communist Party's priorities. It has barred children from playing video games on school days and tightened its already strict approval processes for companies to distribute new games. Last year, China's $39 billion gaming market contracted for the first time in years.

"The private sector in China is in a very weak position now," said Duncan Clark, the chairman of the Beijing-based investment advisory firm BDA China. "The cost of accessing the China market has gone up for Western companies, and for domestic companies, there is a greater fear of arbitrary regulations."

In a statement, Michael Lee, an Activision vice president, said the company's experience in China had been "very positive" for nearly 20 years, including its decade-long partnership with Tencent to offer Call of Duty. "While it's true that the partnership you're describing took a surprising and troubling turn, it's important to recognize that this was an anomaly," Mr. Lee said.

Alexandru Voica, a NetEase spokesman, said NetEase had moved on, and "we suggest Activision Blizzard do the same."

Since 2020, China's antitrust regulators have been reviewing old mergers and joint ventures that drew large amounts of foreign capital. New antitrust amendments last summer significantly raised the fine for failing to comply with those reviews.

Last year, NetEase executives asked Activision to file relevant disclosures, such as annual revenues and details about parts of its business, to Chinese regulators, but Activision disputed that it was out of compliance with the law or that it was required to turn over more information, according to four people with knowledge of the situation and documents viewed by The Times.

In the contract renegotiations with Activision, conducted every few years since the partnership started, NetEase said it wanted to end the companies' joint venture agreement — a business entity that helped NetEase distribute games from Blizzard Entertainment, an Activision subsidiary, in China. NetEase said it wanted Activision to license its games directly to NetEase, which would give NetEase more control over operations and allow it to better comply with the new regulations without Activision's help.

Andrew Tang, a veteran gaming executive in China with close ties to Activision, said he thought NetEase was simply using the antitrust regulations as an excuse to get a better deal.

NetEase is "under a lot of pressure the last couple of years because of all these crackdowns and limiting kids' play," Mr. Tang said. "Ultimately, I think it all has to do with the bottom line."

But tensions had been building before last year's contract renewal discussions, according to the people familiar with the talks.

GREG BAKER/AGENCE FRANCE-PRESSE — GETTY IMAGES

China's gaming companies are facing increasing government scrutiny.

NetEase executives believed Bobby Kotick, Activision's chief executive, had made unreasonable demands over the years, two of the people said. In 2018, NetEase announced a $100 million investment in Bungie, a game developer that worked with Activision to produce Destiny, a popular game. Mr. Kotick was unhappy with the investment because Bungie was behind schedule on developing Destiny content, and he worried the investment would further distract the company from its Destiny obligations, two other people said.

That year, NetEase invested in a game development company founded by a person who had until recently been a senior Activision employee, which also angered Activision, the people said. Mr. Kotick considered ending the partnership. A 2019 deal between Activision and NetEase included restrictions that prevented NetEase from hiring former Activision employees or investing in gaming studios directed by them.

Those tensions came to a head in the call last October. Mr. Kotick and William Ding, the chief executive of NetEase, discussed the many antitrust regulators around the world scrutinizing Microsoft's $70 billion deal to purchase Activision, two people with knowledge of the call said. Mr. Kotick told Mr. Ding that he would consider the licensing proposal, even though he worried that a switch could rattle Chinese regulators before an important political meeting that month and cede more control over Activision's intellectual property to NetEase.

At some point in the conversation, which was conducted at times through translators, Activision executives felt that Mr. Ding threatened Mr. Kotick. The Chinese government was reviewing the Microsoft acquisition, and the executives recalled that Mr. Ding said NetEase could sway the government either to block or support that deal depending on the outcome of the licensing discussion, according to two people familiar with the call and a document reviewed by The Times.

But NetEase executives did not intend to make a threat and were trying to be conciliatory toward Activision, said two other people familiar with the conversation. The point they intended to make was that if Activision did not switch to a licensing deal, Microsoft would face the same regulatory hurdles when it acquired the company.

Mr. Voica, the NetEase spokesman, denied that Mr. Ding had threatened Activision. He said Activision was continuing to "harass and taunt companies and regulators worldwide."

Microsoft declined to comment.

After the Zoom call, Activision made a counteroffer: It would switch to a licensing agreement if NetEase paid it roughly $500 million upfront, rather than in payments throughout the course of the deal, according to three people familiar with the negotiations. That was meant to insulate Activision from the risk that its games could be tied up in government approval processes or be replicated without its consent.

NetEase later said in a statement that Activision's terms were "commercially illogical," and the stage was set for the contract to expire in January.

When the breakup became public in November, it sent shock waves through the Chinese gaming community. Shares of NetEase stock plunged in Hong Kong.

As time was running out, Activision made a last-ditch proposal to extend the partnership for six months so gamers could keep playing while it searched for a new long-term partner, as the business news site Yicai Global reported. NetEase declined the new offer, and in a statement likened it to "staying together while being divorced."

In mid-January, NetEase contractors destroyed the World of Warcraft ax sculpture. As the contractors swung hammers at it, employees livestreamed the demolition to 30,000 people. NetEase said local law required it to clear out another company's intellectual property after the partnership was terminated.

In late January, most of Activision's games — including World of Warcraft, Diablo III and Overwatch — went dark in China. Chinese companies, including NetEase, released games that some analysts said bore close similarities to the shuttered Activision titles.

NetEase also made a recruiting pitch to former World of Warcraft players, hoping to get them to join Justice Online, a NetEase game in the same genre as World of Warcraft. Online, people posted photos of items from the Justice and Warcraft games that resembled each other.

NetEase said its games did not share similarities with Activision's.

Activision has said that it plans to return to China and that it is in talks with other Chinese companies to distribute its games. In the past, both Tencent and ByteDance, which owns TikTok, have expressed interest in working with Activision. Activision has also considered teaming up with telecommunications companies like China Mobile, two people said.

For China's gamers, the breakup was devastating. Zhang Yu, a 35-year-old World of Warcraft player in Beijing, said he was still mourning the loss of a game that had been a constant companion and connected him with thousands of people since 2005.

"What I'm most worried about now," Mr. Yu said, "is that these friendships will disappear."

Kellen Browning reported from San Francisco, and Chang Che from Seoul.

# *By Shuttering Marvel Entertainment, Disney Also Sheds an Irascible Gadfly*

By BROOKS BARNES

Isaac Perlmutter, the famously frugal Marvel Entertainment chairman who unsuccessfully worked to shake up the Walt Disney Company's board in the past year, has been laid off as part of a cost-cutting campaign.

Disney confirmed the move. Mr. Perlmutter, 80, was told by phone on Wednesday that Marvel Entertainment, a small division centered on consumer products and run separately from Marvel Studios, was redundant and would be folded into larger Disney business units, according to two Disney executives briefed on the matter, who spoke on the condition of anonymity to discuss a sensitive personnel matter.

On Monday, Disney started to eliminate 7,000 jobs, about 4 percent of its global total, as part of $5.5 billion in cuts intended to improve Disney's financial results and position the company for streaming-fueled growth.

Mr. Perlmutter, known as Ike, could not immediately be reached for comment.

An irascible and unrelenting executive, Mr. Perlmutter has been seen as a distraction inside Disney for more than a decade — most recently when he pushed for a friend, the activist investor Nelson Peltz, to join the Disney board.

Mr. Perlmutter contacted Disney board members and senior Disney executives six times from August to November to push for Mr. Peltz to join the board, according to a securities filing. When he was rebuffed, Mr. Peltz started a proxy battle to put himself on the board, saying he would cut costs, revamp Disney's streaming business and clean up the company's messy succession planning.

Mr. Peltz withdrew in February when Robert A. Iger, Disney's chief executive, unveiled a restructuring and the cost cuts, along with the likely restoration of Disney's dividend.

Since then, Mr. Perlmutter's future at Disney has been a topic of water cooler debate inside the company, with most employees concluding that his days were numbered. On Wednesday, Disney also laid off Rob Steffens, copresident of Marvel Entertainment, and John Turitzin, chief counsel for the division.

A Disney spokesman confirmed the job eliminations at Marvel Entertainment.

Dan Buckley, president of Marvel Entertainment, will remain and report to Kevin Feige, president of Marvel Studios. Previously, Mr. Buckley reported both to him and Mr. Perlmutter.

Mr. Perlmutter sold Marvel to Disney in 2009 for $4 billion. He gained control of the superhero company in the late 1990s and greatly expanded its merchandising business by licensing properties like X-Men and Spider-Man to movie studios.

Mr. Perlmutter's involvement with Marvel as a whole has greatly diminished over the years. He has not been involved with Marvel movies since 2015, when a feud with Mr. Feige over costs related to "Doctor Strange" boiled over. (Mr. Perlmutter wanted to fire Mr. Feige; Mr. Iger overruled him.) Mr. Perlmutter lost oversight of Marvel television shows in 2019.

SUSAN WALSH/ASSOCIATED PRESS

Isaac Perlmutter sold Marvel to Disney in 2009 for $4 billion.

By the end, Mr. Perlmutter's job was limited to businesses like comics publishing, which generates $40 million to $60 million in sales annually, according to analysts. (For context, Disney had about $83 billion in total revenue in 2022.) He was also involved in Marvel game licensing, certain consumer products and superhero arena shows. Marvel Entertainment was based in New York.

Disney arguably allowed Mr. Perlmutter to keep a fief long after it made financial sense to do so. He is a significant Disney shareholder, and there was a sense of obligation: Without him, Disney would not have Marvel.

Mr. Perlmutter's zeal for corporate frugality in service of profit is well known in the entertainment business. In one vivid example, he used to pluck paper clips out of garbage cans at Marvel offices for reuse. People at Marvel still talk about the time he suggested serving potato chips at a movie premiere to save catering costs.

To closely monitor activities at Marvel offices, Mr. Perlmutter at one point installed at least 20 cameras. Disney ripped them out several years ago. His effort to have a say in Marvel movies continued, however. Last fall, he demanded financial information related to Mr. Feige's operation and questioned the decision to spend $200 million to make the sequel "Doctor Strange in the Multiverse of Madness." (That film ended up taking in $956 million worldwide.)

Mr. Perlmutter's soreness over Mr. Iger's decision to take away oversight of Marvel moviemaking has also been well known. In February, when Disney thwarted the proxy battle, Mr. Iger appeared on CNBC and was asked about Mr. Perlmutter's involvement in the shake-up effort. Did a feud perhaps fuel it?

"Well, you'd have to ask Ike about that," Mr. Iger said. "But let's put it this way: He was not happy about it. And I think that unhappiness exists today."

In addition, Mr. Perlmutter made it clear that he did not like Mr. Iger's politics. Mr. Perlmutter supported Donald J. Trump's 2016 and 2020 campaigns for president and recently signaled he would support the Trump campaign in 2024. Mr. Iger is a Democrat who has been vocal about inclusion; he championed films like Marvel's "Black Panther" even as Mr. Perlmutter resisted.

On Monday, Mr. Iger told Disney employees in an email that layoffs would come in three waves, with the first happening this week. More substantial job eliminations will occur in April, with a final group "before the beginning of summer."

Along with Marvel Entertainment, areas affected this week have included cable television production and content acquisition. As first reported by The Wall Street Journal, Disney also eliminated a 50-person metaverse division dedicated to "next-generation storytelling and consumer experiences," none of which had yet come to fruition.

Shutting down the nascent metaverse effort was notable because the division had been created with fanfare by Bob Chapek, who was fired in November as Disney's chief executive. Mr. Iger came out of retirement to retake the company's reins.

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Any depositor with accounts related to the digital banking business, however, must be closed out by contacting **Flagstar Bank, N.A.** Any accounts not closed within 30 days of March 20, 2023, will be returned to the FDIC. Thereafter, any such depositor will need to contact the FDIC for further instructions.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits**. Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits**.

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A**. On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

# Classified

FIND. BUY. SELL.

classifieds.newsobserver.com

SELL YOUR STUFF FAST!

919.829.4500

## Legals

**Notice to Creditors**
ALL PERSONS, firms and corporations having claims against Ludmila Safus, deceased, of Wake County, N.C., are notified to exhibit the same to the undersigned on or before June 26th, 2023 or this notice will be pleaded in bar of recovery. This 23 day of March, 2023.
Marie J Finlay, Executor
825 Ancient Oaks Dr, Holly Springs, NC 27540
IPL0115183
Mar 23,30,Apr 6,13 2023

**Notice to Creditors**
ALL PERSONS, firms and corporations having claims against Jarmila Olchovik, deceased, of Wake County, N.C., are notified to exhibit the same to the undersigned on or before June 26th, 2023 or this notice will be pleaded in bar of recovery. This 23 day of March, 2023.
Marie J Finlay, Executor
825 Ancient Oaks Dr, Holly Springs, NC 27540
IPL0115182
Mar 23,30,Apr 6,13 2023

North Carolina, Wake County File No. 22 CVD 12174 In the General Court of Justice, District Court Division Laura Hartman , Plaintiff, vs. Christopher M. Hartman , Defendant. Notice of Service of Process by Publication. To: Christopher M. Hartman Take Note: That a pleading seeking relief against you has been filed in the General Court of Justice, District Court Division, by the plaintiff herein, the nature of which is as follows: Absolute divorce based upon one year's separation. You are required by law to make defense to such pleading within forty (40) days from the date of the first publication of this Notice. If you fail to do so, the plaintiff will seek the relief sought herein.
Thi sthe February 20, 2023
Signed: Laura Hartman
IPL0115309
Mar 23,30,Apr 6 2023

**Notice to Creditors - Estate of JAMES ALAN BROOKS**
ALL PERSONS, firms and corporations having claims against James Alan Brooks, deceased of Durham, NC are notified to exhibit the same to the undersigned on or before June 23, 2023, or this notice will be pleaded in bar of recovery. Debtors of the decendant are asked to make immediate payment. March 23, 2023. DAVID PAUL BROOKS Executor c/o Hopler, Wilms, & Hanna, PLLC S. Miami Blvd. Ste Durham, NC 27703
IPL0115159
Mar 23,30,Apr 6,13 2023

**NOTICE TO CREDITORS**
ALL PERSONS, firms and corporations having claims against Crystal Monique DeBose, deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before July 2, 2023 or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This 29th day of March, 2023.
Gloria Chambers, Executor
c/o P.O. Box 51384
Durham, NC 27717
IPL0116144
Mar 30,Apr 6,13,20 2023

**NOTICE TO CREDITORS**
ALL PERSONS, firms and corporations having claims against Clara R. Fatura, aka Clara Rose Fatura, , deceased, of Wake County, N.C., are notified to exhibit the same to the undersigned on or before (June 30, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This March 30, 2023.
Lahna Harper, Administrator CTA
c/o Deborah A. McDermott, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., P.O. Box 2611, Raleigh, North Carolina, 27602-2611.
IPL0116186
Mar 30,Apr 6,13,20 2023

**ATTENTION:**
ALL PERSONS, firms and corporations holding claims against Arthur L. Wurster, deceased, of Orange County, NC are notified to exhibit same to the undersigned on or before June 27, 2023, or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This 23rd day of March 2023. Mark O. Costley, Exec., c/o Clarity Legal Group, PO Box 2207, Chapel Hill, NC 27515.
IPL0115206
Mar 23,30,Apr 6,13 2023

**NOTICE TO CREDITORS**
ALL PERSONS, firms and corporations having claims against Kitty T. Heller, deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before (June 30, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This March 30, 2023.
Ingrid H. Fricks, Sonya H. Irey, Kythe L. Heller, co-Executors
Bell Davis & Pitt, PA, PO Box 21029, Winston-Salem, NC 27120
IPL0115736
Mar 30,Apr 6,13,20 2023

**NOTICE TO CREDITORS**
ALL PERSONS, firms and corporations having claims against Marjorie Palm Roos, deceased, of Wake County, N.C., are notified to exhibit the same to the undersigned on or before (July 7,2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This March 28, 2023.
John Thomas Roos
110 Balsamwood Court Cary, NC 27513
IPL0116109
Mar 30,Apr 6,13,20 2023

**NOTICE TO CREDITORS:**
ALL PERSONS, firms and corporations having claims against Simpson Odell Currin, deceased of Wake County, N.C., are notified to exhibit the same to the undersigned on or before June 11th, 2023 or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This 9th day of March, 2023.
Debra Welch Currin, Executor/Administrator 4517 South Ridge Drive Fuquay-Varina, NC 27526
IPL0113060
Mar 9,16,23,30 2023

**NOTICE TO CREDITORS**
ALL PERSONS, firms and corporations having claims against Edgar Marion Martin, Jr., deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before June 18, 2023 or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This 16th day of March, 2023. Susan M. Martin/ Executor 4716 Stafford Dr. Durham, N.C. 27705
23-E-327
Mar 16,23,30,April 6
IPL0114296
Mar 16,23,30,Apr 6 2023

**NOTICE TO CREDITORS**
ALL PERSONS, firms and corporations having claims against Charlotte Hunt Pennell, deceased, of Wake County, N.C., are notified to exhibit the same to the undersigned on or before (June 20, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This March 16, 2023.
Anne G. Crump
c/o Deborah A. McDermott; Smith Anderson; 150 Fayetteville Street – Suite 2300, Raleigh, North Carolina 27601
IPL0114245
Mar 16,23,30,Apr 6 2023

**Notice to Creditors**
Pobate # 22-E-712______________
All persons, firm and corporations having claims against Rena Doskey, late of Orange County, North Carolina are hereby notified to present them to Donald Joseph Doskey, as Executor of the decedent's estate in care of Kendall H. Page, Attorney, 210 N Columbia Street, Chapel Hill, NC 27514 on or before the 6th day of April, 2023, or this notice will be pleaded in bar of their recovery. All persons, firms and corporations indebted to the said estate will please make immediate payment to the above named Executor.

Kendall H. Page
210 N Columbia Street
Chapel Hill, NC 27514
Bar # 14261
IPL0114196
Mar 16,23,30,Apr 6 2023

**NOTICE TO CREDITORS**
All persons having claims against Mary Jean Stark aka Mary J. Stark (hereinafter "Mary Jean Stark") of Durham County, North Carolina, who died on the 13th day of January, 2023, are notified to present them to Stevan R. Stark, Executor of the Estate of Mary Jean Stark in c/o Dean Broz, Attorney for the Estate, at Higgins, Frankstone, Graves & Morris, P. A., 1414 Raleigh Road, Suite 203, Exchange West at Meadowmont, Chapel Hill, NC 27517-8834 on or before June 23, 2023. Failure to present a claim in timely fashion will result in this Notice being pleaded in bar of recovery against the estate, the Executor, and the devisees of Mary Jean Stark. Those indebted to Mary Jean Stark are asked to make prompt payment to the Estate.

Dean Broz
Higgins, Frankstone, Graves & Morris, P.A.
1414 Raleigh Road, Suite 203
Exchange West at Meadowmont
Chapel Hill, NC 27517-8834
IPL0113935
Mar 16,23,30,Apr 6 2023

**THE CITY OF RALEIGH NOTICE OF PUBLIC HEARING TO CHANGE THE ZONING ORDINANCE AND COMPREHENSIVE PLAN**

The Raleigh City Council will hold Public Hearings on **April 4, 2023 at 7:00 p.m.** in the Council Chamber of the Avery C. Upchurch Municipal Building, 222 W. Hargett Street. The Public Hearings will be conducted to receive comments from the public and consider changing the City's zoning ordinance and 2030 Comprehensive Plan.
Written comments regarding a public hearing can be submitted to the City Clerk's office, Room 207, Municipal Building, 222 West Hargett Street, Raleigh, or via email to cityclerkpetition@raleighnc.gov up to twenty-four hours prior to the **April 4, 2023** meeting.
To speak in-person at a public hearing, you are required to sign up by **5 p.m. on the Monday prior** to the meeting. You must sign up at www.raleighnc.gov/public-hearings-city-council. You may also call the Clerk's office at 919-996-3040 to sign up.
NOTE: Copies of proposed amendments to the zoning ordinance and 2030 Comprehensive Plan are on file with the Raleigh City Planning Department or can be accessed via the internet at www.raleighnc.gov/development.

**Rezoning Cases**

**Z-59-22 Shaw University,** being Wake County PINs 1703759732, 1703759989, 1703860063, 1703766323, 1703758356, 1703768037, 1703753091, 1703852011, 1703860289, 1703864477, 1703862594, 1703862489, 1703765249, 1703766221, 1703753672, 1703864149, and 1703750445. Approximately 26.5 acres are requested by Shaw University to be rezoned from R-10, OX-3, OX-3-DE, OX-4, OX-5, and OX-12 w/ partial Prince Hall HOD & South Park NCOD to OX-3-CU, DX-12-SH-CU, DX-20-SH-CU, DX-30-CU, and DX-30-SH-CU (remove Prince Hall HOD and South Park NCOD). Zoning conditions prohibit several uses otherwise allowed in the DX- district; require height transitions to some of the residential development to the east of the site along Person Street and to the southwest of the site along Blount Street and Bledsoe Avenue; specify that several historic buildings will either remain in place with redevelopment of the site or be relocated with subsequent archaeological surveys required; require a minimum amount of structured parking to be shared parking; require a Traffic Impact Analysis and construction of a median on Martin Luther King Jr. Boulevard for development within 100 feet of the Martin Luther King Jr. Boulevard right-of-way; require dedication of transit easements at certain locations; require a pedestrian access way at a specified location; require a pedestrian access way or public street at a certain location; require a new bikeshare station for development over 100,000 square feet either north or south of Martin Luther King Jr. Boulevard; and require vibration-sensitive equipment inside Estey Hall, Tupper Memorial Hall, Leonard Hall or Tyler Hall when new development occurs within 100 feet. (Staff contact: ira.mabel@raleighnc.gov, 919-996-2652)
**Z-79-22 Corporate Ridge & Hillsborough** being Wake County PINs 0774527442 and 0774528508. Approximately 4.05 acres are requested by Mulchandani Family LLC to be rezoned from Community Mixed Use-4 stories (CX-4) with Special Highway Overlay District-1 (SHOD-1) to Community Mixed Use-12 stories-Conditional Use (CX-12-CU) with Special Highway Overlay District-2 (SHOD-2). Conditions prohibit some land uses, establish caps to residential, office, and retail uses, and require a 50-foot protective yard along I-40. (Staff contact: Hannah.Reckhow@raleighnc.gov, 919-996-2622)
**Z-87-22 Davie, Salisbury, Cabarrus, McDowell,** being Wake County PINs 1703672385, 1703673365, 1703673211, 1703675136, four properties totaling 1.75 acres are requested to be rezoned from Downtown Mixed Use 20 Stories Shopfront (DX-20-SH) to Downtown Mixed Use 40 Stories Shopfront Conditional Use (DX-40-SH-CU). Proposed conditions require the provision of a bike share station and a public art installation. (Staff contact: Sarah.Shaughnessy@raleighnc.gov, 919-996-2234)

**Comprehensive Plan Amendment**

**CP-12-21 Southeast Special Area Study,** a request to amend the 2030 Comprehensive Plan to reflect the recommendations of the Southeast Special Area Study final report. The request includes a new section of area-specific guidance and amendments to Map LU-3 Future Land Use, Map UD-1 Urban Form, Map F-2 Growth Framework, Map R-5 Planned Interchanges and Grade Separations. (Staff contact: Hannah.Reckhow@raleighnc.gov, 919-996-2622)
IPL0115321
Mar 23,30 2023

PATHS
Live Life. Be Healthy.

**Request for Proposal for:**
Piedmont Access to Health Services, Inc. (PATHS)
Financial & Compliance Audit Services for the Fiscal Year Ending June 30, 2023
If you wish to receive an RFP package please email tlester@pathsinc.org
Deadline for Proposals: April 21, 2023
IPL0116318
Mar 30-31,Apr 2 2023

**DEPARTMENT OF HOMELAND SECURITY**

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
Proposed Flood Hazard Determinations for the Town of Chapel Hill, Orange County, North Carolina, and Case No. 22-04-2985P. The Department of Homeland Security's Federal Emergency Management Agency (FEMA) solicits technical information or comments on proposed flood hazard determinations for the Flood Insurance Rate Map (FIRM), and where applicable, the Flood Insurance Study (FIS) report for your community. These flood hazard determinations may include the addition or modification of Base Flood Elevations, base flood depths, Special Flood Hazard Area boundaries or zone designations, or the regulatory floodway. The FIRM and, if applicable, the FIS report for your community have been revised to reflect these flood hazard determinations through issuance of a Letter of Map Revision (LOMR), in accordance with Title 44, Part 65 of the Code of Federal Regulations. These determinations are the basis for the floodplain management measures that your community is required to adopt or show evidence of having in effect to qualify or remain qualified for participation in the National Flood Insurance Program. For more information on the proposed flood hazard determinations and information on the statutory 90-day period provided for appeals, please visit FEMA's website at https://www.floodmaps.fema.gov/fhm/BFE_Status/bfe_main.asp , or call the FEMA Mapping and Insurance eXchange (FMIX) toll free at 1-877-FEMA MAP (1-877-336-2627).
IPL0114155
Mar 23,30 2023

North Carolina, Durham County File No. 23CVD000323 In the General Court of Justice, District Court Division Dematrist Onasanya, Plaintiff, vs. Obafemi Onasanya, Defendant. Notice of Service of Process by Publication. To: Obafemi Onasanya Take Note: That a pleading seeking relief against you has been filed in the General Court of Justice, District Court Division, by the plaintiff herein, the nature of which is as follows: Absolute divorce based upon one year's separation. You are required by law to make defense to such pleading within forty (40) days from the date of the first publication of this Notice. If you fail to do so, the plaintiff will seek the relief sought herein.
Thi sthe March 29, 2023
Signed: Dematrist Onasanya
IPL0116286
Mar 30,Apr 6,13 2023

**REQUEST FOR PROPOSALS**
The University of North Carolina at Chapel Hill
Division of Comparative Medicine

The University of North Carolina at Chapel Hill wishes to acquire by lease at least 3600sf of storage/flex space located in the greater Chapel Hill, NC area. Lease term desired for a minimum of three (3) years. Lease execution date by or before July 1, 2023. The deadline for receiving proposals is 4:00 PM, April 14, 2023. For specifications, proposal forms and additional information contact: University Property Office, 103 Airport Drive, Suite 128, CB# 1060, The University of North Carolina at Chapel Hill, Chapel Hill, North Carolina 27599. Telephone number: (919) 962-9062, by email: property@unc.edu or UNC Property Office web site: www.property.unc.edu.
March 30, 31, April 2, 3, 4 2023
IPL0116167
Mar 30-31,Apr 2-4 2023

**Service of Process**
STATE OF NORTH CAROLINA
File # 22CVD2971
COUNTY OF DURHAM In the General Court of Justice
District Court Division

COUNTY OF DURHAM and THE CITY OF DURHAM, political subdivisions of the
State of North Carolina
Plaintiffs
SERVICE OF PROCESS
vs. BY
PUBLICATION

DEBORAH M. JOHNSON, unmarried; HEIRS OF JEFFREY T. JOHNSON, being CATHY JOHNSON STARKS and spouse, WALTER G. STARKS; LINDA JOHNSON GALLIMORE and spouse, LYNN GALLIMORE; VIRGINIA GIRARD JOHNSON, unmarried; KEVIN DAVID JOHNSON and spouse, ALISSA JOHNSON; KIMBERLY JOHNSON RAMIREZ and spouse, if any; LORETTA GALLIMORE JOHNSON, unmarried; STEPHEN L. JOHNSON and spouse, if any; CHARLES M. MITCHELL and spouse, ANGIE L. MITCHELL; SARAH JOHNSON BURNSWORTH and spouse, JAMES BURNSWORTH; MICHELLE HOLLEMAN and spouse, MARK WAYNE HOLLEMAN; CANDACE HENDLEY and spouse, ALBERT HENDLEY; and DANA HOPPER and spouse, JASON HOPPER, Owners.
Defendants

To Kimberly Johnson Ramirez and spouse; Stephen L. Johnson and spouse; Charles M. Mitchell; Candace Hendley and spouse Albert Hendley; and Dana Hopper and spouse Jason Hopper;
Take notice that a pleading seeking relief against you has been filed in the above-entitled action.
The nature of the relief being sought is as follows: foreclosure sale to satisfy unpaid property taxes on your interest in the property described as Durham County Tax Parcel 162649, known as 709 Hazelwood St., which is more completely described in the complaint. Plaintiff seeks to extinguish any and all claim or interest that you may have in the property.
You are required to defend such pleading not later than May 2, 2023, and upon your failure to do so, the party seeking service against you will apply to the court for the relief sought.
This the 23rd day of March, 2023.
Law Office of Anne Page Watson, PLLC
Anne Page Watson
Attorney for The Plaintiffs
3400 Croasdaile Drive Suite 205
Durham, NC 27705
919-489-9058
IPL0115126
Mar 23,30,Apr 6 2023

## Legals

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

On March 12, 2023 (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

## Auctions

### Auctions

**Storage Wise of Willow Springs**
Willow Springs On Tuesday April 8, 2022, at approximately 10 am on www.storageauctions.com website the contents of the listed tenants will be auctioned off in accordance with North Carolina Code 44A to satisfy the amount of the lien owed on their unit(s) :, Carlos Ruth, Dean Champman, Dianne Clark, Dale McEachin, Candace Messer, Pamela Owen, Andrew Raulynaitis. Storage Wise of Willow Springs 540-530-4305

### Garage Sales

**Garage / Moving Sale**
Chapel Hill, NC **Saturday, April 1st - 7AM to 1PM**
**1545 Ephesus Church Rd., Chapel Hill, NC**
Moving and need to sell multiple items including bed, lawn mower, dog bed / cage, dishes, glasses, pyrex bowls, Corning cookware, and multiple miscellaneous items.

## Animals

### Cats

**Best Friends Seeking Furrever Home**
Lil Bit and Toby are sweet, affectionate, loving 1 y/o guys. Love other cats & each other. Call Izzy 206-556-9662

### Dogs

**NORFOLK TERRIER**
Beautiful 8 month old puppies, one male and one female out of exceptional parents. AKC registered with all current vaccinations. ONLY to forever loving homes. $5000 each. 9102845062

**WANT TO BUY**
**Want to buy an English or Welch Springer Spaniel. Male or female.**
**9 months to 3 years old. Call (910) 892-5986 or (910) 891-9409.**

**AKC Boxers**
Puppies Available
FB: Riverside's Poodles & Boxers and Goldendoodles too
919-709-1730

**Brittany Pups**
AKC Registered Orange and White/ Liver and White $500 336-650-5486

**Mini Schnauzers, Ready Now**
Miniature Schnauzers are the perfect pet small, hypoallergenic, energetic, family dogs, great for small or large settings-beautiful colors-Serious inquiries only to great homes! $1500 252-567-8115 or HHSchnauzers.com

**Mini Goldendoodle Puppies!**
Call or text Art 252-945-4971

## Animals

### Dogs

**French Bulldog Puppies**
French Bulldog Family raised puppies from health tested parents. Fluffies and standard. Lilac, blue, blue and tan, fawn, sable. AKC full or limited. Prices between $3k and $7k. 910-224-2124 greyhousebulldogs@gmail.com

German Shepherd German Shepherd puppies.
AKC registered.
Sable & black & tan.
919-709-8124

**ROTTWEILER PUPS FOR SALE**
MARKETPLACE.AKC.ORG/KIRK-KELLY-KING-146612
First shots-dewormed-tails docked
Contact Kirk (910)352-1424

Labrador retriever pups Champion lineage. Yellow, black and chocolate. $2k www.thecreeksidekennel.com 910-364-3069 call or text

## Automotive

### Autos for Sale

**Ford Edge SEL AWD 2021**
**1 owner, only 9,500 miles ,like new, warranty remains**
Leather Interior, non smoker, clean carfax
**252-292-3314. Ask for Lee $34,990**

## Merchandise

### Want to Buy

FREON WANTED: Certified buyer looking to buy R11, R12, R22, R500 & more! Call Clarissa at 312-535-8384.

## Real Estate

### For Rent

**FOR RENT**
**1 BR NEAR NC STATE**
SHARE CONVENIENCE & UTILITY
**9197412383 $500**

### Real Estate Misc.

**Raleigh Memorial Park Gravesite**
Block 1, Lot 314, Gravesites 1-2-3-4
**Call: 252-964-2330**

## Service Directory

### Home & Business Improvement

**POND WORK**
**FILL IN SWIMMING POOLS**
**ALSO FISH PONDS**
**919-688-2252**

**DRIVEWAY WORK**
- **GRAVEL DRIVEWAYS**
- **PRIVATE ROADS**
- **PARKING LOTS**
- **TRACTOR GRADING**

**919-201-3711**

### Junk/Trash/Debris Removal

Debris and junk removal.Clean out storage/tool sheads.Natural areas cleaned/mulched DURHAM,ORANGE,PERSON,GRANVILLE.Call 919 682 9067,call/text 919667 4626

### Lawn/Garden/Landscaping/Trees

**TREE SERVICE**
Tree trimming or complete removal.Storm clean up.Stump Grinding DURHAM,ORANGE,PERSON,GRANVILLE.Call 919 682 9067 Call/text 919 667 4626

LOOKING FOR A GOOD MECHANIC?
Let Classifieds Help
The News&Observer
NewsObserver.com

SELL IT FAST!
Call 829-4600 or 800-662-6040
TODAY TO PLACE YOUR AD

# Public Notices

Public Notices | Public Notices

IN THE FAMILY DIVISION
IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE

In the Matter of the Parental Rights as to: ARIA YVETTE IBARRA ROBLES, a minor child. Case No. FV21-01423 Dept. No. 13

**AMENDED NOTICE OF HEARING RE: PETITION TO TERMINATE PARENTAL RIGHTS**

TO: Hector Quintero; and/or all other persons claiming to be the parent(s) of the child, the legal custodian(s) of the child, the legal guardians(s) of the child, or relative(s) of the child.

You are hereby notified that there has been filed in the above-entitled Court, a Petition praying for the Termination of the Parental Rights over the above-named minor child, and that the Petition has been set for a Hearing before this Court, in Department 13, on MAY 8, 2023 at 3:00 p.m. to be conducted via Zoom Videoconferencing, at which time you are required to be present if you desire to oppose the Petition.

IT IS SO ORDERED.

Dated: February 1st, 2023.

/s/ BRIDGET E. ROBB
DISTRICT JUDGE

No. 5645872 Mar. 30, Apr. 6, 13, 20, 2023

**NOTICE OF SALE BY AUCTION**
**MANUFACTURED HOME/MOBILE HOME/COMMERCIAL COACH**

TO: Nevada Housing Division; Alissa Brashear; Lisa Massengale; Galen Reynolds;

**PLEASE TAKE NOTICE THAT,** in accordance with the Notice of Lien filed by Great Basin Mobile Home Park, the owner of the property located at 145 W. Surge Street, Reno, Nevada, dated January 6, 2023, the manufactured home, mobile home or commercial coach described below will be sold at public auction to satisfy the lien claimed:

**Year:** 1983 **Make:** Commodore **Size:** 66 ft. 171in. x 14 ft.
**Serial #:** RH3944A

The lien was claimed to satisfy amounts owed for rent charges incurred by Alissa Brashear, Lisa Massengale and/or Galen Reynolds. The sale will take place on the 19th day of April, 2023 at the hour of 11:30 a.m. at the following location: 145 W. Surge Street #7, Reno, Nevada. The lien may be satisfied prior to sale by payment of the following amounts:

$1,840.48 -Amount originally claimed in Notice of Lien
$1,230.84-Accrued charges, if any (Describe: Additional Rent & Electric Charges)
$540.54-Costs of Sale (Describe: Process Server, Filing Fee, Certified Mail & Attorney's Fees)
$3,611.86-TOTAL AMOUNT *($2,500.00 PRIORITY LIEN)

Great Basin Mobile Home Park claims entitlement to payment of any and all additional rent, late charges, costs or expenses accrued or incurred after the date of this Notice, including costs of noticing, advertising or conducting the public auction sale. Bids must be paid by cash or cashier's check at the time of sale.

You may contest the validity of the lien by filing a notice of opposition to the lien in the Justices' Court in whose jurisdiction the manufactured home is located. The procedures for contesting this lien are set forth in NRS 108.350 and 108.355.

Dated this 20th day of March, 2023.

Great Basin Mobile Home Park
1111 Main Street #500
Vancouver, Washington 98660
(360) 546-3341

No 5638246 March 23, 30; April 6, 2023

Public Notices | Public Notices

**NOTICE TO CREDITORS GIVEN PURSUANT TO NRS 164.025**

Pursuant to Section 164.025 of the Nevada Revised Statutes, notice is hereby given that Margie Forster and Greg McCaffrey are the duly appointed and qualified Successor Co-Trustees of The Jerome Lewis McCaffrey Jr. Trust. Jerry McCaffrey, the Grantor of the above named Trust(s), died on or aboutJanuary 6, 2023. Pursuant to NRS 164.025(a), any creditor having a claim against Jerry McCaffrey must file such creditor's claim with the undersigned. Further, pursuant to NRS 164.025(b), any creditor having a claim against the above named Trust estate must file such creditor's claim with the undersigned. All claims must be filed by sending such claim to the address given below within ninety (90) days after the first publication of this Notice. Claims are recommended to be remitted by return receipt to evidence delivery, and further should contain, on the first page of the claim, the phrase "**CLAIM PURSUANT TO NRS 164.025**" in a minimum of 12-point bold type. If notice has been provided to you by mail, the deadline to submit your claim shall be ninety (90) days after the mailing of such Notice to you.

Dated this 14 day of February, 2023.

The Trust
Margie Forster, Co-Trustee
Greg McCaffrey, Co -Trustee
No.5631235 March 16, 23, 30, 2023

Public Notices

**NOTICE TO CREDITORS**
**(NRS 164.025)**

Pursuant to Section 164.025 of the Nevada Revised Statutes, notice is hereby given that the undersigned is the duly appointed and qualified Trustee of The Anderson Family Trust pursuant to the trust agreement dated December 8, 2004, as amended and restated. Montie Gayland Anderson, also known as M. Gayland Anderson, and Jinny B. Anderson,the Grantors and Co-Trustees, of the above-named trust, died on January 12, 2023 and January 30, 2023, respectively. Pursuant to NRS 164.025(2)(a), any creditor having a claim against Montie Gayland Anderson, also known as M. Gayland Anderson, individually, or Jinny B. Anderson,indiviualy, must file his or her claim with the undersigned. Further, pursuant to NRS 164.025(2)(b), any creditor having a claim against the above-named Trust must file his or her claim with the undersigned. All claims must be filed by sending such claim(s) to the address given below within ninety (90) days after the first publication of this Notice. If notice has been provided to you by mail, the deadline to file a claim shall be ninety (90) days after the mailing of such Notice to you.

Dated this 27th day of February, 2023.

Steven S. Anderson, Trustee
c/o Gustave J. Rossi, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, Nevada 89519
Attorneys for the Trustee
No. 5630907 March 16,23, 30, 2023

Public Notices | Public Notices

**NOTICE OF TRUSTEE'S SALE APN: 550-162-04 T.S. No.: 2022-05526** The undersigned hereby affirms that there is no Social Security number contained in this document. YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 11/23/2004. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank authorized to do business in this state will be held by the duly appointed trustee as shown below, of all right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust, with interest and late charges thereon, as provided in the note(s), advances, under the terms of the Deed of Trust, interest thereon, fees, charges and expenses of the Trustee for the total amount (at the time of the initial publication of the Notice of Sale) reasonably estimated to be set forth below. The amount may be greater on the day of sale. TRUSTOR: JUDITH A. YOUNG, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY Duly Appointed Trustee: Entra Default Solutions, LLC Recorded 11/29/2004 as Instrument No. 3134647 in book , page of Official Records in the office of the Recorder of Washoe County, Nevada, encumbering real property legally described as follows: Lot 49 of SKY VISTA VILLAGE 8A, according to the map thereof No. 3486, filed in the office of the County Recorder of Washoe County, State of Nevada, on January 14, 1998 as File No. 2170658 of Official Records. Date of Sale: 4/20/2023 at 11:00 AM Place of Sale: At the Virginia Street entrance to the Washoe County Courthouse, located at 75 Court Street, Reno, NV 89501 Estimated Sale Amount: $311,930.30 Street Address or other common designation of real property: 11850 DESERT BLOOM DR RENO, NV 89506 A.P.N.: 550-162-04 The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above. This property is sold as-is, lender is unable to validate the condition, defects or disclosure issues of said property and Buyer waives the disclosure requirements under NRS 113.130(2)(a) by purchasing at this sale and signing said receipt. If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse. Date: 3/23/2023 Entra Default Solutions, LLC Marisa Vidrine, Foreclosure Specialist Katie Milnes A-4778754 03/30/2023, 04/06/2023, 04/13/2023

SELL-BUY-FIND
Cars, Jobs,
Apartments & more!
Place your classified ad today.

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Any depositor with accounts related to the digital banking business, however, must be closed out by contacting **Flagstar Bank, N.A.** Any accounts not closed within 30 days of March 20, 2023, will be returned to the FDIC. Thereafter, any such depositor will need to contact the FDIC for further instructions.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits**. Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits**.

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

RJ-GCI1039721-01

FDIC

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

RJ-GCI1039927-01

SELL IT BUY IT FIND IT

cars, tickets, antiques, motorcycle, computers, boats, sports equipment, instruments, jewelry, furniture, jobs, your next pet, collectibles, sports tickets, garage sales, new homes and so much more

**Check out the classified ads everyday.**

"To you, it's the perfect lift chair. To me, it's the best sleep chair I've ever had."
— J. Fitzgerald, VA

OVER 100,000 SOLD

3 CHAIRS IN ONE: SLEEP/RECLINE/LIFT

Pictured is Luxurious & Lasting Miralux™. Ask about our 5 Comfort Zone chair.

REMOTE-CONTROLLED EASILY SHIFTS FROM FLAT TO A STAND-ASSIST POSITION

Now available in a variety of colors, fabrics and sizes.

*Genuine Italian Leather* classic beauty & style

Chestnut

New *Miralux™* luxurious & lasting

Light Gray | Saddle | Chocolate

You can't always lie down in bed and sleep. Heartburn, cardiac problems, hip or back aches – and dozens of other ailments and worries. Those are the nights you'd give anything for a comfortable chair to sleep in: one that reclines to exactly the right degree, raises your feet and legs just where you want them, supports your head and shoulders properly, and operates at the touch of a button.

Our Perfect Sleep Chair® does all that and more. More than a chair or recliner, it's designed to provide total comfort. **Choose your preferred heat and massage settings, for hours of soothing relaxation.** Reading or watching TV? Our chair's recline technology allows you to pause the chair in an infinite number of settings. And best of all, it features a powerful lift mechanism that tilts the entire chair forward, making it easy to stand. You'll love the other benefits, too. It helps with correct spinal alignment and promotes back pressure relief, to prevent back and muscle pain. The overstuffed, oversized biscuit style back and unique seat design will cradle you in comfort. Generously filled, wide armrests provide enhanced arm support when sitting or reclining. **It even has a battery backup in case of a power outage.**

**White glove delivery** included in shipping charge. Professionals will deliver the chair to the exact spot in your home where you want it, unpack it, inspect it, test it, position it, and even carry the packaging away! You get your choice of Luxurious and Lasting Miralux, Genuine Italian Leather, stain and liquid repellent Duralux with the classic leather look, or plush MicroLux microfiber, all handcrafted in a variety of colors to fit any decor. **Call now!**

journey perfect sleep chair

**888-717-9419**

Please mention code 116687 when ordering.

*Long Lasting DuraLux™* stain & liquid repellent

*MicroLux™ Microfiber* breathable & amazingly soft

Burgundy | Tan | Chocolate | Blue

mobility | sleep | comfort | safety

enjoying life never gets old™

Because each Perfect Sleep Chair is a made-to-order bedding product it cannot be returned, but if it arrives damaged or defective, at our option we will repair it or replace it. © 2022 Journey Health and Lifestyle.

ACCREDITED BUSINESS A+

46635

 

Migrants wait to be processed after crossing the border on Jan. 6 near Yuma, Ariz. California Attorney General Rob Bonta and his counterparts in 10 other states and the District of Columbia urged Biden officials Tuesday to drop a plan to reinstate Trump-era restrictions.

Gregory Bull/ Associated Press

# State AG says Biden plan would 'unfairly punish' asylum-seekers

**By Bob Egelko**

California Attorney General Rob Bonta and his counterparts in 10 other states and the District of Columbia urged the Biden administration Tuesday to drop its plan to reinstate Trump-era restrictions on immigrants applying for asylum at the U.S.-Mexico border.

The new rule "would unfairly punish asylum-seekers," the 12 attorneys general said in a letter to top administration officials.

The Biden administration's plan, announced Feb. 21, would penalize most asylum-seekers who failed to first apply for refuge in a country they passed through before reaching the border. Asylum officers would presume those migrants were ineligible to enter the United States and would deport them immediately unless they could show, usually without the assistance of a lawyer, that they would face persecution in their homeland, a more demanding standard than those used in the past.

The plan is scheduled to take effect May 11, when President Biden plans to revoke Title 42, another policy of former President Donald Trump that has closed the Mexican border to virtually all immigrants on the premise that they allegedly might spread COVID-19 to the U.S. population.

While the government has a duty to make the asylum process "safe and orderly," Bonta said in a statement, "we must also remain committed to ensuring that migrants have a meaningful opportunity to apply for asylum. ... I urge the federal government to carefully consider the potential impacts of this proposal on the fundamental right to seek asylum in the United States."

Migrants can seldom obtain asylum in the Latin American countries through which they commonly pass en route to the north, and they often must wait in dangerous conditions, the letter said.

In Mexico, for example, "migrants are often abused by criminal groups, police, and immigration officers, who reportedly threaten and extort asylum seekers and collude with human smuggling organizations," the state officials wrote, also citing similar conditions in Guatemala and Colombia.

They also said the policy conflicts with federal immigration law, which makes migrants ineligible for asylum only if they "firmly resettled" in another country after fleeing their homeland, and does not require them to apply for asylum in any nation they entered. The proposed rules do not apply to asylum applicants from Cuba, Haiti, Nicaragua or Venezuela in cases where those migrants have lined up a U.S. financial sponsor — an exception creating a potential "two-tiered" system that unfairly penalizes the poor, the attorneys general said.

"Seeking asylum is a statutory right ... and is also enshrined in international treaties and protocols," the officials wrote. "The Proposed Rule circumvents that right, and potentially harms asylum seekers and the States that welcome them."

The letter was also signed by the attorneys general of Delaware, Illinois, Massachusetts, Michigan, Minnesota, Nevada, New York, Rhode Island, Vermont, Washington and the District of Columbia.

*Reach Bob Egelko: begelko@sfchronicle.com; Twitter: @BobEgelko*

# Two Oakland residents are charged with selling drugs in the Tenderloin

**By Jordan Parker**

A federal grand jury indicted two Oakland residents on drug charges related to schemes to sell drugs in the Tenderloin, federal prosecutors in San Francisco said Tuesday.

Esmun Moyses Moral-Raudales, 27, faces three counts of distributing a controlled substance after he allegedly sold fentanyl and methamphetamine to an undercover officer in the Tenderloin between January and February, prosecutors said.

Moral-Raudales was taken into custody after he tried to flee from officers near his residence on March 16. According to prosecutors, he possessed over 3,400 grams of suspected fentanyl, over 50 grams of methamphetamine, over $10,000 in cash and a ghost gun. At the time of his arrest, Moral-Raudales was on supervised release after a federal felony conviction in July 2020.

Omar Zelaya, 26, was also arrested near his residence on March 16 and charged with five counts of distributing a controlled substance, including cocaine, meth and fentanyl. When officers attempted to arrest Zelaya, he tried to flee and threw two bags of suspected narcotics that were found to contain over 100 grams of fentanyl and over 50 grams of methamphetamine, prosecutors said.

If convicted, each man faces a maximum of 20 years in prison for each count. In addition, each could potentially face a lifetime of supervised release and be required to pay a fine of up to $1 million.

*Reach Jordan Parker: jordan.parker@sfchronicle.com; Twitter: @jparkerwrites.*

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication

# LEGAL NOTICES VISIT SFGATE.COM/LEGALNOTICES

### FICTITIOUS BUSINESS NAMES

**FICTITIOUS BUSINESS NAME STATEMENT FILE NO. 2023-0399842**
Fictitious Business Name(s): 1) Wandering Vet, 2) Wandering Vets, 2153 Beach Street, San Francisco, CA 94123, County of San Francisco. Full name of registrant #1: Adam Behrens, 2153 Beach Street, San Francisco, CA 94123. This business is conducted by an individual.
The registrant commenced to transact business under the above-listed fictitious business name on 09/18/2008
This statement was filed with the County Clerk of San Francisco on:
March 17, 2023
March 30, April 6, 13, 20, 2023

**FICTITIOUS** BUSINESS NAME STATEMENT
FILE NO. 2023-0399660
The following person is doing business PADLEE Accounting Services 58 Beverly Street San Francisco CA 94132. County of FBN address: San Francisco. Full name of registrant #1 Peter Anthony David Lee 58 Beverly Street San Francisco CA 94132.
This business is conducted by an individual.
The registrant commenced to transact business under the above-listed fictitious business name on: 10/11/2017
This statement was filed with the County Clerk of San Francisco on March 2, 2023
Publication dates:
March 16, 23, 30 and April 6, 2023

### FICTITIOUS BUSINESS NAMES

**FICTITIOUS** BUSINESS NAME STATEMENT
FILE NO. 2023-0399389
The following person is doing business Field Day Florals 1357 Clay St. #8 SF CA 94109. County of FBN address: San Francisco. Full name of registrant #1 April May 1357 Clay St. #8 SF CA 94109.
This business is conducted by an individual.
The registrant commenced to transact business under the above-listed fictitious business name on: 1/31/2023
This statement was filed with the County Clerk of San Francisco on January 31, 2023.
Publication dates:
March 16, 23, 30 April 6 2023.

**FICTITIOUS BUSINESS NAME STATEMENT FILE NO. 2023-0399310**
Fictitious Business Name(s): CoGenerate, 1107 General Kennedy Ave., Ste. 227, San Francisco, CA 94129, County of San Francisco. Full name of registrant #1: Civic Ventures, A CA Public Benefit Corporation, 1107 General Kennedy Ave., Ste. 227, San Francisco, CA 94129. This business is conducted by a corporation.
The registrant commenced to transact business under the above-listed fictitious business name on 08/31/2022
This statement was filed with the County Clerk of San Francisco on:
January 24, 2023
March 16, 23, 30 April 6 2023

### FICTITIOUS BUSINESS NAMES

**FICTITIOUS** BUSINESS NAME STATEMENT
FILE NO. 2023-0399678
The following person is doing business. Pick It Up, Organizing and Personal Coaching 37 Madison Street, San Francisco CA 94134. County of FBN address: San Francisco. Full name of registrant #1 Pick it Up Organizing LLC (CA) 37 Madison Street San Francisco CA 94134.
This business is conducted by a limited liability company.
The registrant commenced to transact business under the above-listed fictitious business name on: 3/1/2023
This statement was filed with the County Clerk of San Francisco on March 2, 2023
Publication dates:
March 16, 23, 30 and April 6, 2023

San Francisco Chronicle
Local news at your fingertips
Available on iOS and Android
SFCHRONICLE.COM/MOBILE-APPS

Explore the best of Bay Area arts & entertainment
DATEBOOK.SFCHRONICLE.COM

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Any depositor with accounts related to the digital banking business, however, must be closed out by contacting **Flagstar Bank, N.A.** Any accounts not closed within 30 days of March 20, 2023, will be returned to the FDIC. Thereafter, any such depositor will need to contact the FDIC for further instructions.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits**. Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits**.

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

Ad Number: 6328586001
Insertion Number: 6328586001
Size: F1/8
Color Type: CMYK
Advertiser: Legal Notice
Agency: Miller Advertising
Section-Page-Zone(s): A-7-All
Description: SIGNATURE BANK
San Francisco Chronicle
Thursday, March 30, 2023

# BIGGEST 1,000 STOCKS

## How to Read the Stock Tables

The following explanations apply to NYSE, NYSE Arca, NYSE American and Nasdaq Stock Market listed securities. Prices are composite quotations that include primary market trades as well as trades reported by Nasdaq BX (formerly Boston), Chicago Stock Exchange, Cboe, NYSE National and Nasdaq ISE.

The list comprises the 1,000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

**Footnotes:**
i-New 52-week high.
↓-New 52-week low.
dd-Indicates loss in the most recent four quarters.
FD-First day of trading.
h-Does not meet continued listing standards
lf-Late filing
q-Temporary exemption from Nasdaq requirements.
t-NYSE bankruptcy
v-Trading halted on primary market.
vj-In bankruptcy or receivership or being reorganized under the Bankruptcy Code, or securities assumed by such companies.

**Wall Street Journal stock tables reflect composite regular trading as of 4 p.m. and changes in the closing prices from 4 p.m. the previous day.**

Wednesday, March 29, 2023

| Stock | Sym | Close | Net Chg |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

Continued on Page B10

## Dividend Changes

| Company | Symbol | Yld % | Amount New/Old | Frq | Payable / Record |
|---|---|---|---|---|---|
| **Increased** | | | | | |
| TJX Cos | TJX | 1.5 | .3325 / .295 | Q | Jun01 /May11 |
| **Stocks** | | | | | |
| Nogin | NOGN | | 1:20 | | /Mar29 |
| **Foreign** | | | | | |
| Elbit Systems | ESLT | 1.2 | .50 | Q | May01 /Apr18 |
| Ericsson ADR | ERIC | 2.9 | .08726 | SA | Apr05 /Mar31 |
| Intl General Insurance | IGIC | 0.5 | .01 | Q | Apr21 /Apr07 |

Sources: FactSet; Dow Jones Market Data

**KEY: A: annual; M: monthly; Q: quarterly; r: revised; SA: semiannual; S2:1: stock split and ratio; SO: spin-off.**

## IPO Scorecard

Performance of IPOs, most-recent listed first

| Company SYMBOL IPO date/Offer price | Wed's close ($) | % Chg From Offer price | % Chg From 1st-day close | Company SYMBOL IPO date/Offer price | Wed's close ($) | % Chg From Offer price | % Chg From 1st-day close |
|---|---|---|---|---|---|---|---|
| Hongli Grp HLP March 29/$4.00 | 3.50 | –12.5 | ... | Oak Woods Acquisition OAKUU March 24/$10.00 | 10.21 | 2.1 | 0.2 |
| Trailblazer Merger I TBMCU March 29/$10.00 | 10.11 | 1.1 | ... | CBL Intl BANL March 23/$4.00 | 9.21 | 130.3 | 108.4 |
| Jin Med Intl ZJYL March 28/$8.00 | 7.93 | –0.8 | –0.2 | Mangoceuticals MGRX March 21/$4.00 | 1.88 | –53.0 | –53.0 |
| TMT Acquisition TMTCU March 28/$10.00 | 10.20 | 2.0 | 0.1 | Ohmyhome OMH March 21/$4.00 | 4.28 | 7.0 | 7.0 |
| YanGuFang Intl Grp YGF March 28/$4.00 | 3.79 | –5.2 | –2.5 | Four Leaf Acquisition FORLU March 17/$10.00 | 10.23 | 2.3 | 0.3 |

Sources: Dow Jones Market Data; FactSet

## Borrowing Benchmarks

wsj.com/market-data/bonds/benchmarks

## Money Rates

March 29, 2023

Key annual interest rates paid to borrow or lend money in U.S. and international markets. Rates below are a guide to general levels but don't always represent actual transactions.

**Inflation**

| | Feb. index level | Chg From (%) Jan. '23 | Feb. '22 |
|---|---|---|---|
| **U.S. consumer price index** | | | |
| All items | 300.840 | 0.56 | 6.0 |
| Core | 304.011 | 0.68 | 5.5 |

**International rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Prime rates** | | | | |
| U.S. | 8.00 | 7.75 | 8.00 | 3.50 |
| Canada | 6.70 | 6.70 | 6.70 | 2.70 |
| Japan | 1.475 | 1.475 | 1.475 | 1.475 |
| **Policy Rates** | | | | |
| Euro zone | 3.50 | 3.50 | 3.50 | 0.00 |
| Switzerland | 2.00 | 1.50 | 2.00 | 0.00 |
| Britain | 4.25 | 4.00 | 4.25 | 0.75 |
| Australia | 3.60 | 3.60 | 3.60 | 0.10 |
| **Overnight repurchase** | | | | |
| U.S. | 4.87 | 4.58 | 4.90 | 0.15 |

**U.S. government rates**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Discount** | 5.00 | 4.75 | 5.00 | 0.50 |
| **Federal funds** | | | | |
| Effective rate | 4.8500 | 4.6000 | 4.8500 | 0.3300 |
| High | 5.1600 | 4.9100 | 5.1800 | 0.3400 |
| Low | 4.8000 | 4.5800 | 4.8000 | 0.3000 |
| Bid | 4.8300 | 4.5800 | 4.8300 | 0.3100 |
| Offer | 4.8500 | 4.6000 | 4.8700 | 0.3300 |
| **Treasury bill auction** | | | | |
| 4 weeks | 4.150 | 4.220 | 4.640 | 0.135 |
| 13 weeks | 4.675 | 4.675 | 4.765 | 0.605 |
| 26 weeks | 4.650 | 4.620 | 4.970 | 1.050 |

**Secondary market**

| | Latest | Week ago | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| **Fannie Mae** 30-year mortgage yields | | | | |
| 30 days | 5.901 | 6.009 | 6.812 | 3.995 |
| 60 days | 5.908 | 6.031 | 6.988 | 4.066 |

**Other short-term rates**

| | Latest | Week ago | 52-Week high | 52-Week low |
|---|---|---|---|---|
| **Call money** | 6.75 | 6.50 | 6.75 | 2.25 |
| **Commercial paper (AA financial)** | | | | |
| 90 days | 4.87 | n.a. | 4.98 | 0.61 |
| **Libor** | | | | |
| One month | 4.84029 | 4.79700 | 4.85871 | 0.42857 |
| Three month | 5.15914 | 5.08000 | 5.16286 | 0.96157 |
| Six month | 5.20957 | 5.11514 | 5.49986 | 1.46986 |
| One year | 5.16043 | 5.17929 | 5.88071 | 2.10143 |
| **Secured Overnight Financing Rate** | 4.84 | 4.55 | 4.84 | 0.26 |

| **DTCC GCF Repo Index** | Latest | Value Traded | 52-Week High | 52-Week Low |
|---|---|---|---|---|
| Treasury | 4.846 | 22.850 | 4.890 | 0.239 |
| MBS | 4.909 | 46.350 | 4.960 | 0.294 |

**Notes on data:**

**U.S. prime rate** is the base rate on corporate loans posted by at least 70% of the 10 largest U.S. banks, and is effective March 23, 2023. **Other prime rates** aren't directly comparable; lending practices vary widely by location; **Discount rate** is effective March 23, 2023. **Secured Overnight Financing Rate** is as of March 28, 2023. **DTCC GCF Repo Index** is Depository Trust & Clearing Corp.'s weighted average for overnight trades in applicable CUSIPs. Value traded is in billions of U.S. dollars. **Federal-funds rates** are Tullett Prebon rates as of 5:30 p.m. ET.

Sources: Federal Reserve; Bureau of Labor Statistics; DTCC; FactSet; Tullett Prebon Information, Ltd.

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

BUSINESS OPPORTUNITIES

**PUBLIC SALE**

**All of the Equity of Akos MD IPA LLC will be sold via Public Sale under Article 9 of the Uniform Commercial Code.**

**Public Sale will take place on Friday, April 7th at 3:00pm (MT) at 2 N Central Ave #2100, Phoenix, AZ 85004**

**For information, email Molly Froschauer at mfroschauer@sherwoodpartners.com or call 310.295.2130**

NOTICE OF SALE

Top Jet Enterprises, Ltd. vs. Sino Jet Holding Ltd., Skybluocean Ltd. and Jet Midwest Group, LLC, USDC Western District of Missouri Western Division Case No. 4:20-cv-00532-FJG

NOTICE OF SALE OF ASSETS

The assets of Skybluocean Ltd. are hereby offered for sale with a bid deadline of April 10, 2023 at 5:00 PM P.D.T. The assets consist of a 50% shareholder interest in Sino Jet Holding Ltd., a Cayman Islands company. The value of these shares is unknown. If you wish to receive additional information, please contact Deborah Burger at dburger@stapletoninc.com.

PUBLIC NOTICES

THE HIGH COURT COMMERCIAL

Record No. 2023/ 28 COS 2023 No. 19 COM

IN THE MATTER OF LINDE PLC AND IN THE MATTER OF THE COMPANIES ACT 2014 AND IN THE MATTER OF A PROPOSED REDUCTION OF CAPITAL PURSUANT TO SECTIONS 84 TO 86 OF THE COMPANIES ACT 2014

NOTICE IS HEREBY GIVEN that an Order of the High Court of Ireland (the "Court") made on 24 March 2023 (the "Order") confirming a special resolution passed on 23 February 2023 by way of a unanimous written resolution of the members of Linde plc (the "Company") being entitled to receive notice of, attend, and vote at general meetings of the Company, approving the reduction of the company capital of the Company by the cancellation of the entire amount standing to the credit of the Company's share premium account, less the amount of one million US dollars (US$1,000,000), being a sum of US$76,178,981,882, in accordance with Article 56 of the Company's Articles of Association, together with the minute approved by the Court, was registered by the Registrar of Companies on 24 March 2023. This notice is given in compliance with the Order.

30 March 2023

ARTHUR COX LLP
Solicitors for the Company
10 Earlsfort Terrace
Dublin 2
D02 T380
Ireland

THE WALL STREET JOURNAL.

ADVERTISE TODAY

(800) 366-3975

For more information visit: wsj.com/classifieds

© 2023 Dow Jones & Company, Inc. All Rights Reserved.

PUBLIC NOTICES

**FDIC**

# PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Any depositor with accounts related to the digital banking business, however, must be closed out by contacting **Flagstar Bank, N.A.** Any accounts not closed within 30 days of March 20, 2023, will be returned to the FDIC. Thereafter, any such depositor will need to contact the FDIC for further instructions.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date.** You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

**FDIC**

# PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

# Fitterer, Reich recap Panthers' 2023 NFL Draft experience

BY MIKE KAYE
*mkaye@charlotteobserver.com*

The Panthers finished the NFL Draft early.

After making just two picks during Saturday's Day 3 selection process, GM Scott Fitterer and head coach Frank Reich left the war room in the middle of the fifth round to speak to the media and declare that they wouldn't be jumping back into the later rounds of the draft.

With 20 spots to fill in free agency, Fitterer and Reich quickly answered questions about their roster, the draft class and more, before scurrying back downstairs to launch back into attack mode.

Here are some takeaways from the Panthers' post-draft press conference:

MELISSA MELVIN-RODRIGUEZ mrodriguez@charlotteobserver.com

General manager Scott Fitterer, left, and head coach Frank Reich speak to media about their first round draft pick, quarterback Bryce Young, in the NFL Draft on Thursday.

### REICH EXCITED ABOUT THE SKILL POSITIONS ON OFFENSE

Fitterer said upgrading the team's weapons was an emphasis this offseason. The idea was to surround the quarterback position with weapons to make for an easier operation.

The Panthers signed wideouts Adam Thielen, DJ Chark and Damiere Byrd in free agency. They also added running back Miles Sanders and tight end Hayden Hurst on the open market.

Ole Miss wideout Jonathan Mingo, the team's second-round pick, was the latest addition to the playmaking department.

Reich acknowledged the offense's desire to spread the ball, and explained why the team needed a handful of weapons to surround the quarterback. The staff wants to use multiple formations and skill groups in order to confuse and outsmart the opposing defense.

"You can never have enough playmakers," Reich said. "That's a big deal. I'm really excited about our skill room."

Reich emphasized that the Panthers think first overall pick, quarterback Bryce Young, is a unique talent. The head coach continued to compare Young to a point guard as a distributor of the football. And with a handful of weapons, Young should have plenty of options in the pass game.

Reich also added that it was important that he and Young had a great relationship.

### CORBETT TO MISS REGULAR-SEASON ACTION

Panthers right guard Austin Corbett (ACL) is expected to miss regular-season time, according to Reich. The head coach wanted to add competition at the position, especially with left guard Brady Christensen (ankle) also coming off a major injury.

The Panthers selected N.C. State guard Chandler Zavala in the fourth round to scratch that itch for depth. Zavala sent Fitterer a text message on Friday night to check in with the team, as the lineman really wanted to be reunited with Wolfpack teammate Ikem Ekwonu in Carolina.

Fitterer recalled going back to tape from 2021, and watching Ekwonu and Zavala work together on the left side of the line for N.C. State and "just road-grading" defenders. The general manager also said that executives and scouts from other teams complimented the Zavala pick after it was made.

While Cade Mays is expected to fill in at right guard for Corbett, Zavala could compete with Christensen for the left guard spot this summer.

### 'BURNS IS GOING TO BE HERE'

Fitterer was asked about pass rusher Brian Burns' potential contract extension. While Burns recently underwent ankle surgery, the Panthers GM said the procedure won't impact contract negotiations.

"Burns is going to be here," Fitterer said. "He's one of our leaders, and we'll work through it with his agent."

Along with the negotiation for Burns' new deal, the Panthers also need to figure out what they'll do with defensive tackle Derrick Brown and cornerback CJ Henderson.

Both defenders have fifth-year options that need to be decided on by Tuesday. Fitterer expects to make the decision by Monday.

Fitterer said he would speak to both players before the Panthers announced any decisions.

According to CBS Sports, Henderson's 2024 option would cost roughly $11.5 million. Brown's option would be worth around $11.7 million.

Of the two players, Brown seems like the more logical fit for the option. The Panthers declined to trade Brown to the Chicago Bears during their discussions over the first overall pick in March.

### QUICK HITS

Fitterer said the Panthers have plenty of options for the swing tackle position — including veteran free agency, undrafted free agency, the XFL and eventually the waiver wire after training camp. Last year's swing tackle, Cam Erving, is still available in free agency.

● Reich said that he was confident that the team has a player who can be a starter at edge rusher opposite Burns. The team will open up the second edge position to competition, and will evaluate the group that features Marquis Haynes, Yetur Gross-Matos and Amare Barno.

Fitterer also said the Panthers are open to looking at pass rushers in free agency.

● Fitterer said offensive line coach James Campen had probably the best reaction to a pick all weekend when the Panthers selected Zavala on Saturday.

"I'd love to play poker with him — he can't hide his emotion," Fitterer said with a laugh. "He was really excited today to get Zavala. He loves those guys — he loves that group, takes a lot of pride in them. The personalities, and how they mesh in there — to add someone like Zavala, he was really excited."

● The Panthers drafted some older players this weekend because of the COVID extension year.

Fitterer acknowledged that some of their picks were older than some of their current players. For instance, Johnson, the team's third-round pick, will turn 25 in October.

Fitterer said the positive aspect to older players is that their bodies could be fully developed heading into their rookie campaign.

● Safety Jammie Robinson, the team's fifth-round pick, has the versatility to play safety and nickel corner. However, Reich said he doesn't want to put the defensive back into a box with a label.

The head coach thinks Robinson will carve out a role on defense and on special teams because of his personality and traits.

*Mike Kaye: @mike_e_kaye*

# Charlotte WR DuBose selected by Packers in seventh round

BY MIKE KAYE
*mkaye@charlotteobserver.com*

Grant DuBose is headed to Green Bay.

The Charlotte 49ers wide receiver was selected with the 256th overall pick by the Packers on Saturday. DuBose was officially the fourth-to-last pick on draft weekend.

DuBose is the fifth Charlotte player to be selected in the NFL Draft. He joins Larry Ogunjobi (2017), Nate Davis (2019), Alex Highsmith (2020) and Cameron Clark (2020) in that exclusive club.

DuBose entered the NFL Draft process in January after initially considering the transfer portal earlier this offseason. DuBose was invited to the Senior Bowl in Mobile, Alabama, in January, and he stood out during the week of practices at the all-star game.

The 6-foot-2, 201-pound wideout then went to the NFL combine in Indianapolis in February. He ran a 4.57-second 40-yard dash and a 6.89-second three-cone drill at Lucas Oil Stadium. He also had a 35-inch vertical.

During his two seasons at Charlotte, DuBose caught 126 passes for 1,684 yards and 15 touchdowns.

He will now look to make the 53-man roster in Green Bay, as Jordan Love replaces Aaron Rodgers at quarterback.

*Mike Kaye: @mike_e_kaye*

## NHL

## Saturday's Games

**Maple Leafs 2, Lightning 1:** John Tavares scored 4:36 into overtime as Toronto broke a 19-year playoff series drought, beating host Tampa Bay in Game 6 of a first-round Eastern Conference playoff series. Tavares' OT shot skittered past Lightning goaltender Andrei Vasilevskiy (20 saves) and clinched a Stanley Cup playoff series for the first time since 2004 – with the last three games coming in overtime in Tampa. Auston Matthews scored in regulation, and Ilya Samsonov was sharp in stopping 31 of 32 shots.

**Oilers 5, Kings 4:** Kailer Yamamoto scored with 3:03 left and visiting Edmonton held on to eliminate Los Angeles with a win in Game 6 of a first-round Western Conference playoff series. Klim Kostin had two goals and an assist, Connor McDavid and Yamamoto each had a goal and an assist and Stuart Skinner made 40 saves for the Oilers, who won the final three games of the series. Kevin Fiala had a goal and two assists, Sean Durzi, Adrian Kempe and Phillip Danault also scored and Joonas Korpisalo made 21 saves for the Kings.

**Rangers 5, Devils 2:** Chris Kreider had a goal and two assists as New York staved off elimination with a win against visiting New Jersey in Game 6. The win tied the Eastern Conference first-round playoff series at 3-3, with Game 7 set for Monday in New Jersey. Mika Zibanejad and Vladimir Tarasenko each had a goal and an assist, and Adam Fox had two assists for the Rangers. Igor Shesterkin stopped 34 of 36 shots.

— FIELD LEVEL MEDIA

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY**

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A**. If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A**. by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A**. On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.



Ad Number: 7924138-2
Insertion Number:
Size: 3 x 11
Color Type: B&W
Client Name: / PO# R3270050-FDIC 45
Advertiser: Miller Advertising
Section/Page/Zone: Legal/B004/LA
Description: R3270050 (10541 - SIGNATURE BRIDGE

Los Angeles Times
Publication Date: 05/01/2023
This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# Family claims deputies violated their civil rights

[Claim, from B1]
dova said. "I didn't know what was happening."

Cordova saw the confrontation between deputies and her daughter on her phone, from the living room camera, as it was taking place. She tried to speak through the camera's speaker to get the deputies' attention.

The deputies can be seen holding Alaiza's hands behind her back as they bring her out of the apartment.

"I was having an anxiety attack," Cordova said.

After the daughter is taken out of the apartment, two deputies can be seen going into the unit's rooms.

"I didn't do anything," Alaiza is heard telling deputies, while restrained, in a second video.

Los Angeles County Sheriff's Department officials said deputies were called to the 5100 block of Rosemead Boulevard in south San Gabriel on Oct. 22 after a caller reported someone arguing, screaming and what sounded like someone being hit.

Deputies found a door ajar and announced their presence, officials said in a statement, but "the occupants were uncooperative and refused to comply."

"After several attempts to have the occupants of the residence exit the location to ascertain if anyone was injured inside, the deputies made entry and a use of force against a juvenile occurred," the statement read.

"The claim that the door is ajar is blatantly false," Mkrtchyan said. "We have video that shows that they were knocking on the door."

Video provided to The Times shows deputies outside the apartment moments before they walked inside, speaking to neighbors and asking if anyone was hurt or in need of help.

A deputy is then seen walking toward the Cordovas' apartment and knocking on the door several times. The door is just outside the camera view and not visible in the video.

"Sheriff's Department, is there anyone inside?" a deputy yells before walking in. "Make yourself known."

Cordova says the door was shut but unlocked.

"They're lying," she said. "My daughter just forgot to lock it."

Mkrtchyan said the door was closed, and deputies had no right to enter the home. The attorney said Alaiza and her brother were not resisting deputies but were asking why they were there.

Another video posted by Cordova shows her 14-year-old son arguing with three deputies outside the home. A deputy approaches and yanks a phone from the boy's hand. Deputies then push him against the wall and restrain him.

Cordova said seeing the incident on her phone caused her to panic.

"In that moment, you don't see that it's someone with authority there," she said. "We just see people grabbing [our] children."

In a statement, sheriff's officials said the videos posted on social media don't depict the entire sequence of events.

Deputies arrested Cordova's husband, who, according to the statement, was seen driving past deputies and through a stop sign, cellphone in hand.

"He was uncooperative, refused to provide his diver's license and resisted a lawful order," the statement read.

Another video provided by the family shows Cordova and her husband driving toward home, past a stop sign, and stopping in front of patrol cars and deputies. The husband rolls down the window.

"Do me a favor, I need your driver's license," a deputy tells him.

"No, sir," Cordova's husband says. "I'm at a complete stop."

"You're actually going to step out of the vehicle now," the deputy says, taking him and handcuffing him.

According to the department, the husband and the boy told deputies they were not injured.

Mkrtchyan said the deputies' actions were unnecessary and alleged that Cordova's children and husband were restrained for questioning deputies' actions.

"This is retaliation," she said. "They realized they ran into the wrong apartment, but now they're arresting these people after the fact to justify their entry."

# Teachers sue district over privacy policy

They argue parents deserve to know if students identify as transgender.

By Kristen Taketa

SAN DIEGO — Two Escondido middle school teachers have sued their own district and the California Board of Education over policies designed to ensure transgender students' right to privacy.

Rincon Middle School teachers Elizabeth Mirabelli and Lori Ann West believe they should be able to tell parents about their child's transgender identity, according to the lawsuit.

Escondido Union School District policy and California education guidelines state that transgender students' gender identities must be kept private, including from parents, unless the students give consent. State officials say that's in order to protect students from potential abuse.

Mirabelli and West, both of whom are Christian, argue that this forces them to go against their religious beliefs, violating their 1st Amendment religious and free speech rights.

"The policy also forces Elizabeth and others like her to violate faith," said Paul Jonna, the plaintiffs' attorney. "She has constitutional rights that are being violated by this policy, which is forcing teachers to lie and participate in deception."

Federal and state authorities prohibit discrimination in schools based on gender identity. Since 2013 California law has required that schools allow students to participate in sex-segregated programs consistent with their gender identity regardless of their sex assigned at birth.

California education officials say antidiscrimination laws include a right to privacy. They warn schools that disclosing the fact that a student is transgender may violate California's antidiscrimination law by making a student more vulnerable to harassment.

Family rejection has been associated with dangerous outcomes for transgender people, including domestic violence and heightened risk of homelessness, suicide attempts and sex work, according to the latest U.S. Transgender Survey by the National Center for Transgender Equality in 2015.

"Revealing a student's gender identity or expression to others may compromise the student's safety. Thus, preserving a student's privacy is of the utmost importance," the state education department says on its website.

The California School Boards Assn., which provides legal advice to districts and charter campuses, says schools must respect students' wishes regarding disclosure of their gender status.

Local education agencies "are required, with rare exceptions, [to] respect the limitations that a student places on the disclosure of the student's transgender status and consider the student's privacy rights and safety associated with this information, including not sharing that information with the student's parents except with the student's authorization," its guidance says.

Escondido Union School District policy aligns with that guidance, holding that teachers and staff are not allowed to disclose a student's transgender identity to anyone else, including their parents, without the student's written consent, unless the disclosure is otherwise required by law or to protect the student's physical or mental well-being.

"The Escondido Union School District is committed to providing a safe and positive environment that enables our students to learn and actualize their unlimited potential and that empowers our teachers to excel as educators," Supt. Luis Rankins-Ibarra said in a statement Friday.

"As part of that commitment to student learning, the district observes all federal and state laws."

The two teachers' lawsuit, filed in federal court Thursday, names as defendants the members of the Escondido Union school board; Escondido administrators including Rankins-Ibarra; Tony Thurmond, the state schools superintendent; and the members of the state Board of Education.

Mirabelli and West say in their lawsuit that they do not believe a gender spectrum exists and that people are innately and permanently either male or female, based on God's design. They believe that gender dysphoria and gender identity issues should not be left to children to decide on their own.

The lawsuit argues that by using students' preferred names and pronouns, school staff are reinforcing what they call "the whims of gender-confused children — while denying parents any say."

"Parents should not be left out of their child's school life. What parent would want that?" Mirabelli said.

Jonna, of the Rancho Santa Fe law firm LiMandri & Jonna LLP, has filed multiple lawsuits in the last two years regarding California school policies as special counsel for the Thomas More Society, a Chicago nonprofit that has long fought for abortion restrictions.

In 2021 LiMandri & Jonna sued San Diego Unified on behalf of a Christian student at Scripps Ranch High School, accusing the district of religious discrimination because its student COVID-19 vaccination mandate did not allow for personal belief exemptions. That case effectively ended after the mandate was defeated by another lawsuit filed by parents affiliated with Let Them Breathe.

Taketa writes for the San Diego Union-Tribune.

# MARKETPLACE

JOBS · REAL ESTATE · MORE

latimes.com/placead
To place an ad call 1.800.234.4444
Los Angeles Times

## FDIC PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

## FDIC PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A.** If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your Deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date.** You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

## MERCHANDISE 800

### Miscellaneous Merchandise

**FREON WANTED**
Certified buyer looking to buy R11, R12, R22 & more! Call Xiomara at 312-697-1976.

FOR SALE 53-foot semi-trailer. Asking $60,000 or best offer. (916) 952-9689.

## LEGAL NOTICES 1300

### Legal Notices

**$50,000 REWARD NOTICE**
The City of Los Angeles offers a reward payable at the discretion of the City Council to one or more persons in the sum or sums up to an aggregate maximum total sum of $50,000 for information leading to the identification and apprehension of the person or persons responsible for the DEATH OF MIKEONA JOHNSON, in the City of Los Angeles. On September 9, 2020, at approximately 9 p.m., Mikeona Johnson departed her residence to get food for her family. Her family notified relatives that she never returned, and after a week missing, her body was discovered in the back seat of her 2003 silver Mercedes-Benz on a residential street in front of Manhattan Place Elementary School. There were no obvious signs of trauma on Ms. Johnson's body and her cause of death was listed as undetermined. The suspect remains unidentified. Detectives are continuing to investigate this crime, but have not been able to identify any suspect or suspects.. The detectives believe a reward may compel member of the public to provide information on the persons responsible for this crime. The person or persons responsible for this crime represent an ongoing threat to the safety of the people of Los Angeles; therefore, it is appropriate for the City of Los Angeles to offer a reward for information leading to the identification, apprehension and conviction of the person or persons responsible for this crime. Unless withdrawn or paid by City Council action, this offer of reward shall terminate on, and have no effect after, November 01, 2023. The provisions of payment and all other considerations shall be governed by Chapter 12 of Division 19 of the LAAC Code, as amended by Ordinance Nos. 158157 and 166666. This offer shall be given upon the condition that claimants continued cooperation within the criminal justice system relative to this case and is not available to public officers or employees of the City, their families, persons in law enforcement or persons whose misconduct prompted this reward. If you have any information regarding this case, please call the Los Angeles Police Department at 1-877-LAPD-24-7, 24 hours. C. F. No. 22-0010-S3.
5/1/23
**CNS-3696055#**

NOTICE OF PREPARATION OF AN ENVIRONMENTAL IMPACT REPORT AND PUBLIC SCOPING MEETINGS
The City of Los Angeles (City), as the Lead Agency, through its Bureau of Sanitation (LA Sanitation and Environment, LASAN), is preparing a Program Environmental Impact Report (PEIR) pursuant to the California Environmental Quality Act (CEQA) for the proposed Comprehensive Plastics Reduction Program (the proposed Program). The proposed Program would encompass two major components: 1) upstream measures to reduce or eliminate the production and use of single-use plastic products and encourage use and reuse of other items to the extent feasible, thereby reducing or eliminating the input of single-use plastics into the City's waste stream and the environment; and 2) downstream measures by which to increase the City's ability to manage collecting, reusing, recycling, and composting of alternative materials and support reusable products.

The City is requesting identification of environmental issues and information that you or your organization believes should be considered in the PEIR. The City will hold two scoping meetings for the proposed Program virtually on May 10, 2023 from 11:00 a.m. to 12:00 p.m. and on May 11, 2023 from 6:00 p.m. to 7:00 p.m. To register, please visit http://www.lacitysan.org/ceqa and click on the project link for additional information on how to register.

Please send your written/typed comments to LASAN by one of the following delivery methods. In your comments, please include your name, email address, telephone number, mailing address, and "Comprehensive Plastics Reduction PEIR" at the top of your comment.

Google forms: https://forms.gle/2ZWkx9HrwSHSdrMp6
E-mail: christine.batikian@lacity.org
Post: LASAN – Solid Resources Citywide Recycling Division
Attn: Christine Batikian
1149 S. Broadway, 5th Floor MS 944
Los Angeles, CA 90015

All comments must be received no later than 5:00 p.m. on May 30, 2023.

**Notice of Petition to Administer Estate of Patricia M. Anderson (23 STPB00042)**
A hearing on the petition will be held at the Los Angeles Superior Court, Stanley Mosk Courthouse, 111 N. Hill St., Los Angeles, CA 90012 in Dept. 79, Room 610, on May 12, 2023, 8:30 AM. The petition requests that the decedent's will be admitted to probate and requests authority to administer the estate under the Independent Administration of Estates Act. Petitioners are Juliann Anderson and Eric J. Anderson. Attorney: Juliann Anderson, 17299 Regency Circle, Riverside, CA 92503, (951) 833-1328, Juliann.Anderson@gmail.com.

Los Angeles Times Classified
Los Angeles Times

## EMPLOYMENT 1500

### Employment

**Cashier**
Chevron Carwash is now hiring 3rd shift cashiers. Health insurance included. Apply in person @ 1400 E Colorado Blvd Pasadena, CA 91106

A baby grand in the baby's room? Pass it on.
Sell your unwanted items where they'll be appreciated.
latimes.com/marketplace
Los Angeles Times MARKETPLACE
09CL397

love is...

...not always seeing eye to eye, but always heart to heart.

TM Reg. U.S. Pat. Off. — all rights reserved © 2023 Minikim Holland B.V.

JUMBLE
THAT SCRAMBLED WORD GAME
By David L. Hoyt and Jeff Knurek

Unscramble these Jumbles, one letter to each square, to form four ordinary words.

CYIPS

NRAKP

GBRIEG

JNIRYU

Get the free JUST JUMBLE app • Follow us on Twitter @PlayJumble

How did you learn to carry all that up the mountain?

My father and grandfather taught me how to carry and climb since I could walk.

THE SHERPA CREDITED HIS SUCCESS AS AN ADULT TO HIS ---

Now arrange the circled letters to form the surprise answer, as suggested by the above cartoon.

Answer here:

(Answers tomorrow)

©2023 Tribune Content Agency, LLC All Rights Reserved.

Saturday's Jumbles: STYLE SUNNY INFECT BUSILY
Answer: The comedy club was being audited because the IRS suspected — FUNNY BUSINESS

# Home Sellers Put Off By Market Conditions

FROM FIRST BUSINESS PAGE

room townhouse but is worried about being able to afford a new home. “It’s a little scary now, and you have to be careful,” she said.

A stalemate has mired the housing market, when it should be more robust. Sales of existing homes in March were down 22 percent from the year before, according to the National Association of Realtors. The inventory of unsold homes on the market at the end of March totaled 2.6 months’ supply, meaning it would take that long to sell them. Inventory is typically twice that amount to balance supply and demand.

“We are in a real gridlock situation,” said Robert Frick, corporate economist at the Navy Federal Credit Union. “It’s going to be a tortuous process to unfreeze the market and take a long time to get back to a normal supply-and-demand situation.”

Fewer homes for sale mean more competition among buyers, which leads to bidding wars and drives up prices. Although down from recent highs, the average price of a house remains about 40 percent higher than at the beginning of 2020, according to the S&P CoreLogic Case-Shiller index, which measures prices across the nation.

“Everybody is a little surprised at the level of price resilience,” said Todd Teta, chief product and technology officer for Attom Data Solutions, a real estate analytics firm.

Matt Berger would like to sell his three-bedroom starter home in Lebanon, Ohio, where he lives with his wife and two young children, but is holding back. “It feels tight now, and will only get tighter as the kids grow,” he said.

They are looking to move closer to Cincinnati, but homes they could afford a year ago are now out of their price range. Adding to the pressure is the low mortgage rate on their current home: “We are in the mid-threes” — roughly half the national average — “and I’d hate to have to say goodbye to that,” said Mr. Berger, 42.

“It’s a doubly whammy of the higher interest rates and the home values being so high, and that is scaring us off,” he added. He and his wife are hoping that mortgage rates will fall and they find a cheaper home in a year or two, before their children are settled in school.

The average rate on the most popular home loan, the 30-year fixed-rate mortgage, is 6.43 percent, Freddie Mac reported on Thursday, more than twice what it was two years ago. Mortgage rates peaked above 7 percent late last year, but the decline since then has been slow and uneven.

To get sellers more motivated again, rates will have to fall to the “magic mortgage rate” of 5.5 percent, according to a survey by John Burns Research and Consulting. More than 70 percent of prospective home buyers told the researchers that they were not willing to accept a mortgage above that rate.

“Homeowners seem to be pretty patient right now,” said Maegan Sherlock, a senior research analyst at John Burns. “Until things get a little better, those people are going to hold out,” she added.

Most industry experts believe the tipping point is still a ways off. “This is going to be a transition year,” said Danielle Hale, the chief economist of Realtor.com. “As we move into 2024, we should see more people with an appetite to buy.”

The market also may thaw as demand from frustrated buyers is met by home builders, which “historically created first-time home opportunities and move-up opportunities,” said Mr. Teta of Attom.

A lack of inventory of existing homes appears to be pushing buyers to newly built homes, a smaller market where sales have held up better. Sales of new single-family homes jumped nearly 10 percent in March from the month before, according to the Census Bureau.

**Waiting for rates to drop before putting out a ‘for-sale’ sign.**

The National Association of Realtors forecasts that sales of new homes will increase 4.5 percent this year and 12 percent in 2024. It expects existing-home sales to drop about 9 percent this year and then bounce back in 2024.

And there are always reasons that reluctant homeowners could be compelled to sell, like job relocations, downsizing or divorce, said Iliana Abella, executive director of sales at the Abella Group, a real estate brokerage in Miami.

“If you are planning to stay in your home for longer than five years, 6 percent is not going to kill you,” she said of current interest rates.

Still, many homeowners are content to wait.

Ellen Goldman, a 72-year-old retired lawyer in Naples, Fla., is looking to downsize. She and her husband, Sam Savage, have lived in their two-story home since 2004, but realize that the stairs will get more difficult as they age.

“We both work out, and it’s not an issue,” she said, adding that “we want to make the move now before it becomes too hard.”

But they are in no rush. “We don’t have to do this,” she said, as they keep an eye on local prices. “We would be fine staying, too.”

SCOTT McINTYRE FOR THE NEW YORK TIMES

Ellen Goldman and Sam Savage, of Naples, Fla., are looking to downsize from the two-story house they have lived in since 2004 but are in no rush to sell.

# Should Uninsured Deposits Get a Warning Label?

By Andrew Ross Sorkin, Lauren Hirsch and Sarah Kessler

How do we avoid the next run on a bank?

If there has been a lesson in the recent spate of bank failures, it is that deposit flight can now happen quickly. It no longer requires a teller to hand money to customers waiting in long lines around the block. Tens of billions of dollars can vanish in hours or minutes.

That’s why guaranteeing deposits has become so crucial. The Federal Deposit Insurance Corporation explicitly insures the first $250,000 in any account, but nothing over that. The Biden administration has so far implicitly guaranteed all deposits by invoking a “systemic risk exception” — but such an implicit guarantee has not been genuinely tested against a run on multiple banks at the same time.

There are fair arguments for the F.D.I.C. to guarantee all deposits, but there may be a more strategic, surgical and free-market solution.

Consider this: What if the banking system coalesced around a separate insurance program — we’ll call it F.D.I.C.+ — for deposits above $250,000?

Banks could decide whether to use the insurance program. If they did, they could market and advertise that all deposits were insured. If they didn’t, the Federal Reserve could require them to have higher capital requirements and other restrictions to mitigate the possibility of a run.

The Consumer Financial Protection Bureau could then require banks to use the equivalent of the warning label on cigarettes to show which accounts were not insured. This warning would appear on customer apps and statements, making it clear to customers when their money was not insured and they would not be rescued.

Such restrictions would be a strong incentive for banks to participate in the F.D.I.C.+ program. Because banks would pay to insure their large deposits, the program would also provide an incentive for better business models.

Silicon Valley Bank, which failed in March, catered to the wealthy. The same is true of First Republic Bank, whose stock price dropped more than 43 percent on Friday as its fate remained uncertain.

Bloomberg reported on Saturday that the F.D.I.C. has asked JPMorgan Chase and PNC to submit final bids for the ailing lender this past weekend in an effort to broker an orderly sale.

Silicon Valley Bank offered tech executives good deals on mortgages and more. Many of these executives, in turn, encouraged the companies they invested in to park their money in the banks. First Republic had a similar business tactic: It distinguished itself by offering wealthy clients jumbo mortgages, and offering spectacular white glove customer service.

That meant the banks had a huge number of deposits larger than $250,000, which are not backed by the government’s deposit insurance fund. Nearly 90 percent of SVB’s roughly $88 billion was uninsured. And about two-thirds of First Republic’s deposits were uninsured at the end of last year.

That left the banks vulnerable to flights. Not only did they have large amounts of uninsured deposits, which businesses also commonly hold in their accounts, they also had a high number of clients with strong networks who were able to sense trouble and flee more quickly than a business may have. The bank run at SVB “appears to have been fueled by social media and SVB’s concentrated network of venture capital investors and technology firms,” concluded a report released by the Federal Reserve.

Maybe F.D.I.C.+ would have prevented it.

IAN C. BATES FOR THE NEW YORK TIMES

Silicon Valley Bank had a huge number of deposits larger than $250,000, which are not backed by the government’s deposit insurance fund.

## In Case You Missed It

**Fox News ousted Tucker Carlson.** The Fox Corporation board made the decision after discovering offensive private messages from Carlson that had been redacted in legal filings for Dominion Voting Systems’ defamation case against Fox. After Carlson’s firing, Russian state media reportedly offered him a job, and viewership of the conservative news channel Newsmax boomed. CNN also fired an anchor last week: Don Lemon, who made remarks in February about women and aging that were widely perceived to be sexist.

**British regulators blocked Microsoft’s $69 billion Activision deal.** The surprising decision reinforced the increasing assertiveness of global antitrust regulators. Microsoft’s deadline to close the acquisition is July 18. If its appeal fails, it will most likely have to walk away and pay a $3 billion breakup fee to Activision.

**Price check.** The latest economic indicators showed that inflation is slowing, but stubborn, as Federal Reserve officials prepare to make an interest rate decision this week. The Fed’s preferred measure of inflation climbed 4.2 percent over the year through March, down from 5.1 percent in February, while wages in March climbed 5.1 percent from a year earlier and were up 1.2 percent from December. Data released Thursday showed that gross domestic product, adjusted for inflation, increased at an annual rate of just 1.1 percent in the first quarter.

**Bed, Bath & Bankruptcy.** The home goods store Bed Bath & Beyond began the process of closing its 360 stores and 120 Buy Buy Baby locations after filing for Chapter 11 bankruptcy protection on April 23. Customers had until last Wednesday to use their coupons.

## It’s Not Just Tech Companies Talking About A.I.

The release of ChatGPT in November seems to have gotten companies talking about artificial intelligence. Mentions of “A.I.” or “artificial intelligence” on corporate calls, which have been rising over the last decade, increased 50 percent from the fourth quarter of last year to the first quarter of this one. That’s according to the market intelligence platform AlphaSense, which tracks data from more than 9,000 public companies that host calls in English.

Of the 2,007 companies that have hosted corporate calls since April 1, 334 mentioned the technology. And it’s not just tech companies.

■ Roger S. Penske, the chief executive of the transportation service company Penske, said the company was using artificial intelligence to answer basic customer inquiries and make sales appointments. “We’re scheduling better. We’re more efficient, and it’s enabling us to use different periods of time with our scheduling to be better with our tech,” he told investors.

■ James Quincey, the chief executive of Coca-Cola, told investors that “one doesn’t have to think very far to think of all the design work that goes into some of our point-of-sale material and how that can be driven through A.I. into the future.”

## When an Anchor Gets Fired, This Lawyer Gets Hired

Tucker Carlson and Don Lemon, the TV news anchors who made big news themselves last week when they were fired and taken off the air, have hired the same lawyer: Bryan Freedman. Though neither host has announced a lawsuit against his former employer, the hiring of Freedman could be a sign of legal battles to come.

The prominent Hollywood lawyer has a reputation for being an aggressive courtroom combatant. He founded his Los Angeles firm, Freedman + Taitelman, with Michael Taitelman in 1997. In its list of “power lawyers,” The Hollywood Reporter described Freedman as “an expert in crisis litigation, the type that’s heavy in late night phone calls and corporate drama.”

One of his specialties: securing big payouts for TV stars facing controversy. His clients include Chris Cuomo, the former CNN anchor, who was ousted after evidence emerged that he had advised his brother, Andrew Cuomo, during a sexual harassment scandal (he is seeking $125 million for wrongful termination); Megyn Kelly, who secured a full payout of her contract when she left NBC after wondering on the air whether dressing up in blackface for Halloween was inappropriate; Mike Richards, a former host and executive producer of “Jeopardy!,” who left after a report revealed offensive comments he had made on a podcast several years earlier; and Chris Harrison of “The Bachelor,” who stepped down after making remarks he later acknowledged were dismissive of racism.

Freedman has also represented Quentin Tarantino, Julia Roberts, Mariah Carey, Seth Rogen and Gabrielle Union.

## On Our Radar: Giannis Antetokounmpo on ‘Failure’

After the top-seeded Milwaukee Bucks suffered a season-ending loss in the N.B.A. playoffs on Wednesday, a reporter asked Giannis Antetokounmpo, the Bucks’ star player, if he considered the season “a failure.” Antetokounmpo’s passionate response has since been passed around for its wisdom about moving forward from a loss: “Do you get a promotion every year, in your job?” he asked. “No, right? So every year you work is a failure — yes or no? No. Every year you work, you work towards something, towards a goal, which is to get a promotion, to be able to take care of your family, provide a house for them, or take care of your parents. You work towards a goal — it’s not a failure. It’s steps to success.”

**DealBook/**

DealBook helps you make sense of the day’s most important business and policy headlines. Sign up for the newsletter at **nytimes.com/dealbook**

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the “FDIC”) as Receiver (the “Receiver”) to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY**

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the “FDIC”) as Receiver (the “Receiver”) to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A**. If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC’s determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC’s determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier’s checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A**. by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State’s Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State’s Unclaimed Property Division according to the state’s unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

# Classified

FIND. BUY. SELL.
classifieds.newsobserver.com

SELL YOUR STUFF FAST!
919.829.4500

## Legals

**NOTICE OF PUBLIC HEARING**

The Durham City Council will hold a public hearing on Monday May 15, 2023, at the meeting that begins at 7:00 PM, to consider an Ordinance to Revise Stormwater Rates.

This meeting will be held in person in Council Chambers at 101 City Hall Plaza and remote participation is also available online using the Zoom virtual meeting platform. You may register to speak virtually at the hearing at: http://us06web.zoom.us/webinar/register/WN_jGN1OcZ6TsWhrq82486KWQ (Webinar ID: 845 0119 0508). Your registration must be submitted by 2 p.m. on the day of the City Council meeting. After registering, you will receive a confirmation email containing information about joining the meeting. Instructions to participate in the meeting are available at: https://durhamnc.gov/3012/Public-Hearings-and-Notices

If you wish to submit written comments, you may send them via email to StormwaterRate@durhamnc.gov, via USPS to Public Works Stormwater Services, 3rd Floor Public Works, 101 City Hall Plaza, Durham, NC 27701, or via hand delivery to the City Hall Lobby, 101 City Hall Plaza, Durham, NC 27701, attention "Public Works Stormwater Rate".

Stormwater service charges authorized by city code section 70-652 on developed land are proposed to be revised as follows:

Residential units: $4.95 per month for residential units with less than 2,000 square feet of impervious surface: $10.25 per month for residential units with 2,000 square feet or more of impervious surface but less than 4,000 square feet of impervious surface; and $20.53 per month for residential units with 4,000 square feet or more of impervious surface.

Other residential and nonresidential land is charged $10.25 per month for each equivalent residential unit (ERU), which is 2,400 square feet of impervious surface.

If approved by City Council, the ordinance will be effective on July 1, 2023.
IPL0119431
Apr 24,May 1 2023

**NOTICE**

The following properties are offered for maintenance (Grass Mowing Contract) to the lowest bidder:

Project R-2829 Parcel: 901 WBS:35517.2.1
2824 Auburn Knightdale Rd, Raleigh, NC 27601

Project U-2102 Parcel 026 WBS: 8.1351302
2627 Cammie St. Durham, NC 27705

Project R-2828 Parcel: 393 WBS: 35516.2.TA1
4505 Barrington Hills Lane, Garner NC 27529

Project U-5720B Parcel 900 WBS: 46308.2.2
615 Peyton Ave., Durham, NC 27703

Project U-3308 Parcel: 112 WBS: 34915.2.1
1109 Angier Avenue, Durham NC 27703

Project I-0306DB Parcel 138 WBS: 34143.2.2
1751 Broad St., Durham, NC 27705

Project P-5715 Parcel 014 WBS: 46927.2.1
2025 New Hope Church Rd., Raleigh, NC 27604

A mandatory pre-bid meeting will be held at 815 Stadium Drive, Durham, NC, 27704 on Monday, May 8th, 2023, at 10:00 am. It is mandatory that all bidders attend the full meeting, including all mowing locations and the office presentation. Only bidders present at the mandatory pre-bid meeting will be allowed to bid. Only sealed bids in bid forms furnished by the Department of Transportation and sealed in envelopes furnished by the Department of Transportation at the pre-bid meeting will be considered. Bids will be opened Monday, May 15th at 10:00 am in the office of the Division Right of Way Agent of the Department of Transportation located at 815 Stadium Drive, Durham NC 27704. All Sealed Bids shall be delivered to the above address or mailed to B. C. Rogers, Division Right of Way Agent, 815 Stadium Drive, Durham, NC 27704, prior to 10:00 am Friday May 19th or the bid will not be considered. The Department of Transportation reserves the right to reject any and all bids. For full particulars, contact the above-mentioned office at the given address or telephone 919-220-4709. In accordance with Title VI of the Civil Rights Act of 1964 and Title 49, Code of Federal Regulations, minority business enterprises will be afforded full opportunity to submit bids and will not be discriminated against on the grounds of race, color or national origin.

PLEASE SEND STATEMENT AND AFFIDAVIT OF PUBLICATION TO:
NCDOT
Right Of Way Department
815 Stadium Drive
Durham NC, 27704
IPL0118603
May 1-2 2023

**NOTICE OF SUBSTITUTE TRUSTEE'S SALE OF REAL ESTATE 23-SP-150**

UNDER AND BY VIRTUE of the power and authority contained in that certain Deed of Trust executed and delivered by Piedmont Communications Company, Inc., dated the 26th day of September 2013 and recorded in the Register of Deeds office for Durham County, North Carolina, in Book 7383, Page 155, and because of default in the payment of the indebtedness thereby secured and failure to carry out and perform the stipulations and agreements therein contained and pursuant to an Order entered by the Clerk of the Superior Court and pursuant to demand of the owner and holder of the indebtedness secured by said Deed of Trust, the undersigned Substitute Trustee will expose for sale at public auction to the highest bidder for cash at the usual place of sale in the Courthouse of Durham County, North Carolina, at 11:00 a.m. on May 2, 2023, all that certain lot or parcel of real estate, including all improvements and fixtures located thereon, situated, lying and being in Durham County, North Carolina, and more particularly described in the Deed of Trust identified above, which description is incorporated by reference herein as amended, modified or supplemented by other instruments, if any, recorded subsequent to the Deed of Trust in the Durham County Public Registry. ADDRESS OF PROPERTY: 1519 Camden Avenue, Durham, North Carolina 27704 PRESENT RECORD OWNER(S): Piedmont Communications Company, Inc. Var|0|1|0||0|%HIThe terms of the sale are that the property will be sold for cash to the highest bidder and a cash deposit not to exceed the greater of five percent (5%) ) ) of the amount of the bid, or Seven Hundred and Fifty Dollars ($750) may be required at the time of the sale. The property to be offered pursuant to this Notice of Sale is being offered for sale, transfer and conveyance "As Is, Where Is". Neither the Substitute Trustee nor the holder of the Note secured by the Deed of Trust being foreclosed, nor the officers, directors, attorneys, employees, agents or authorized representatives of either the Substitute Trustee or the holder of the Note make any representation or warranty relating to the title or any physical, environmental, health or safety conditions existing in, on, at or relating to the property being offered for sale, and any and all responsibilities or liabilities arising out of or in any way relating to any such conditions are expressly disclaimed. The property will be sold subject to restrictions and easements of record, any unpaid taxes, prior liens and special assessments, any transfer tax associated with the foreclosure, and any tax required to be paid by N.C.G.S. § 7A-308(a)(1). The sale will be held open for ten days for upset bids as required by law. An Order for possession of the property may be issued pursuant to N.C.G.S. § 45-21.29 in favor of the purchaser and against the party or parties in possession by the Clerk of Superior Court in which the property is sold. Any person who occupies the property pursuant to a rental agreement entered into or renewed on or after October 1, 2007, may, after receiving notice of sale, terminate the rental agreement upon ten days' written notice to the landlord. Upon termination of a rental agreement, the tenant is liable for rent due under the rental agreement prorated to the effective date of the termination. This the 21st day of April, 2023. Margaret M. Chase, Esq., Substitute Trustee, 114 N. Elm Street, Suite 200 Greensboro, NC 27401, (336) 939-5803.
IPL0119742
Apr 24,May 1 2023

**NORTH CAROLINA DURHAM COUNTY NOTICE TO CREDITORS**

The undersigned, having qualified on the 4th day of April 2023, as Executor of the Estate of Fred Tullai, Jr. deceased, of Durham County, North Carolina, does hereby notify all persons, firms and corporations having claims against said Estate to exhibit them to the undersigned on or before the 10th day of July 2023, or this Notice will be pleaded in bar of their recovery. All persons indebted to said Estate will please make immediate payment to the undersigned.
This 10th day of April 2023
Twila B. Tullai, Executor
Estate of Fred Tullai, Jr.
Gwendolyn C. Brooks, Esquire
Kennon Craver, PLLC
4011 University Drive, Suite 300
Durham, North Carolina 27707
IPL0117277
Apr 10,17,24,May 1 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against John Wesley Blythe , deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before (July 12, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This April 6, 2023.
Heather Blythe Calegar
711 Cross Timbers Dr., Durham, NC 27713
IPL0117551
Apr 10,17,24,May 1 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against Edward J. Roach Jr., deceased, of Carteret County, N.C., are notified to exhibit the same to the undersigned on or before (1 month and 2 days from 1st publication), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This May 10, 2023.
Richard M Potocek
14046 Gared Drive, Glenwood, MD 21738
IPL0117736
Apr 10,17,24,May 1 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against Richard V. Clark, a/k/a Richard Van Clark, deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before (July 18, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This April 17, 2023.
Martha Carol Brimm, Executor
7 Surrey Lane
Durham NC 27707
IPL0118259
Apr 17,24,May 1,8 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against Paula Pfeuffer, deceased, of Wake County County, N.C., are notified to exhibit the same to the undersigned on or before (7/19/2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This April 17, 2023.
Margret Holland
3120 Taylors Ridge Rd., Wake Forest, NC 27587
IPL0118537
Apr 17,24,May 1,8 2023

**ATTENTION:**

ALL PERSONS, firms and corporations holding claims against Beverly J. Hill, deceased, of Wake County, NC are notified to exhibit same to the undersigned on or before July 27, 2023, or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This 24th day of April, 2023. Jennifer K. Niemann, Administrator, c/o Clarity Legal Group, PO Box 2207, Chapel Hill, NC 27515.
IPL0119641
Apr 24,May 1,8,15 2023

**NOTICE TO CREDITORS**

All persons, firms and corporations having claims against the Estate of CLARENCE THEODORE MANN, SR., Deceased, of Wake County, N.C., are notified to present the same to the Personal Representative listed below on or before July 24, 2023, or this Notice will be pleaded in bar of recovery. All debtors of the said Estate are asked to make immediate payment. This 24th day of April, 2023.
CLARENCE THEODORE MANN, JR. Executor
c/o GREGORY T. PEACOCK
Ward and Smith, P.A.
Attorneys at Law
Post Office Box 33009
Raleigh, NC 27636-3009
IPL0119133
Apr 24,May 1,8,15 2023

**Public Notice**

The Individuals with Disabilities Education Act (IDEA- Part B, Public Law 108, 446) Project is presently being amended. The project describes the special education programs that The Expedition School proposes for Federal funding for the 2023-2024 School Year. Interested persons are encouraged to review amendments to the Project and make comments concerning the implementation of special education under this Federal Program. All comments will be considered prior to submission of the amended Project to the North Carolina Department of Public Instruction in Raleigh, North Carolina. The IDEA- Part B project is open to the public for review and comments during the week of May 8-12, 2023 in the office of Julie McCauley, EC Director, located at 437 Dimmocks Mill Rd Ste 33, Hillsborough, NC 27278.
IPL0119473
May 1-2 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against Vera Mae Bryant, deceased, of Wake County, N.C., are notified to exhibit the same to the undersigned on or before (July 25, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This April 24, 2023.
Robert Earl Bryant, Administrator
1053 Altice Drive, Raleigh, NC 27603
IPL0119491
Apr 24,May 1,8,15 2023

**ATTENTION:**

ALL PERSONS, firms and corporations holding claims against Marilyn M. Freed, deceased, of Orange County, NC are notified to exhibit same to the undersigned on or before July 27, 2023, or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This 24th day of April, 2023. Jonathan D. Williams, Exec., c/o Clarity Legal Group, PO Box 2207, Chapel Hill, NC 27515.
IPL0119635
Apr 24,May 1,8,15 2023

North Carolina, Durham County File No. 23 CVD 199 In the General Court of Justice, District Court Division Aricia M Phillips, Plaintiff, vs. Pedro L Rodriguez II, Defendant. Notice of Service of Process by Publication. To: Pedro L Rodriguez II Take Note: That a pleading seeking relief against you has been filed in the General Court of Justice, District Court Division, by the plaintiff herein, the nature of which is as follows: Absolute divorce based upon one year's separation. You are required by law to make defense to such pleading within forty (40) days from the date of the first publication of this Notice. If you fail to do so, the plaintiff will seek the relief sought herein.
Thi sthe April 21, 2023
Signed: Aricia M Phillips
IPL0119698
Apr 24,May 1,8 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against Gloria N. Kerr a/k/a Gloria Nichols Kerr, deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before (August 1, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This May 1, 2023.
Holly Kerr
c/o Richard M. Hutson II
Hutson Law Office, PA.
P O Box 2252-A
Durham NC 27702
IPL0120229
May 1,8,15,22 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against Daniel Eugene Dugan, deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before (8/1/2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This May 1, 2023.
Stefanie Ann Papke
c/o Hopler, Wilms & Hanna, PLLC
2314 S. Miami Blvd., Ste 151, Durham, NC 27703
IPL0120564
May 1,8,15,22 2023

**ATTENTION:**

ALL PERSONS, firms and corporations holding claims against David Ross, deceased, of Wake County, NC are notified to exhibit same to the undersigned on or before July 27, 2023, or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This 24th day of April, 2023. Vivien D. Koronet, Exec., c/o Clarity Legal Group, PO Box 2207, Chapel Hill, NC 27515.
IPL0119637
Apr 24,May 1,8,15 2023

**NOTICE TO CREDITORS**

ALL PERSONS, firms and corporations having claims against Jewell Saunders Simpson, deceased, of Durham County, N.C., are notified to exhibit the same to the undersigned on or before (July 25, 2023), or this notice will be pleaded in bar of recovery. Debtors of the decedent are asked to make immediate payment. This April 24, 2023.
Mamie Jo H. Coker, Executor
Cindy H. Harrell-Horn, Executor
c/o Hutson Law Office, PA.
P O Box 2252-A
Durham NC 27702
IPL0119302
Apr 24,May 1,8,15 2023

**Personal Representative's Notice**

Personal Representative's Notice All persons, firms and corporations having claims against Marc Kelly Franks, deceased, of Wake County, North Carolina are notified to present their claims to the below-named Personal Representative on or before August 4,2023 or this Notice will be pleaded in bar of recovery. Debtors of decedent are requested to make immediate payment.
This the 1st day of May 2023.
Robbie Caddell Franks,
Executor Estate of
Marc Kelly Franks
3400 Corsham Dr.
Apex, North Carolina 27539
IPL0119951
May 1,8,15,22 2023

North Carolina, Wake County File No. 22cvd8900 In the General Court of Justice, District Court Division Samantha Reed, Plaintiff, vs. Luis Reed, Defendant. Notice of Service of Process by Publication. To: Luis Reed Take Note: That a pleading seeking relief against you has been filed in the General Court of Justice, District Court Division, by the plaintiff herein, the nature of which is as follows: Absolute divorce based upon one year's separation. You are required by law to make defense to such pleading within forty (40) days from the date of the first publication of this Notice. If you fail to do so, the plaintiff will seek the relief sought herein.
Thi sthe April 25, 2023
Signed: Samantha Reed
IPL0120117
Apr 27,May 1,8 2023

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

FDIC

On March 12, 2023 (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

## Announcements

**Community Events**

**Huge Community Wide Yard Sale**
4501 Easthampton Road
8:00 a.m. to 1:00 p.m.
May 6...Rain Date May 7
Large Southall Community Yard Sale May 6.
Crossroads of Easthampton Drive and New Hope Road

## Animals

**Cats**

Maine Coon Kittens. TICA reg. Wisdom panel tested. Pet-only homes. Rabies UTD
Call/text (330)-636-1071 Fayetteville, NC location. Serious Inquires only.

**Dogs**

**www.pennylanefrenchies.org**
Frenchie babies ready now
call now 864-431-0901 Facetime!

**www.brickhousedoodles.com**
**Goldendoodles babies ready**
**CALL NOW 864-431-0901**

## Animals

AKC GERMAN SHEPHERD PUPS $ 450 BLACK AND TAN 252-287-0501

**Cavachon puppy**
Born 3-4-23 ready to go home 5-5-23. See pics Fernwoodcavaliers.com

**AKC Golden Retriever Puppies $1000**
AKC Golden Retriever Puppies (2)Girl (2)Boy available. Great personalities. Health guarantee and 1st shots. 704-692-8729

Goldendoodle pups, M/F, Born 3/2/23, $500, 910-375-0815

**Yorkshire Terrier's (Parti) Puppies**
Maltipoo (male), YorkiePoo (male). 919-820-5184.

Miniature Aussiedoodles Very social pups ready now! 2 female and 1 male, low shed and will mature to 15-20 lbs. UTD with shots and worming. $1000
Contact rickersherry@gmail.com
262-370-0508

## Animals

**Dogs**

**CKC Mini Goldendoodles**
Taking Deposits Now pups RTG June
$2500 (252) 489-9945

Golden Retriever Puppies Beautiful , AKC Reg. Vet. Checked First Shots. Ready 5/20
910-625-8613

**AMERICAN BULLY PUPPIES**
ONE female, THREE males. 8 weeks old today April 28,2023. Ears cropped at 5 weeks old. SERIOUS callers ONLY 1 336 514 1783

## Merchandise

**Want to Buy**

**FREON WANTED:**
Certified buyer looking to buy R11, R12, R22 & more! Call Clarissa at 312-535-8384.

## Real Estate

**For Rent**

**4404 susan drive raleigh nc 27603**
**Raleigh**
**House for rent**
3 bed,2 bath house
$2000 +1.5 deposit
wake tech area
**443.735.4771** **$2000**

**Real Estate Misc.**

**3-4 Br home Wanted to rent, May 8-15 2024. Family needs nice home for UNC graduation 2024. Pls contact. Send info Robert Rjdonnelly01@gmail.com**
**Chapel Hill**
**Flexible**

## Service Directory

**Home & Business Improvement**

**SWIMMING POOL DEMOLITION**
Mobile Homes,Sheds, Decks Etc.
Yard Renovations,Lot Clean-up
919-761-7192
**WWW.BOBCATVINNIE.COM**

**DRIVEWAY AND ROAD WORK**
**PUT DOWN NEW GRAVEL**
**CUT DITCHES**
**GRADING**
**NEW DRIVES OR NEW ROADS INSTALLED**
**919-201-3710**

**FISH POND WORK**
**REMOVE UNDERBRUSH TREES**
**MAKE PONDS WIDER OR DEEPER**
**INSTALL OVERFLOW PIPES**
**919-688-2252**

**Lawn/Garden/Landscaping/Trees**

**STEVES LAWN AND HANDY-MAN**
MOWING TRIMMING AND MORE 919-289-9711 OR 267-994-8605

**Painting**

**Marko's General Home Repair**
Carpenter - Painter - Handyman
**919-893-3366**

BARGAIN HUNTER?
Let Classifieds Help
The News&Observer
NewsObserver.com

Want to get your homes seen by more buyers? Turn to The N&O Classified Network.
easy
We can run your listings in our paper and online, a one-two punch nobody else in our area can offer.



# Public Notices

## Public Notices

**NOTICE**

**YOU ARE HEREBY NOTIFIED** that requests have been submitted to the Community Services Department, City of Sparks, NV, for the following:

**PCN21-0037/RZ23-0001** – Consideration, discussion, and possible recommendation to City Council on a request to rezone from PF (public facilities) and A5 (agricultural) to C2 (general commercial) for a 4.17-acre site located at 2770 Spanish Springs Road (APN 516-281-03) and 1470 Disc Dr (APN 514-081-01), Sparks, NV; (For Possible Action) and

**PCN21-0037/CU23-0003** Consideration, discussion, and possible recommendation to City Council on a request for a conditional use permit to construct and operate a 480-unit mini-warehouse storage facility on a 4.17-acre site located at 2770 Spanish Springs Road (APN 516-281-03) and 1470 Disc Dr (APN 514-081-01), Sparks, NV, in the C2 (General Commercial) zoning district. (For Possible Action)

A **PUBLIC HEARING** will be held in the Council Chambers of the Legislative Building, 745 4th St., Sparks, NV, at **6:00 p.m.** on **05.17.2023**, at which time the Sparks Planning Commission will hear testimony and may act on the above request.
You are invited to present written or verbal testimony concerning the above request.

SPARKS PLANNING COMMISSION
431 Prater Way
Sparks, NV 89431
Telephone: 775-353-2300

**Pub: 05.01.2023**

#5656491

TO BOOK YOUR
REAL ESTATE
CLASSIFIED AD

Contact your local real estate sales representative today

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

RJ-GCI1039780-01

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A**. If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A**. by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

SELL IT BUY IT FIND IT
cars tickets pets collectibles cameras coins instruments jewelry furniture computers and so much more
Place your classified ad today.

Special Offer FOR VETERANS!
NORTH AMERICA'S
#1 Selling Walk-In Tub
Featuring our Exclusive Shower Package

*Now* you can finally have all of the soothing benefits of a relaxing warm bath, or enjoy a convenient refreshing shower while seated or standing. Introducing Safe Step Walk-In Tub's exclusive *Shower Package!*

- ✓ First and only walk-in tub available with a customizable shower
- ✓ Fixed rainfall shower head is adjustable for your height and pivots to offer a seated shower option
- ✓ Now with 10 Hydro Jets, 16 Air Bubble Jets, and *MicroSoothe*® Advanced Air Therapy System
- ✓ High-quality tub complete with a comprehensive lifetime warranty on the entire tub
- ✓ Top-of-the-line installation and service, all included at one low, affordable price

*Now you can have the best of both worlds–there isn't a better, more affordable walk-in tub!*

15% Off

plus a
Free Shower Package

safestep
WhySafeStep.com
*With purchase of a new Safe Step Walk-In Tub. Not applicable with any previous walk-in tub purchase. Offer available while supplies last. No cash value. Must present offer at time of purchase.
CSLB 983603 F13000002885 13HV08744300

866-209-0947

Ease of Use

LIFETIME

BBB

FINANCING AVAILABLE WITH APPROVED CREDIT

*Subject to credit approval, with the purchase of a new Safe Step Walk-In Tub or Shower. Not applicable with any previous walk-in tub or shower purchase. Safe Step Walk-In Tub is neither a broker nor a lender. Financing is provided through third-party lenders unaffiliated with Safe Step Walk-In Tub, LLC under terms and conditions arranged directly between the customer and such lender. All subject to credit requirements and satisfactory completion of finance documents. Any finance terms advertised are estimates only. Offer available in select markets, not available in Canada. Participating dealers only. Other restrictions may apply

Ad Number: 6328584001
Insertion Number: 6328584001
Size: F1/4
Color Type: CMYK

Advertiser: Legal Notice
Agency: Miller Advertising
Section-Page-Zone(s): A-5-All
Description: SIGNATURE BRIDGE BA

San Francisco Chronicle
Monday, May 1, 2023

## TRANSGENDER

*From page A1*

UCSF and Cedars-Sinai, using records from Veterans Affairs.

For prostate cancer, simply demonstrating that transgender women — who were born with male sex organs — are at risk was an important first step in improving care, researchers said. But much more work needs to be done to determine how best to identify cases, and what role gender-affirming care, in particular, estrogen use, may play in diagnosis and treatment.

"We're still very much at the beginning of how best to care for this population — and it's a population that will probably increase, in terms of the number of people openly identifying as transgender," said Dr. Farnoosh Nik-Ahd, a UCSF urologist and lead author of the paper.

"Our interest was prostate cancer, but we hope to expand this and look at other health outcomes," Nik-Ahd said, noting in particular the importance of screening for cancers of other birth sex organs like the uterus and ovaries in trans men.

Transgender people generally have poorer health outcomes due to a variety of factors, often tied to stigma and marginalization that can affect access to care and cause a cascade of mental and physical health problems.

Though awareness of the unique needs of transgender people has improved along with increased visibility in recent years, they remain a highly vulnerable population, a situation potentially made worse with anti-trans legislation being pushed across the United States that could further limit health care access.

Transgender people, who are thought to make up less than 1% of the population, have mostly been left out of large studies of all kinds of health issues. When the UCSF team decided to look at prostate cancer in transgender women, the first problem they ran into was finding patients. Generally, "transgender" isn't noted in patients' medical records, so scientists had to look for secondary clues like estrogen prescriptions or a diagnosis of gender dysphoria.

The researchers used a national registry of adults in the Veterans Affairs Health System out of Durham, N.C., to search all prostate cancer cases from 2000 to 2022. They eventually identified 155 cases in transgender women over that time period. The scientists calculated a rate of 14 cases per year among the roughly 10,000 transgender women believed to be in the VA, which is less than half the rate for cisgender men in the VA.

Of those 155 transgender patients, most had never used estrogen, and 39 had either used it in the past or were currently taking it.

Estrogen is important because it's commonly used in gender-affirming care, and it's known to have a dampening effect on prostate cancer. The hormone, then, may decrease the risk of prostate cancer for transgender women, but it can also complicate screening and diagnosis.

Prostate cancer screening is already an imprecise tool. The prostate-specific antigen test, which monitors levels of a protein excreted in the prostate, can lead to false positive results that may trigger unnecessarily aggressive care, especially for a cancer that's usually slow-moving and may never need treatment.

For trans women, estrogen use could cause overall lower levels of PSA, making the screening tool even less effective and potentially increasing the risk of false negatives. It's possible doctors will need to adjust how they apply PSA results for trans women on estrogen, the study authors said.

There were also signs in the study results that trans women who have taken estrogen can develop more advanced prostate cancer than cisgender men by the time it is identified, suggesting diagnosis delays for the women, though more research is needed to better understand what's happening.

"This is a formative study in reshaping how we think about prostate cancer," said Dr. Maddie Deutsch, medical director of the UCSF Gender Affirming Health Program, who was not involved in the study. "It certainly highlights that a PSA is not as reliable in trans women taking hormones as in cis men. It also reminds us that trans women still have prostates and are still at risk of prostate cancer."

In fact, many trans women may not even realize they have a prostate, especially if they've had gender-affirming surgery, doctors said. And their clinicians might not think of them as being at risk of prostate cancer either.

"The women need to be educated, and the clinicians need to be educated, too," Cedars-Sinai's Freedland said.

*Reach Erin Allday: eallday@sfchronicle.com; Twitter: @erinallday*

**Sam Makalou picks up his order at the butcher counter at Harris' Restaurant. Harris' had closed its dining room in 2020 because of the pandemic.**

Photos by Carlos Avila Gonzalez/The Chronicle 2021

**Owner Michael Buhagiar passes the aging cooler at Harris' Restaurant, one of S.F.'s oldest steakhouses.**

## DINING

*From page A1*

restaurant closures."

On OpenTable in Chicago, there were 26% fewer diners in 2022 than 2019, according to the data; Boston was somewhat better, down just 16% on OpenTable; OpenTable diners in Los Angeles were down only 10%; and Miami made the strongest recovery, surging from a pandemic negative of 46% to a 33% increase of diners seated on OpenTable.

In 2020, like so many restaurants across the city and country, Harris' closed its dining room and relied on Paycheck Protection Program loans and whatever grants they could access to stay afloat. In an effort to keep steady revenue, the restaurant began to sell its finely marbled cuts of beef directly to customers. The restaurant's number of diners seated on OpenTable in 2020 was down 78% from 2019, worse than the city OpenTable average of 76%.

Laurie Thomas, executive director of the Golden Gate Restaurant Association, a San Francisco restaurant trade group, noted that the city's recovery has been "uneven." Some neighborhoods have experienced restaurant recoveries at or above pre-pandemic levels, she wrote in an email. However, "Downtown recovery lags, as many workers continue to work remotely either full or part time," Thomas wrote.

Chris Lehman, the general manager at Union Square gastropub Bartlett Hall, said his 2022 OpenTable reservations were down 60% compared with 2019. Elsewhere, numbers were more encouraging. Rich Troiani, general manager at the Embarcadero's WaterBar, said the restaurant had its strongest yearly revenue in 2022. One sore spot, however, was no-shows. Around 15% of reservations, for which the restaurant uses OpenTable, didn't arrive, said Lehman. OpenTable's data did not account for no-shows, meaning the number of actual paying diners could be lower.

Harris' location, between Nob Hill, Russian Hill and Pacific Heights, helped it survive, said Buhagiar, the restaurant's director of operations. It was supported by neighbors and regulars celebrating with aged prime rib and martinis.

Nationwide, restaurant sales are actually trending upward. Spending on food services and drinking places was 12.3% higher in March of 2023 than the year before, according to the most recent U.S. Census Bureau report.

Buhagiar believes his restaurant will have a good 2023, but he's worried about regular business closings, people leaving the city and the slow return of tourism and conventions. On Friday night at Harris', there were still plenty of open tables to be found on OpenTable.

While the unusually cold and rainy start to the year dampened dining and tourist activity, which OpenTable reports brings in 30% of S.F. reservations, some, like Thomas of the Golden Gate Restaurant Association, see hope as the days continue to warm up.

"We are hopeful that we will have a strong summer tourist season," Thomas wrote.

*Reach Mario Cortez: mario.cortez@sfchronicle.com*

### PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A**. On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

### PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A**. If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A**. by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

P2JW121000-0-B00300-1--------XA

# Earnings to Offer Consumer Snapshot

## Apple, Ford Motor and other marquee names are set to offer clues on spending habits

By Sabela Ojea

**Apple** Inc., **Marriott International** Inc. and **Starbucks** Corp. are among the companies that will report quarterly results in coming days, offering a closer look at consumer-spending habits in a slowing economy.

Ride-hailing company **Uber Technologies** Inc., auto maker **Ford Motor** Co. and pharmacy chain **CVS Health** Corp. also are scheduled to report, as consumers face steady price increases and inflation shows few signs of retreating.

The companies are among 162 in the S&P 500 slated to report during a busy earnings week as investors weigh signals about the direction of the broader economy.

U.S. economic growth slipped in the first quarter, with gross domestic product up a seasonally adjusted 1.1%, which was down from the 2.6% growth reported in the fourth quarter. Many economists expect the economy to lose more steam as the year progresses, predicting a recession in the second half.

Companies have so far reported a 3.7% decline in earnings for the first three months of year, marking the second straight quarter that the index has reported a drop in profits, according to FactSet.

Still, those results have broadly topped Wall Street expectations. According to FactSet, roughly halfway through earnings season, 79% of S&P 500 companies have reported per-share earnings above analyst estimates, the best performance since the end of 2021.

The coming week will provide insights on an array of sectors, including food and travel. Airlines have already indicated they expect a busy summer travel season. **Norwegian Cruise Line Holdings** Ltd. reporting Monday, Marriott reporting Tuesday and Priceline.com owner **Booking Holdings** Inc. on Thursday will look to show how current demand stacks up for them.

DAVID PAUL MORRIS/BLOOMBERG NEWS

**Starbucks on Tuesday is scheduled to post quarterly results that are expected to shed light on the health of consumer discretionary spending in Laxman Narasimhan's first report as chief executive.**

Starbucks, issuing results Tuesday, is expected to shed light on the health of discretionary spending in Laxman Narasimhan's first report as chief executive.

Results for **Kraft Heinz** Co. on Wednesday and **Kellogg** Co. on Thursday will offer further insights into how consumers are reacting to higher prices in the grocery aisle.

**Hershey** Co. recently said grocery sales continue to do well compared with some other categories. "It's a much more affordable option for consumers versus dining out," Chief Executive Michele Buck said last week.

Real-estate marketplace **Zillow Group** Inc. will report Wednesday amid a sputtering start to the peak home-selling season, with U.S. existing-home sales posting their biggest annual decline in 11 years.

Results for car maker Ford, reporting Tuesday, will provide another indication of the health of auto sales. In March, the company said it expects to lose $3 billion on its electric vehicles business this year.

Ride-hailing companies **Lyft** Inc. and Uber—scheduled to report on Monday and Tuesday, respectively—could clue investors in on the pace of services-related spending. Lyft said it is cutting more than 1,000 jobs.

Apple is set to report its results on Thursday, following better-than-expected reports from **Amazon.com** Inc., **Microsoft** Corp. and other large tech companies recently.

Results from healthcare behemoth CVS on Tuesday will be watched closely ahead of President Biden's move to end the Covid-19 national emergency. Investors are also watching for updates on **Pfizer** Inc.'s acquisition of **Seagen** Inc. for $43 billion, as well as on cancer vaccines being produced by **Moderna** Inc. and **Merck** & Co.

JEWEL SAMAD/AGENCE FRANCE-PRESSE/GETTY IMAGES

**The Chevy Bolt still has ardent fans despite negative publicity.**

# GM's Bolt Heads To Scrapyard With Mixed Legacy

By Mike Colias

**General Motors** Co. rolled out its Chevrolet Bolt electric vehicle in 2016 to nab a foothold in the nascent EV market and give consumers an affordable plug-in option.

Now, the diminutive subnosed SUV is headed to the scrap heap.

The Detroit car company said Tuesday that it will phase out the Bolt—GM's first mainstream EV—at the year's end, concluding a choppy run marked by sluggish sales and costly recalls for battery fires.

GM is retiring the battery technology that powers the Bolt in favor of an in-house configuration that underpins a new crop of EVs now rolling out. GM executives have said the new technology is more efficient, provides longer driving ranges and will allow GM to turn a profit on the new models—unlike the Bolt, which has been a money loser.

**GM rolled out the Bolt in fall 2016 as an early signal of its embrace of EVs.**

The Bolt's demise shows how auto makers are faced with adapting to fast-evolving battery advances, and underscores the potential pitfalls of moving to new technologies.

GM rolled out the model in fall 2016 as an early signal of the auto maker's embrace of EVs, ahead of many other car companies and at a time when Tesla was fast rising. GM executives said they wanted to beat Tesla's Model 3 to market, and expressed optimism that the Bolt could hold its own against the first high-volume car released by Elon Musk's company. But the Model 3 went on to trounce the Bolt in the sales charts. Later, a costly recall in 2021 to fix a defect linked to several Bolt vehicle fires became a distraction as GM's Chief Executive Mary Barra was making the case to Wall Street that GM could overtake EV sales leader Tesla.

Still, the Bolt over the years has drawn a fervent, if small, fan base. Originally priced in the mid-$30,000s before a $7,500 federal tax credit, it was billed as the industry's first relatively affordable EV that could travel a significant distance on a single charge, about 240 miles.

The EV earned critical praise and some high-profile endorsements. Motor Trend awarded it the magazine's Car-of-the-Year honors for 2017. Apple Inc. cofounder Steve Wozniak took to social media in 2016 to say he was dumping his Tesla for a Bolt.

The Bolt went on sale several months ahead of the Model 3 compact sedan, which had roughly the same price and electric range. But Bolt lacked the cachet and sportiness of Tesla, dealers and analysts have said. In 2019, the Model 3 outsold the Bolt in the U.S. by about 10 to 1, according to data from research firm Wards Intelligence.

Reports of Bolt fires began popping up in 2020. GM eventually advised owners to keep their EVs parked outside and away from homes. In summer 2020, GM expanded an earlier recall to include all of the roughly 142,000 Bolts it had made since the car's launch, and halted sales.

U.S. Bolt sales resumed last year and have accelerated, especially after GM cut the starting price by $6,000, to $25,600. This month, sales notched their third straight quarterly record.

GM and battery supplier LG Energy Solution pinned the cause on a manufacturing flaw at LG's factories. The Korean company eventually agreed to reimburse GM for most of the $1.9 billion in recall costs.

Bolt owners still will be able to get parts and service from Chevy dealers after production ends, GM said.

The Bolt's phaseout will remove one of the least expensive EVs on the U.S. market at a time when affordable options are lacking. According to research firm J.D. Power, in March the average EV in the U.S. sold for around $56,000, roughly double the Bolt's starting price.

**Watch a Video**

Scan this code for a video on how EV makers are competing for China.

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

**ANNOUNCEMENTS**

**Gain an Edge in Marketing**
Stand Out from the Competition with a Book: **Your Book**. We Write & Publish It. Reach New Clients. Be Recognized as an Authority in Your Industry. Affordable, Unique Marketing.
**BizSuccessBooks.com**
**(904) 293-9893** * Since 1999

**NOTICE OF SALE**

SUPREME COURT - COUNTY OF NEW YORK
MICHAELANGELP GIIK FLATIRON LLC, NEW TRIPLE CROWN LLC, FLATIRON NEWMARK PARTNERS LLC and FLAT IRON ACQUISITION LLC, Plaintiffs -against- NRS FLATIRON ACQUISITION LLC, Defendant. Pursuant to an Interlocutory Judgment entered herein and dated January 6, 2023 I, the undersigned Referee will sell at public auction to be held at the portico located at the top of the front steps of the New York County Courthouse located at 60 Centre Street, New York, New York or such other space in said Courthouse as the Court may designate on May 23, 2023 at 2:30 p.m. the real property located at 175 Fifth Avenue, New York, New York, being the building known as The Flatiron Building and described as follows: Block 851, Lot 1 on the tax map of the Borough of Manhattan, and more particularly described as follows:
ALL that certain plot, piece or parcel of land, lying and being in the Borough of Manhattan, County City and State of New York, and being more particularly bounded and described as follows:
BEGINNING at the corner formed by the intersection of the northerly side of East 22nd Street and easterly side of Fifth Avenue.
THENCE easterly along the northerly side of East 22nd Street, 85 feet 8 inches to the westerly side of Broadway.
THENCE northerly along the westerly side of Broadway, 214 feet 6 inches to the southerly side of Madison Square South;
THENCE westerly along the southerly side of Madison Square South, 2 feet to the easterly side of Fifth Avenue;
THENCE southerly along the easterly side of Fifth Avenue, 197 feet 6 inches to the point or place of BEGINNING.
The Premises will be sold subject to the provisions of the said Interlocutory Judgment and Terms of Sale, which may be reviewed on the New York County Supreme Court's electronic docket under Index Number 654176/2021. Each bidder must satisfy the referee that, if it is the high bidder at the auction, it has a bank check or money order in the amount of $100,000 that it can tender as a deposit to the referee immediately after the conclusion of the auction, and that it will have the financial capability of closing the purchase of the property within the time frame set by the Interlocutory Judgment and Terms of Sale. The purchaser shall pay the charge for recording the deed to be given by the Referee, any charge or tax (excluding any applicable real property transfer taxes) upon the delivery or recording of said deed, and the reasonable charge of the Referee for drawing the deed. The reasonable costs of the Referee's actions are expenses of the sale and shall be paid by the Referee from the proceeds of the sale.
At the conclusion of the auction sale, the successful bidder will be required to (i) tender a deposit of $100,000 in the form of a bank check or money order made payable to "**PETER A. AXELROD, ESQ., REFEREE**", (ii) satisfy the referee that it has the financial capability to close the purchase of the property within the time frame set by the Interlocutory Judgment and Terms of Sale, and (iii) agree to be bound by the terms of the Interlocutory Judgment and Terms of Sale, including but not limited to the terms specifying the successful bidder's liability for damages in the event of a default; and to pay a down payment of ten percent (10%) of the amount of the successful bid as detailed in the Interlocutory Judgment and Terms of Sale. Please consult the Interlocutory Judgment and Terms of Sale for other conditions applicable to this auction.
PETER A. AXELROD, ESQ., Referee
260 Madison Avenue, 15th Floor
New York, New York 10016

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975
For more information visit:
wsj.com/classifieds

© 2023 Dow Jones & Company, Inc. All Rights Reserved.

**PUBLIC NOTICES**

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A**. If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.**. Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A**. by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

FDIC

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

# Europe Fears U.S. Aid Will Divert Investment in Battery Factories

FROM FIRST BUSINESS PAGE

Hamburg, Germany. The company had considered postponing to invest in the United States instead.

"It's definitely attractive to be in America right now," Emma Nehrenheim, Northvolt's chief environmental officer, said in a recent interview in Vasteras. Northvolt declined to comment in detail on the discussions about the Hamburg plant, which the company committed to in May.

The tussle over Northvolt's plans is an example of the intense and, some European officials say, counterproductive competition between the United States and Europe as they try to acquire the building blocks of electric vehicle manufacturing to avoid becoming dependent on China, which dominates the battery supply chain.

Auto experts said that the tax credits and other incentives offered by President Biden's main climate policy, the Inflation Reduction Act, had siphoned some investment from Europe and put pressure on European countries to offer their own incentives.

The United States has provoked a "massive subsidy race," Cecilia Malmstrom, a former European trade commissioner, said during a panel discussion in April at the Peterson Institute for International Economics in Washington. She called on leaders to "jointly invest in the green transition and not compete against each other."

Biden officials have argued that U.S. and European policies are complementary. They have noted that the government and private money going into electric cars and batteries would lower prices for car buyers and put more emission-free vehicles on the road.

U.S. officials add that construction of battery factories and plants to process lithium and other materials is booming on both sides of the Atlantic Ocean.

Efforts by governments to promote electric vehicles "will spur a degree of technological innovation and cost cutting that will be beneficial not only to Europe and the United States, but to the global economy and to our global effort to meet the challenge that climate change presents," Wally Adeyemo, the deputy Treasury secretary, said in a recent interview.

The Biden administration has also been talking with European officials about allowing cars made from European battery materials and components to qualify for U.S. tax credits. And the administration has interpreted the I.R.A., which Mr. Biden signed in August, to leave room for producers in Europe and elsewhere to benefit.

"You're seeing less of a concern from Europe that those companies may be lured away from Europe to America," said Abigail Wulf, who directs the Center for Critical Minerals Strategy at SAFE, a nonprofit organization.

Still, the law has forced European leaders to put new industrial policies in place.

In March, the European Commission, the administrative arm of the European Union, proposed the Critical Raw Materials Act, legislation to ensure supplies of lithium, nickel and other battery materials. One piece of the legislation calls for the E.U. to process at least 40 percent of the raw materials that the car industry needs within its own borders. The 27-nation alliance has also let countries provide more financial support to suppliers and manufacturers.

The money that the United States and Europe are pouring into electric vehicles will encourage sales, said Julia Poliscanova, a senior director at Transport & Environment, an advocacy group in Brussels. The legislation, which will need the approval of the European Parliament and the leaders of E.U. countries, would also bring some coherence to the fragmented policies of national governments, she said.

But Ms. Poliscanova added that European and U.S. policies risk canceling each other out. "Because everyone is scaling up at the same time, it's a zero-sum game," she said.

Business executives have complained that applying for financial aid in Europe is bureaucratic and slow. The Inflation Reduction Act, with its emphasis on tax credits, is simpler and faster, said Tom Einar Jensen, chief executive of the battery maker Freyr, which is building a factory in Mo i Rana, in northern Norway, and has plans to construct more plants in Finland and near Atlanta.

The I.R.A. has prompted "a dramatic increase in uptick in interest for batteries produced in the U.S.," Mr. Jensen said in an interview.

The future of European auto manufacturing is at stake, particularly for German companies. Mercedes-Benz, BMW and Volkswagen have already lost market share in China to local automakers like BYD. Chinese automakers, including BYD and SAIC, are also making inroads in Europe. Selling cars under the British brand MG, SAIC has amassed 5 percent of the European electric vehicle market, putting it ahead of Toyota and Ford in that fast-growing segment.

European carmakers are frantically trying to build the supply chains they need to churn out electric vehicles.

In France, President Emmanuel Macron wants to convert a northern region where factory jobs have been in decline into a hub of battery production.

On Tuesday, Automotive Cells Company, a joint venture between Stellantis, Mercedes-Benz and TotalEnergies, inaugurated a factory in Billy-Berclau Douvrin, France, that aims to produce 300,000 electric batteries annually by the end of 2024. A.C.C. also plans to invest a total of 7.3 billion euros, or $7.8 billion, in Europe, including opening factories in Germany and in Italy, a deal sealed with 1.3 billion euros in public aid.

In Salzgitter, Germany, some 25 miles from Volkswagen's headquarters, steel beams tower above concrete foundations as excavators and dump trucks hum nearby. In a matter of months, the outlines of a battery factory have risen out of a field.

Volkswagen hopes to have battery-making machines installed before the end of the summer. By 2025, the automaker aims to produce battery cells for up to 500,000 electric vehicles a year — a timeline that the company said was possible only because the factory was being built on land it owned.

Volkswagen is also building a factory in Ontario, but the company made the decision to do so only after the Canadian government matched U.S. incentives.

In Guben, a small city on Germany's border with Poland, Rock Tech Lithium, a Canadian company, is building a plant to process lithium ore. Mercedes has an agreement with Rock Tech to supply lithium to its battery producers.

These projects won't reach full production for several years. Recently, the Guben site was an open field. The only construction activity was a truck that dumped loads of crushed rock, making an ear-piercing screech.

Europe has some advantages, including a strong demand for electric cars: About 14 percent of new cars sold in the E.U. in the first three months of this year were battery powered, according to Schmidt Automotive Research, twice as many as in the United States.

But if Europe doesn't move quickly to aid the battery industry, "you will really lose momentum on the ground versus the North American market," said Dirk Harbecke, chief executive of Rock Tech.

Chinese battery companies have largely avoided the United States for fear of a political backlash. But Chinese battery firms have announced investments in Europe worth $17.5 billion since 2018, according to the Mercator Institute for China Studies and the Rhodium Group.

Political tension between Western governments and China has put German carmakers in a delicate position. They do not want to be overly dependent on Chinese supplies, but they cannot afford to displease the Chinese government.

BMW, Volkswagen and Volvo plan to buy cells from a factory in Arnstadt, Germany, run by CATL, a Chinese company that is currently the world's largest maker of electric vehicle batteries.

To balance their reliance on Chinese suppliers, European executives and leaders are keen to work with Northvolt, whose chief executive, Peter Carlsson, oversaw Tesla's supply chain for more than four years.

Northvolt wants to control all the steps of making batteries, including refining lithium and recycling old cells. That should help Europe achieve supply chain independence and ensure that batteries are produced in the most environmentally responsible way possible, said Ms. Nehrenheim, who is also a member of the Northvolt management board. "We're de-risking Europe," she said.

The company develops manufacturing techniques at its complex in Vasteras. Northvolt's first full-scale factory, at a site in Sweden 125 miles south of the Arctic Circle chosen for its abundant hydropower, is the size of the Pentagon. Northvolt also plans to build a U.S. factory but has not yet announced a site.

Still, the company is ramping up production and is not among the world's top 10 battery suppliers, according to SNE Research, a consulting firm. And construction on its Hamburg plant is on hold until E.U. officials approve German subsidies.

Jack Ewing reported from Vasteras, and Melissa Eddy from Salzgitter, Germany. Ana Swanson contributed reporting from Washington, and Liz Alderman from Paris.

PHOTOGRAPHS BY FELIX ODELL FOR THE NEW YORK TIMES

Ovens where the anode electrode is dried. Auto experts say that tax credits and other incentives offered under President Biden's Inflation Reduction Act have siphoned some investment from Europe.

"It's definitely attractive to be in America right now," said Emma Nehrenheim, Northvolt's chief environmental officer.

PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SILICON VALLEY BANK SANTA CLARA, CA

On **March 10, 2023** (the "Closing Date"), the **California Department of Financial Protection and Innovation** closed **Silicon Valley Bank, Santa Clara, CA** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 10, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Silicon Valley Bank**
600 North Pearl Street, Suite 700
Dallas, TX 75201
Attention: Claim Agent **10539**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SILICON VALLEY BANK**

On **March 10, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SILICON VALLEY BRIDGE BANK, N.A.** On **March 27, 2023,** the **Office of the Comptroller of the Currency** closed **SILICON VALLEY BRIDGE BANK, N.A., SANTA CLARA, CA** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Silicon Valley Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

# Russia blames drone strikes for two oil refinery fires

BY ELLIE COOK
*Newsweek World*

Dramatic footage appearing to show flames reaching into the sky at a Russian oil refinery has surfaced online after Russian officials reported drone strikes on two oil facilities in the country's Krasnodar region.

An unmanned aerial vehicle attacked the Afipsky oil refinery in the southwestern Russian region overnight, causing a fuel oil distillation unit to catch fire, the area's governor, Veniamin Kondratyev, wrote on Telegram. A second incident was reported by Russian officials at the Ilsky refinery at around 4 a.m. local time on Wednesday.

A drone crashed into the facility, Russian officials said on social media, adding there had been no property damage, casualties or fires. The "fallen apparatus was destroyed by explosives for safety reasons" around 9.20 a.m. local time, Russian officials added.

In videos circulating online, reportedly showing the fire at the Afipsky facility, huge flames are visible. Several clips appear to show the blaze from different angles, although Newsweek could not independently verify this footage. The fire spread over an area of up to 100 square meters, but was extinguished, Kondratyev said.

Drone warfare has played an increasingly prominent role for both sides in the ongoing war in Ukraine. Drones have repeatedly struck Russian infrastructure and Moscow frequently deploys drones to target Ukrainian cities. Anton Gerashchenko, an adviser to Ukraine's internal ministry, previously told Newsweek that drones were the "super weapon here," adding: "This war is a war of drones."

On May 28, Russian officials in Krasnodar said "several unmanned aerial vehicles" attempted to approach the Ilsky oil refinery, but that all were "neutralized." Drone attacks were also reported by Russian officials on the Ilsky refinery on May 4 and May 5, causing fires at the facility.

On Tuesday morning, Russia's capital was struck by a series of drones for the first time since Moscow's forces invaded Ukraine in February 2022.

Russia's defense ministry said Kyiv had launched a "terrorist attack by unmanned aerial vehicles on objects in the city of Moscow." Eight drones were used, and all were shot down, the defense ministry said. Kyiv has denied responsibility.

Russian President Vladimir Putin said the capital's air defenses had worked "properly, satisfactorily, although there is work to be done."

FROM PAGE 1A

# SCHOOL

to Myers Park High.

"My sons will go to high school with less than 15% of their peers," said Brooke Neal, a mom of three. "Right now at AG, there are just 118 kids affected. That's less than 40 per grade. I also think it's especially cruel to take kids off of the shared campus."

Neal hopes board members are hearing parents. She says her feeder pattern proposal needs changed especially since it never appeared on a previous draft.

"It's a tough spot. It feels pretty awful, actually, because Charlotte is my home and CMS is my school system, and I feel betrayed," Neal said. "I am really hoping that the board will do the right thing here and restore our faith in CMS. These kids need them."

Jennifer Ricketts, a mom of two, agreed.

"We were even told by CMS at one point in the yearlong process that this shift would not be happening because it didn't make sense," Ricketts said. "I want to be clear: I have zero issue with South Mecklenburg High School. It's a great school. But that isn't the point. The point is we would like our kids to be allowed to stay with their middle school peer group when moving to high school."

### PROVIDENCE VS SOUTH MECKLENBURG HIGH SCHOOLS

Michael Zutty is the father of two children — one of whom attends Olde Providence Elementary.

His feeder pattern currently sends both children to Myers Park High. Hill's proposal sends them to South Mecklenburg High, and another group in the same neighborhood to Providence High.

"To my dismay, these changes are further splitting apart this nice community," Zutty said. "I look out my front door... across the street is zoned to Providence High... To my left and right is South Meck."

Olde Providence Elementary has been at the forefront of south Charlotte school boundary angst, with some families wanting to go to Providence High for convenience. Others say they want to go to South Mecklenburg High to create better socioeconomic diversity.

Zutty and others also don't want the Olde Providence feeder pattern split. Though, his concern over being sent to South Mecklenburg High is mostly about home-to-school distance.

"108 hours and 645 miles — this represents the additional time and distance my kids would have to commute via school bus if we are zoned to South Meck and not Providence High," he said. "That's about an extra 30 minutes and three miles each day they would be on the school bus."

### CLUBS AND SPORTS AT NEW CMS HIGH SCHOOL

Sophia Gibson is the parent of two children and has lived in the Polo Ridge Elementary School zone for two years.

Gibson, whose family relocated from New Jersey for her husband's job, chose the neighborhood for its schools. She particularly liked the fact that her children would eventually attend Ardrey Kell High.

The recommendation school board members will vote on Tuesday proposes Polo Ridge Elementary to both the new relief middle and high schools. Right now, the majority of Polo Ridge Elementary families go to Jay. M. Robinson Middle and then to Ardrey Kell.

Gibson is among a large group of families who do not want their children to go to both a new middle and high school.

"It amazes me that there is actual research done on how important it is for parents and the community to be involved in their local schools and then have the board force one community to help open two at the same time," Gibson said. "Opening a school is more than just constructing a building and shoving students inside. Creating a school community and culture is where the real work begins."

MELISSA MELVIN-RODRIGUEZ

Parents and students form a human chain along Colony Road, between Alexander Graham Middle School and Myers Park High School, to demonstrate they are "one campus" on Tuesday.

Most parents with Gibson's view told the Observer they're concerned about extracurricular activities, clubs and events at the new schools.

"It's going to take a long time to build up some of these programs at both the relief middle and high school levels and you're asking the same group of people to support both," Gibson said.

Polo Ridge Elementary parents are requesting the board send families to only the new middle school and allow them to attend an established high school. Although, by the time any elementary school children attend the new high school, it will be a few years old.

"Many in our community accepted that we would be rezoned for middle school, but were not expecting to be moved to both new schools," Gibson said.

### WHO'S HAPPY?

Lorin Bent is mom to two children in the International Baccalaureate program at Huntingtowne Farms Elementary and the school's PTA president. The family's currently assigned path takes them from Huntingtowne Farms to Randolph Middle and East Mecklenburg High.

The Bents' path will change if the superintendent's proposal is approved to Quail Hollow Middle and the new relief high school.

But Bent is supportive of final plans. The school splits at least three ways already.

"For us, it's not about whether our own kids or even our own school ends up in what we think is the best scenario," Bent said. "It's about ensuring equity — getting students the resources and opportunities they need."

Bent and multiple parents from Huntingtowne Farms told the Observer Hill's recommendation creates more equitable schools in the south region.

"While change can be hard, we support the changes put forth and are glad to be part of solutions that will create strong schools across South County for years to come," Bent said.

### WHEN WILL CMS VOTE ON SOUTH CHARLOTTE PLANS?

Dennis LaCaria, executive director of facilities and real estate planning, says district officials have received thousands of responses to the plan, including responses by email, calls and input on an online feedback form.

LaCaria said CMS will not make changes to Hill's recommendation, which she released May 15. The only revisions or adjustments that can be made will have to come from school board members June 6 when they're scheduled to vote on the plan.

The meeting will start at 6 p.m. at the Charlotte-Mecklenburg Government Center at 600 E. 4th St.

LaCaria told the Observer that it's not unheard of for board members to suggest tweaks, but recommendations that impact dozens of families are like pulling a thread that can "unravel the plan." Hill and board members made clear a vote must happen and delaying a vote is "unlikely."

"The intent behind the superintendent's recommendation is to provide the best possible outcome for the greatest number of students for the longest possible planning horizon," LaCaria said.

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

The Charlotte Observer

Set up your **free** access

**Never miss a story.** Set up the free digital access available with your subscription today.

Set up your digital access at **charlotteobserver.com/activate**

Client Name: / PO# R3270050-FDIC 45
Advertiser: Miller Advertising
Section/Page/Zone: Legal/B002/LA
Description: R3270050 (10541 - SIGNATURE BRIDGE
Ad Number: 7924138-3
Insertion Number:
Size: 3 x 11
Color Type: B&W

Los Angeles Times
Publication Date: 06/01/2023
This electronic tearsheet confirms the ad appeared in the Los Angeles Times on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

# Judge halts restoration of Ballona Wetlands

[Ballona, from B1]
veiled a proposal aimed at shortening the contracting process for bridge and water projects, limiting timelines for environmental litigation and simplifying the permitting process for complicated developments in the Sacramento-San Joaquin River Delta and elsewhere.

It remains to be seen how these actions may affect the Ballona Creek wetlands — the focus of one of the longest environmental battles in Southern California history.

In the meantime, opponents of the state project — which was originally scheduled to begin in 2024 — say the judge's ruling has provided them an opportunity to press for the withdrawal of what they regard as an ecologically unsound proposal.

Chalfant's ruling applies to lawsuits filed against the Department of Fish and Wildlife by Protect Ballona Wetlands, Ballona Wetlands Land Trust, Grassroots Coalition and Defend Ballona Wetlands.

"We welcome the ruling," said Marcia Hanscom, a community organizer for Defend Ballona Wetlands. "It gives the mosaic of habitats at the ecological reserve a reprieve from facing utter destruction and upheaval by state officials who — shockingly — favor sending bulldozers and other heavy equipment into these fragile wetlands."

She fears that dozens of struggling species, and much of their habitat, would be sacrificed by restoration-related excavation, and the addition of 10 miles of bike paths.

Under the state's plan, more than 2 million cubic yards of soil would be repositioned to create earthen levees up to 20 feet high for flood protection from Pacific Ocean tides.

Exposing the wetlands to tidal influence would be a mistake, opponents argue, because higher salinity levels could wipe out flora, fauna and habitat that currently rely on seasonal rains and brackish water. Beyond that, they say, it would make the area vulnerable to potentially destructive flooding.

In his ruling, Chalfant sided with the petitioners in ordering the state to commit to specific performance criteria in the event that its activities harmed wildlife and habitat.

Once owned by industrialist Howard Hughes, the property sits just north of Los Angeles International Airport and is home to ring-necked snakes, great blue herons, South Coast marsh voles and the federally endangered El Segundo blue butterfly.

The state used $139 million in voter-approved bond money in 2003 to buy what was left of the Ballona Wetlands from Playa Capital, the developer of Playa Vista. The deal made the highly degraded expanse of marshes, mud flats and salt pans off limits to development.

The restoration project is supported by nonprofit environmental groups such as Heal the Bay, the Bay Foundation, Friends of Ballona Wetlands and David Kay, a former senior manager at Southern California Edison's environmental department.

In a recent Patch article, Kay pointed out that Chalfant rejected 24 of the 26 arguments presented in one of the lawsuits. "The judge's ruling," he wrote, "represents a spectacular failure by the opponents to achieve their long-stated goal of stopping the restoration project altogether."

Hanscom, however, said Kay misses the point. "In fact," she said, "the judge gave us what we wanted most: Invalidate the EIR and halt all state work at the reserve."

"This fight is far from over," she added. "We're not giving up on defending the wildlife that clings to survival in these precious remnant wetlands."

GENARO MOLINA Los Angeles Times
**JAMES VARKEY** walks along a bike path at the Ballona Wetlands Ecological Reserve in Marina del Rey last month. The restoration project was originally scheduled to begin in 2024, but a legal battle has delayed it.

## Lottery results

For Tuesday, May 30, 2023

**Mega Millions**
Mega number is **bold**

13-16-40-64-68—**Mega 21**
**Jackpot:** $187 million

**California winners per category:**

| | No. of winners | Amount of prize(s) |
|---|---|---|
| 5 + Mega | 0 | — |
| 5 | 0 | — |
| 4 + Mega | 0 | — |
| 4 | 25 | $796 |
| 3 + Mega | 85 | $266 |
| 3 | 2,465 | $11 |
| 2 + Mega | 2,237 | $10 |
| 1 + Mega | 17,429 | $4 |
| Mega only | 44,021 | $2 |

Winning jackpot ticket(s) sold in other states: None

For Wednesday, May 31, 2023

**SuperLotto Plus**
Mega number is **bold**

1-17-21-23-30—**Mega 25**
**Jackpot:** $63 million

**Powerball**
Powerball number is **bold**

2-4-54-61-62—**Powerball 14**
**Jackpot:** $239 million

**Fantasy Five:** 2-8-21-25-32

**Daily Four:** 8-7-4-9

**Daily Three** (midday): 7-5-7

**Daily Three** (evening): 7-1-7

**Daily Derby:**
(5) California Classic
(6) Whirl Win
(1) Gold Rush
Race time: 1:41.76

**Results on the internet:**
www.latimes.com/lottery
**General information:**
**(800) 568-8379**
(Results not available at this number)

# MARKETPLACE

JOBS · REAL ESTATE · MORE
latimes.com/placead | To place an ad call 1.800.234.4444
Los Angeles Times

Legal Notices

CITY OF LOS ANGELES
ENVIRONMENTAL NOTICES

Notice is hereby given to the general public of the availability for public review and comment on the following Environmental documents. **CD** indicates the Council District; **sf** indicates square feet, **flr** indicates floor and **LAMC** indicates Los Angeles Municipal Code. This publication is intended to serve as our Notice of Intent to adopt the following Sustainable Communities Environmental Assessment (SCEA). Documents are also available online at the Dept. of City Planning's website http://planning.lacity.org/development-services/environmental-review/scea

SUSTAINABLE COMMUNITIES ENVIRONMENTAL ASSESSMENT: ENV-2021-7013. 12805-12825 W Ventura Blvd, CD4. Project includes development of 3 above-grade low- to mid-rise mixed use residential & commercial structures with a common subterranean parking structure on an approx. 8.76-acre. A lot line adjustment, to be reviewed under a separate ministerial process, to adjust boundaries of Project Site's 3 existing parcels, which will result in Site A containing 2.81 acres & Site B containing 5.95 acres of lot area. Project would replace existing Hotel & parking areas on Site B with 520 residential units, including 78 Very Low-Income affordable units; 18,019-sf of restaurant uses; 27,926-sf of retail uses & 64,151-sf of residential amenity & accessory space. Project to provide 1,385 parking spaces & 284 bicycle parking spaces (240 long-term and 44 short term), as well as 49 spaces relocated long-term spaces, for a total of 333 bicycle parking spaces. Project would result in 650,996-sf of new floor area on Site B. No physical changes or construction proposed for Site A, except for relocation of electrical transformers & removal of 49 long term bicycle parking spaces will be replaced with 3,278-sf of new open space. Following lot line adjustment, floor area ratio (FAR) for Site A will be 0.87:1. Final FAR across the entirety of Site, encompassing both Site A & Site B will be 2.13:1.Please call (213) 978-1319 to review file. You can email your comments to more.song@lacity.org Review/Comment period begins 6/01/23 & ends on 7/3/23.

**Your exclusive guide to SoCal real estate listings.**

Advertise Today

LA Times Classified
(800) 234-4444

FDIC

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A**. On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

Legal Notices

FDIC

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY**

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A**. If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A**. by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

Legal Notices

**LEGAL NOTICE**

FDIC

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SILICON VALLEY BRIDGE BANK, N.A. SANTA CLARA, CA**

On **March 27, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SILICON VALLEY BRIDGE BANK, N.A., Santa Clara, CA** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 10, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Silicon Valley Bridge Bank, N.A.**
600 North Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10542**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **First–Citizens Bank & Trust Company, Raleigh, NC** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

All deposits were fully insured and transferred to **First–Citizens Bank & Trust Company, Raleigh, NC.** If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **First–Citizens Bank & Trust Company, Raleigh, NC.** Requesting a review will not prevent you from using the funds in your new account.

**You may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits**. Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **First–Citizens Bank & Trust Company, Raleigh, NC** within eighteen (18) months from the Closing Date, which is **September 27, 2024. Official Items issued by the Failed Institution; such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **First–Citizens Bank & Trust Company, Raleigh, NC** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

3003 Tasman Dr., Santa Clara, CA 95054

If you do not claim ownership of your Deposits at the New Institution by **September 27, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

**FROM PAGE 1A**

# NCCU

problems suddenly died.

**‘HE NEVER HAD AN ISSUE’**

Derex Butts said there will be an autopsy performed on his son, but he told The N&O he doesn’t expect the results for a couple of months. He said NCCU’s medical staff has since reviewed Devin’s medical records, even from his previous college stops at Mississippi State, Louisiana-Lafayette and New Mexico Junior College.

“According to the school and the doctors,” Derex Butts said, “everything was fine on all of his yearly checkups, all of that. He never had an issue while he was here at all, so we don’t know yet.”

Devin Butts and two teammates were taking part in an off-season program developed by N.C. Central’s staff at McDougald-McLendon Arena when he fell ill. Such workouts are commonplace among Division I athletes, who are allowed access to team facilities at all hours of the day to work on their sport. NCAA rules restrict the amount of time coaches can work with players on the court in the offseason, so players regularly work among themselves.

Devin Butts began his final workout late April 30, and the group was still in the gym after midnight. Derex Butts said part of the workout program called for them to play 1-on-1 against each other.

“Working on his craft,” Derex Butts said. “You know, he could have been out at a club somewhere or whatever, but he wasn’t. He was in the gym. That’s a safe spot.”

**LACK OF RESPONSE TO PUBLIC RECORDS REQUESTS**

Via public records requests, The News & Observer has sought recordings of 911 calls and records of EMS responses from Durham County as well as incident reports and records of emergency responses from N.C. Central’s campus police from that night.

As of Tuesday, both the university and county have refused to provide those public records, citing exemptions to the state’s public records law. A News & Observer attorney has notified NCCU and county officials that the exemptions are not relevant to the requested records and will continue to seek the records.

According to Derex Butts and recordings of Durham Fire Department radio traffic from the early morning of May 1 published by broadcastify.com, Devin Butts collapsed sometime around 12:30 a.m.

At 12:35 a.m., scanner traffic shows a call for assistance to McDougald-McLendon Arena at N.C. Central.

At 12:37 a.m., a dispatcher called for assistance to NCCU’s gym for a “Black male, unresponsive, possibly dehydrated, possibly having seizures.”

Another automated call for help, similar to the one at 12:35 a.m., goes out over the scanner at 12:43 a.m.

About 30 seconds later, a dispatcher requests a “cardiac response.”

Four minutes after that, around 12:48 a.m., a first responder indicated, via scanner traffic, that he was on site.

Derex Butts, a former college basketball player who coaches a Georgia-based summer league team, was in Daytona, Florida, when he received a call about his son’s medical emergency.

He drove through the night home to Macon, showered, repacked and drove to Duke University Hospital to be at his son’s bedside.

Devin Butts never regained consciousness. But Derex Butts stayed by his side. He spoke to him. He turned a Los Angeles Lakers playoff game on TV.

“I was able to laugh and pray with him,” Derex Butts said. “I was able to put the game on, because he loved LeBron. So I was able to talk to him through the game. I was able to spend that time with him. And I thank God for that. I mean, I really, really do.”

By May 5, after all efforts to revive Devin Butts proved futile and he had no brain activity, his family said goodbye.

The fact that Devin Butts fell fatally ill in the gym still weighs on Derex Butts’ mind.

“I encouraged him to stay in the gym,” he said. “So I feel partly responsible because he stayed in the gym. That was his place. That was what was going to help him to fulfill his dreams. And so I encouraged him to stay in the gym.”

Derex Butts said the cooperation and outpouring of support he and his family have received from NCCU has been strong.

“They have been awesome,” Butts said.

**‘KIDS SHOULD KNOW BASIC CPR’**

NCCU coach LeVelle Moton spoke at Devin’s funeral in Macon. Derex Butts said he had not spoken to Moton or the Eagles players for details about what happened to his son. He’s awaiting the autopsy results.

Eventually, he wants to know the circumstances around the event and what kind of initial medical assistance his son received, if only to prevent any more deaths like Devin’s.

“That is one of my concerns, and it’s one of the things that needs to be addressed,” Butts said. “Kids should know basic CPR, especially if they gotta be in the gym at one in the morning without a coach. It’s just something that I’ll push for, for every school, for every kid. Because who knows? If they knew basic CPR, who knows? We may not be having this conversation.”

It’s unclear whether accessible automated external defibrillator machines were in McDougald-McLendon Arena at the time of Devin Butts’ collapse.

Six days after Devin’s funeral, Derex Butts completed his college degree and graduated from Mercer College in Macon.

Three decades ago, he left Texas Tech without his degree to play professional basketball overseas. He and Devin had a family competition about who would get their college degree first.

“I told him I was gonna finish my degree because I felt like a hypocrite,” Derex Butts said. “I would joke with him and say, ‘You know, let me finish before you.’”

It’s a competition Derex Butts was ultimately heartbroken to win.

“The world lost a good one,” Derex Butts said. “You know, we have to believe in God’s plan, and so that’s what we’re doing on this. But the world lost a good one. Devin was special. He is special. He will always be special, and we just miss him.”

*Steve Wiseman: 919-419-6671, @stevewisemanNC*

## No. 2 Marine officer nominated to lead service

President Joe Biden has nominated the assistant commandant of the Marine Corps, Gen. Eric Smith, to lead the service, selecting a senior officer who has led troops in combat and served more recently in a key role as the service attempts to transform itself after two decades of counterinsurgency wars in Iraq and Afghanistan.

Smith, 58, has served as the No. 2 officer in the service since October 2021. If confirmed, he will replace Gen. David H. Berger. Smith, an infantry officer, previously served as the deputy commandant for combat development and integration, a role in which he helped develop Berger’s vision for the future service, known as Force Design 2030.

— THE WASHINGTON POST

## Legals

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

On March 12, 2023 (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the “FDIC”) as Receiver (the “Receiver”) to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

## Legals

### NOTICE OF SERVICE OF PROCESS BY PUBLICATION

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**FAIRFIELD HARBOURSIDE CONDOMINIUM ASSOCIATION, INC.,**<br>**Debtor.** | **CASE NO.: 22-02267-5-JNC (Lead Case)**<br>**CHAPTER 11** |
| **FAIRFIELD HARBOURSIDE CONDOMINIUM ASSOCIATION, INC.,**<br>**Plaintiff,**<br>**vs.**<br>**ELISABETH FORD,** ***et al.*,**<br>**Defendants.** | **REGARDING THE ASSOCIATED 16 ADVERSARY PROCEEDINGS BEGINNING WITH NO. 23-00028-5-JNC** |

**TO: ALL OWNERS OF INTEREST IN FAIRFIELD HARBOURSIDE CONDOMINIUM ASSOCIATION, INC. and SPECIFICALLY TO:**

| DEFENDANT | LAST KNOWN ADDRESS |
|---|---|
| CHARLES BANYARD | 4209 Lakeland Drive #247, Flowood, MD 39232 |
| BUSINESS VACATIONS CONCEPTS, INC. Attn: OFFICER, DIRECTOR OR MANAGING AGENT | PO Box FH-14587, Nassau, Bahamas |
| JUSTIN CAROLL | 614 E Parker Street Apt A, Graham, NC 27253 |
| JANET LESLIE CLAYTON | 2481 Biston Road, Millbay, British Columbia V0R 2P4 |
| JOHN KENT CLAYTON | 2481 Biston Road, Millbay, British Columbia V0R 2P4 |
| DALLAS ESTATE HOLDINGS, LLC Attn: ADRIAN-ANDREI ALZI | 2221 NE 164th Street #381, North Miami Beach, FL 33160 |
| STELLA DIRKS | 14300 NE 20th Avenue, Suite D1, Vancouver, WA 98686 |
| EZ TIMESHARE SOLUTIONS, INC Attn: OFFICER, DIRECTOR OR MANAGING AGENT | PO BOX 27083, Tampa, FL 33623 |
| FLINN ENTERPRISES, LLC Attn: THOMAS FLYNN | 1265 21st Street SW, Vero Beach, FL 32962 |
| INTERVAL WEEKS INVENTORY, LLC Attn: JIMMY DAVE RAMASHAI | 9801 Fall Creek Road Suite #340, Indianapolis, IN 46256 |
| LARRY FAMILY HOLDINGS LLC | 7231 Abigail Place, Fontana, CA 92336 |
| KEVIN MCCREADIE | 18142 Spartonvail Avenue, Port Charlotte, FL 33954 |
| MY FAMILY VACATION INC Attn: OFFICER, DIRECTOR OR MANAGING AGENT | 14900 E Orange Lake Blvd #353, Kissimmee, FL 34747 |
| MALCOLM KENNETH NOWELL | 9400 Grand Blvd Apt 1308, Upper Marlboro, MD 20774 |
| LAZARO PEREZ | 480 Teal Lake Drive #195, Richmond Hill, GA 31324 |
| JENNIFER I. PIZZI | 480 Teal Lake Drive #195, Richmond Hill, GA 31324 |
| PAWEL RADZIKOWSKI | 22 E 29th Street #223, New York, NY 07024 |
| SAGE FORTEEN LLC Attn: LYN ANTHONY SALONS LLC, It’s Registered Agent | 1704 Suwannee Circle, Waunakee, WI 53597 |
| ANNA BARBARA SIMS f/k/a ANA B. DIESTLER | 236 Dach Bruecke Gasse, Helen, GA 30545 |
| SUNSHINE GROVES OF CENTRAL FLORIDA Attn: JONI SIMCOE | PO BOX 138039, Clermont, FL 34713 |
| THE CHESTERFIELD GROUP Attn: CHESTER BITTERMAN | 427 Radcliff Road, Willow Street, PA 17584 |
| TIMESHARE RESALE REALTY LLC Attn: JANICE GEDDINGS | 1711 Highway 17S Unit 887, Surfside Beach, SC 29575 |
| TriVe HOLDINGS LLC Attn: CHRISTINE PANKONIN | 1809 Seatonham Street, Winter Garden, FL 34787 |
| JAMES TURNER | 3229 Philli Lane, Wagoner, OK 74467 |
| TVC, INC | 3701 Trakker Trail Suite 2-K, Bozeman, MT 59718 |
| TANIA QUINTANA | 2501 NW 7th Street Apt 409, Miami, FL 33125 |
| UNITED BUILDERS GROUP, LLC Attn: JIMMY DILLAHUNT | 6300 Chapel Hill Road #120, Raleigh, NC 27607 |
| UNKNOWN HEIRS OF MARGARET M. ANDERSON Attn: ELIZABETH NAPIER LAKE | 1107 Wake Forest Road, Raleigh, NC 27604 |
| UNKNOWN HEIRS OF MARK A. BADER Attn: MARSHA BADER | 17224 Pretty Boy Dam Road, Parkton, MD 21120 |
| UNKNOWN HEIRS OF HERCIAL L. BLACK | 15576 SW 103rd Street, Miami, FL 33196 |
| UNKNOWN HEIRS OF MICHAEL L. BLACK | 15576 SW 103rd Street, Miami, FL 33196 |
| UNKNOWN HERIS OF EDITH P. CAMERON Attn: PAUL JEFFREY CAMERON | 8521 Rosedale Drive, Oak Ridge, NC 27310 |
| UNKNOWN HEIRS OF JEAN-PAUL CARON Attn: ROXENE CARON | 1401 Edgewood Avenue, Westville, NJ 08093 |
| UNKNOWN HEIRS OF WELD ROBERT CONLEY Attn: WELD ROBERT CONLEY, II | 1836 Somersby Way, Henderson, NV 89014 |
| UNKNOWN HEIRS OF SAMUEL A. EARHART Attn: BEVERLY EARHART | 820 Lisburn Road, Apt 514, Camp Hill, PA 17011 |
| UNKNOWN HEIRS OF PATRICK EPHRIAM Attn: BRENDA ADAMS EPHRIAM | 932 Bethel Lane, Martinsville, VA 24112 |
| UNKNOWN HEIRS OF BARBARA LEE ETTLEMAN GAMINO Attn: JUDY GAMINO QUINN | 1204 Stone Ridge Place, El Paso, TX 79912 |
| UNKNOWN HEIRS OF ALLEN C. FANGER Attn: LUCILLE A. FANGER | 1340 Brassie Street, Wescosville, PA 18106 |
| UNKNOWN HEIRS OF DOROTHY A. FLANAGAN Attn: TIMOTHY J. FLANAGAN | 1952 S 371st Place, Federal Way, WA 98003 |
| UNKNOWN HEIRS OF STANLEY W. GILLEAN Attn: ROSS STANLEY GILLEAN | 125 Bonanza Drive, Salisbury, NC 28144 |
| UNKNOWN HEIRS OF MARJORIE G. GRIMES Attn: JAY VAN ARSDALL | 602 Fox Den Court, Hendersonville, NC 28792 |
| UNKNOWN HEIRS OF SANDRA L. HALCOTT Attn: MICHAEL J. MURPHY | 875 E Canel Road, Dover, PA 17315 |
| UNKNOWN HEIRS OF TIWANNA D. KILLETT | 829 Elmira Avenue, Durham, NC 27707 |
| UNKNOWN HEIRS OF JEAN MARIE MCMORRIS Attn: DIANE E. MCMORRIS SCHOEN | 40 Littlewood Lane W, Rocester, NY 14625 |
| UNKNOWN HEIRS OF ROBERT R. MONTAGUE Attn: JACQUELINE MONTAGUE | 100 S Reynolds Street Apt 418, Alexandria, VA 22304 |
| UNKNOWN HEIRS OF MARTHA NOVIKOFF Attn: STEPHEN E. NOVIKOFF | 850 Imperial Blvd, Apt 309, Sugar Land, TX 77498 |
| UNKNOWN HEIRS OF OTTO B. OSMONDSON Attn: VYKE B. OSMONDSON | 7817 N. Fork Drive, West Palm Beach, FL 33411 |
| UNKNOWN HEIRS OF JAMES F. PARMLEY Attn: CASSANDRA P. OSTROWSKI | 700 Highway Road, Pittsburgh, PA 15234 |
| UNKNOWN HEIRS OF FRED T. POWELL Attn: TERRY POWELL | 3762 W Old Road 30, Lot 11W, Warsaw, IN 46580 |
| UNKNOWN HEIRS OF THOMAS O. SEYMOUR Attn: MARILYN JANE BOZARTH | 15504 Brunswick Court SW, Cumberland, MD 21502 |
| UNKNOWN HEIRS OF DORIS PHEND SCHOWALD Attn: STEVEN ROGER PHEND | 9137 50TH Place W, Mukilteo, WA 98275 |
| UNKNOWN HEIRS OF JOHN LUTHER SMITH, JR. Attn: GARRICK ELDON SMITH | 10709 Sunny Point, Zebulon, NC 27597 |
| UNKNOWN HEIRS OF DALE M. STERNER | 125 Lakeview Lodge Road, Leesville, LA 71446 |
| UNKNOWN HEIRS OF BRUCE B. WALLACE | 774 Russell Road, Berryville, VA 22611 |
| UNKNOWN HEIRS OF LYDA K. WEBB Attn: NANCY KANAK | 3925 Calomel Drive, Cummings, GA 30050 |
| UNKNOWN HEIRS OF ROBERT A. WEYGAND Attn: JOHN WALTER WEYGAND | 8775 20th Street, Lot 521, Vero Beach, FL 32966 |
| UNKNOWN HEIRS OF DENNIS WHITEHOUSE Attn: HEATHER HEILER | 4808 Ridge Road, Rosedale, MD 21237 |
| UNKNOWN HEIRS OF JANET RUTH YODER Attn: DOUGLAS J. YODER | 251 Long Road, Lenhartsville, PA 19534 |
| VACATION OWNERSHIP EXPERTS, LLC Attn: DAVID RAY WILKERSON | PO BOX 6188, Sevierville, TN 37864 |

**TAKE NOTICE that an Adversary Proceeding Complaint seeking relief against you has been filed in the above-entitled case. The nature of the relief being sought is as follows:**

**A Complaint to sell real property, where Fairfield Harbourside Condominium Association, Inc., an interval owners’ association, manages and owns sixteen (16) condominium units in Fairfield Harbourside Condominium in Craven County, North Carolina, being Units 113, 114, 115, 116, 117, 118, 119, 120, 213, 214, 215, 216, 217, 218, 219 and 220 of Harbourside Condominiums and seeks to sell such real property free and clear of liens and interests of co-tenants and time share ownership interests, under 11 U.S.C. §§ 363(f) and (h), 365(h)(2), 365(i) and § 365(j), and to attach the proceeds of the sale to their priority under state and federal law and pursuant to the confirmed Chapter 11 Plan of Reorganization in the above-referenced proceeding.**

**You are required to make defense to such pleading not later than within 40 days after the date of the first publication of this Notice and upon your failure to do so the party seeking service against you will apply to the court for the relief sought.**

**FOR GENERAL INQUIRIES, PLEASE CALL (919) 828-2501.**

**This the 18th day of May, 2023.**

**JORDAN PRICE WALL GRAY JONES & CARLTON, PLLC**

**BY:** ***/s/Hope Derby Carmichael***
**Hope Derby Carmichael**
**NC State Bar No. 18146**
***hcarmichael@jordanprice.com***
**Lori P. Jones**
**NC State Bar No. 32872**
***ljones@jordanprice.com***
**PO Box 10669, Raleigh, NC 27605**
**Telephone: (919) 828-2501**
**Facsimile: (919) 834-8447**

***Special Counsel for Plaintiff-Debtor***
***Fairfield Harbourside Condominium Association, Inc.***

**STATE OF NORTH CAROLINA
UTILITIES COMMISSION
RALEIGH**

DOCKET NO. E-7, SUB 1276

BEFORE THE NORTH CAROLINA UTILITIES COMMISSION

| | | |
|---|---|---|
| In the Matter of<br>Application of Duke Energy Carolinas, LLC, for Adjustment of Rates and Charges Applicable to Electric Service in North Carolina and for Performance-Based Regulation | )<br>)<br>)<br>)<br>) | PUBLIC NOTICE OF HEARING ON RATE INCREASE APPLICATION |

NOTICE IS HEREBY GIVEN that on January 19, 2023, Duke Energy Carolinas, LLC (DEC), filed an application with the Commission requesting authority to adjust and increase its rates and charges for retail electric service in North Carolina. DEC supplies retail electric service to approximately two million customers in North Carolina.

On March 16, 2023, the Commission issued an Order Scheduling Investigation and Hearings, Establishing Intervention and Testimony Due Dates and Discovery Guidelines, and Requiring Public Notice in the above-captioned docket. Among other things, the Scheduling Order scheduled public witness hearings for the purpose of receiving public witness testimony on DEC’s application in Durham County, Burke County, Mecklenburg County, Forsyth County, as well as via a remote hearing. The Commission further required DEC to give its customers notice of the impact of the application on customer rates, and of the dates, times, and locations of the public witness hearings.

The Commission has scheduled a sixth public witness hearing on DEC’s application for Monday July 31, 2023. The hearing shall be held remotely via Webex. The remote hearing will begin at 6:00 p.m. and end at the earlier of the last witness’ testimony or 9:00 p.m. A link to the hearing will be available at www.ncuc.gov. Members of the public who would like to testify must register in advance of the hearing, no later than 5:00 p.m. on Monday, July 24, 2023.

To register, please complete the electronic Remote Public Witness Registration form located on the Commission’s website at www.ncuc.gov/hearings/remotepublicregister.html. A confirmation email will be sent to the email provided after the registration form is submitted. Further instructions, including the call-in number, will be provided to you by email approximately one week before the hearing. Witnesses calling from a different number than provided at registration may experience delays or other difficulties in providing their testimony. If assistance is needed, please contact 919-733-0837.

**Only the first 20 individuals registered by 5:00 p.m. on Monday, July 24, 2023, will be allowed to testify at the Monday, July 31, 2023, remote public witness hearing. This hearing will be canceled if no one registers to testify by 5:00 p.m. on July 24, 2023.**

The public witness hearing will be conducted solely for the purpose of receiving the testimony of public witnesses in accordance with Commission Rule R1-21(g). The Commission reserves the right to limit testimony at the public witness hearing pursuant to Commission Rule R1-21(g)(5).

ISSUED BY ORDER OF THE COMMISSION.

This the 14th day of April, 2023.

NORTH CAROLINA UTILITIES COMMISSION

A.Shonta Dunston, Chief Clerk

 # PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

## TO THE CREDITORS OF THE FAILED INSTITUTION

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

## TO THE DEPOSITORS OF SIGNATURE BANK

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

RJ-GCI1039787-01

# PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

## TO THE CREDITORS OF THE FAILED INSTITUTION

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

## TO THE DEPOSITORS OF THE FAILED INSTITUTION

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A.** If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A.**. Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

SELL YOUR
car
tickets
antiques
motorcycle
computer
boat
sports
equipment
instrument
jewelry
furniture

FIND YOUR
dream job
next pet
collectible
boat
great guitar
camera
dining room
sports tickets
garage sale
new home

Check out the classified ads everyday.

SELL IT BUY IT FIND IT
cars tickets pets collectibles cameras coins instruments jewelry furniture computers and so much more
Place your classified ad today.

KOHLER.
Walk-In Bath
IMMERSE YOURSELF IN
SAFETY AND COMFORT

SPECIAL OFFERS AVAILABLE

Ask Your KOHLER Authorized Dealer About Exclusive Offers In Your Area†

$$$ SPECIAL FINANCING AVAILABLE
No Payments for 18 MONTHS‡

Call today for your FREE in-home quote!
855-238-5639

†Limited time offer. Valid at participating dealers only. Dealer sets all prices and is responsible for full amount of discount. Cannot be combined with any other advertised offer. Contact local dealer for financing details. ‡subject to credit approval. Interest is billed during the promotional period but all interest is waived if the purchase amount is paid before the expiration of the promotional period. There is no minimum monthly payment required during the promotional period. Financing for GreenSky® consumer loan programs is provided by federally insured, equal opportunity lender banks. NMLS #1416362. GreenSky® Program is a program name for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants. Participating lenders are federally insured, equal opportunity lender banks. GreenSky® is a registered trademark of GreenSky, LLC. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362 GreenSky® financing offers available at participating dealers only.

CTN 855-238-5639

Ad Number: 6328589001
Advertiser: Legal Notice
Insertion Number: 6328589001
Agency: Miller Advertising
Size: F1/8
Section-Page-Zone(s): A-5-All
Color Type: CMYK
Description: SIGNATURE BANK

San Francisco Chronicle
Thursday, June 1, 2023

# Leaders take heat for Rockridge crime

## Residents vent over incidents in North Oakland

By Rachel Swan

Photos by Scott Strazzante/The Chronicle

**Jennifer Graham, the mother of a slain son, asks Council Member Dan Kalb for mental health help for unhoused people during a community meeting to address crime and violence in North Oakland on Tuesday.**

**Area residents attend a community meeting to address crime in North Oakland, hosted by Council Member Dan Kalb, at Oakland Technical High School.**

Within the first five minutes of a raucous community safety meeting Tuesday night in North Oakland, residents vented frustrations and fear over a recent crime spike — and their perception that city leaders are doing little to address it.

Over the two hours that followed, a crowd of roughly 200 that had gathered at Oakland Technical High School confronted a panel of city officials, the interaction ranging from volcanic heckling to stunned silence. A woman stood and delivered a wrenching personal story about being beaten in front of her house. The owner of a pizzeria said his employees had been held up at gunpoint four times in six years. One person called the city a "failed progressive utopia."

Others described deteriorating street conditions and predicted that businesses would leave — what some would call a San Francisco "doom loop" that had migrated across the bridge.

The meeting, organized by City Council Member Dan Kalb, mounted pressure on political leaders and loudly made clear that crime is among the rawest topics in Oakland.

In North Oakland, eyes have turned to College Avenue, the shopping corridor in the Rockridge neighborhood that has become a new epicenter for burglaries and robberies.

The surge has residents and business owners on edge — including record store owner Henry Wimmer, who sees disturbing scenes play out almost daily through his window there.

A vehicle glides down the tree-lined strip, its occupants casing the parked cars for valuables. They spot a target and move with breathtaking speed, shattering windows with spark plugs, ransacking the seats and glove compartments, fleeing the area in seconds.

"In the last year, it's risen exponentially," Wimmer said, referring in sober tones to the relentless uptick in burglaries and robberies outside his shop.

During a recent press conference at Oakland City Hall, Police Chief Darren Allison conveyed the scale of the crime wave: Residents witnessed 100 robberies in a single week, and 50 in a tumultuous 72-hour period.

Rockridge, known for its clothing boutiques and farm-to-table restaurants, was among 14 neighborhoods hit by one prolific robbery crew — a group of nine children who police believe are connected to more than 35 crimes. Among them: the strong-arm robbery and assault of a 63-year-old woman outside Market Hall, a building at College and Shafter avenues where high-end grocery stalls face the sidewalk.

To date, the north Oakland area has seen a 22% increase in robberies over last year — from 101 reports, to 123 — and an 18% increase in violent crime, from 211 incidents to 249, according to Oakland police data.

But statistics alone fail to capture the anger unleashed at Tuesday's meeting, as members of the public faced off with officials including Kalb and police Capt. Jeffrey Thomason. Department of Violence Prevention Chief Kentrell Killens, who also appeared on the panel, drew cheers at one point, when he articulated a widely held sentiment: that people come to Oakland from out of town to commit crimes.

Chris Jackson, manager of the Rockridge District Association, did not plan to attend the meeting Tuesday, though he said he's familiar with the "plethora of issues" facing College Avenue. Sales are down, he said, many businesses are suffering from the lack of BART commuters who stopped by to shop or dine in previous years. Compounding all those losses is the now-ubiquitous anxiety about crime.

"It's shocking a lot of people in a neighborhood like this," said R.L. Smith, who was smoking on a park bench near Rockridge BART station on a recent morning. Smith, a long-time resident, described Rockridge as a nesting ground for affluent families and academics at UC Berkeley, who might expect to be insulated from violent crime and burglaries. Now, many homeowners appear gripped by apprehension, Smith said, intensified by feverish posts on Nextdoor about the latest smash-and-grabs down the block.

Some merchants who spoke with The Chronicle had reservations, saying they did not want to draw attention to the problem. Workers at Market Hall flinched when asked about the break-ins and the attack on the 63-year-old woman. David Gibson, a buyer at Paul Marcus Wines, threw his hands up.

"It's brazenness that's now spilled over to a physical attack," said Gibson, who was eating lunch near the scene of the assault. He and other shopkeepers were reluctant to discuss their experiences, saying they don't want to scare away customers.

Yet signs of rising theft are everywhere, from glass that often blankets the roadway, to plywood on the door of Pegasus Books, following a burglary a few months ago.

Bianca Salaverry, a clerk at Pegasus, said thieves broke into her parents' car in the Market Hall parking lot while they dined there earlier this month. Salaverry had watched the perpetrators peel out of the intersection at Shafter and College avenues, then circle the block and return, as though looking for another target.

Down the street, at Eddie's Drive In Liquors, manager Sachin Ghimire said that four men rushed in a couple of weeks ago and grabbed merchandise from the shelves. Ghimire tried to block the men on their way out, and said one of them shoved him.

"I don't know if they had a weapon," he said.

At the clothing store Bella Vita, clerk Allegra Rush said the staff has "been lucky" to avoid break-ins, though she has seen evidence of crime spiking in the neighborhood. Many shops have posted signs saying they no longer accept cash, Rush noted, surmising that the signs make them less vulnerable to armed robberies.

"There have been times that I looked (outside) and every car down the street had a window smashed," she said.

Wimmer, the founder of Open Mind Music record store, counts himself among the burglary victims. Last summer, while loading up his car at closing time, he went into the store for what he said was a few seconds.

In that span of time, a thief pulled up, busted his car window and swiped a laptop with proprietary business information, Wimmer said. Recounting the story less than a year later, he shook his head grimly.

"It set us back," he said.

Jackson remains hopeful. New restaurateurs are moving in from other corners of Oakland, and visitors still come from across the Bay Area. Last Friday, he met a couple who had driven in from Benicia.

"Of course," said Jackson, ever wary of the car break-in epidemic, "I had to warn them about their Tesla."

*Reach Rachel Swan: rswan@sfchronicle.com*

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY**

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A**. On **March 20, 2023**, the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

**PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY**

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A**. If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date**. You may claim your deposits at **Flagstar Bank, N.A**. by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024**, federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## PUBLIC NOTICES

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SILICON VALLEY BRIDGE BANK, N.A. SANTA CLARA, CA

On **March 27, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SILICON VALLEY BRIDGE BANK, N.A., Santa Clara, CA** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 10, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Silicon Valley Bridge Bank, N.A.**
600 North Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10542**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **First–Citizens Bank & Trust Company, Raleigh, NC** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

All deposits were fully insured and transferred to **First–Citizens Bank & Trust Company, Raleigh, NC.** If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **First–Citizens Bank & Trust Company, Raleigh, NC.** Requesting a review will not prevent you from using the funds in your new account.

**You may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **First–Citizens Bank & Trust Company, Raleigh, NC** within eighteen (18) months from the Closing Date, which is **September 27, 2024. Official Items issued by the Failed Institution; such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date.** You may claim your deposits at **First–Citizens Bank & Trust Company, Raleigh, NC** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

3003 Tasman Dr., Santa Clara, CA 95054

If you do not claim ownership of your Deposits at the New Institution by **September 27, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BRIDGE BANK, N.A. NEW YORK, NY

On **March 20, 2023** (the "Closing Date"), the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bridge Bank, N.A.**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10541**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF THE FAILED INSTITUTION**

The FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts - at the Failed Institution to another insured depository institution, **Flagstar Bank, N.A., Hicksville, NY** (the "New Institution"). This arrangement should minimize any inconvenience from the closing of the Failed Institution.

The vast majority of deposits, with the exception of those related to the digital banking business, were transferred to **Flagstar Bank, N.A.** with full ownership rights and capacities, and those accounts will continue to be insured by the FDIC up to the insurance limit. Digital banking business depositors, though, had until April 5, 2023, to close their accounts by contacting **Flagstar Bank, N.A.** If you are a depositor with accounts related to the digital banking business and you have not received any funds due, please contact the FDIC at (972) 761-2112.

If you disagree with the FDIC's determination of your insurance coverage as represented by the account(s) made available at the New Institution, you may request a review of the FDIC's determination in the United States District Court where the Failed Institution was located. You must request this review no later than 60 days after the date on which your deposits became available to you at **Flagstar Bank, N.A..** Requesting a review will not prevent you from using the funds in your new account.

**Unless you have deposits related to the digital banking business, you may leave your Deposits in the New Institution, but you must take action to claim ownership of your Deposits.** Under federal law (Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), you must claim ownership of your deposits at **Flagstar Bank, N.A.** within eighteen (18) months from the Closing Date, which is **September 20, 2024. Official Items issued by the Failed Institution, such as, cashier's checks, dividend checks, interest checks, expense checks, and money orders are considered Deposits and must also be claimed within 18 months from the Closing Date.** You may claim your deposits at **Flagstar Bank, N.A.** by taking any one of the following actions. If you have more than one deposit account, your action will automatically claim your deposits for all accounts.

1. Make a deposit to or withdrawal from your account(s), including writing a check on any account, automatic direct deposits, or automatic withdrawals.
2. Execute a new signature card on your account(s), enter into a new deposit agreement with the New Institution, change the ownership on your account(s), or renegotiate the terms of your certificate of deposit account(s).
3. Provide the New Institution with a completed change of address form.
4. Write to the New Institution at the address below and ask that your account(s) remain active. In your letter, include the type of the account(s): checking, savings, money market, etc., the name(s) on the account(s), the account number(s), and the signature of an authorized signer on the account(s), with your name and address.

102 Duffy Avenue, Hicksville, NY 11801

If you do not claim ownership of your Deposits at the New Institution by **September 20, 2024,** federal law requires these unclaimed deposits be transferred to the State's Unclaimed Property Division, according to your address listed with the Failed Institution. If your address is outside of the United States, the FDIC will deliver your deposits to the State in which the Failed Institution had its main office. According to the Unclaimed Deposits Amendments Act of 1993 (12 U.S.C. Section 1822(e)), **you will have ten years to claim your deposits from the State's Unclaimed Property Division according to the state's unclaimed property laws. If you do not claim your deposits from the State within the ten-year period, federal law prohibits you from claiming your deposits.**

If the State does not take custody of your Deposits, after the 18-month period, you may claim your Deposits from the FDIC until the receivership is terminated. A receivership can be terminated at any time. Once the receivership terminates, you will not be able to claim your deposits.

If you have a loan with the Failed Institution, and you would like to discuss offsetting your insured and/or uninsured Deposit(s) against the loan, visit the FDIC Claims Portal (https://resolutions.fdic.gov/claimsportal/s/), or call 972-761-2112.

## CLASS ACTION

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| BRIAN MART, Individually and on Behalf of All Others Similarly Situated, Plaintiff, vs. TACTILE SYSTEMS TECHNOLOGY, INC., et al., Defendants. | ) | Civ No. 0:20-cv-02074-NEB-DTS<br>CLASS ACTION<br>SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION |

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED TACTILE SYSTEMS TECHNOLOGY, INC. ("TACTILE" OR THE "COMPANY") PUBLICLY TRADED SECURITIES DURING THE PERIOD FROM MAY 7, 2018 THROUGH JUNE 8, 2020, INCLUSIVE, AND WERE DAMAGED THEREBY ("CLASS" OR "CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on August 23, 2023, at 10:00 a.m. (Central time), before the Honorable Nancy E. Brasel via Zoom at the link available at https://www.zoomgov.com/j/1600690317?pwd=M2RaOHSXFVZHVoR2ErQWl6cXd2UT09, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $5,000,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (3) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below), and, if so, in what amounts; and (4) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

To keep the number of video links to a manageable number, observers that wish to only watch the hearing shall participate by telephone using the following information:

Dial: 1-669-254-5252
Meeting ID: 160 069 0317
Passcode: 144682

IF YOU PURCHASED OR ACQUIRED TACTILE PUBLICLY TRADED SECURITIES FROM MAY 7, 2018 THROUGH JUNE 8, 2020, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (**postmarked no later than August 23, 2023**) or electronically (**no later than August 23, 2023**). Your failure to submit your Proof of Claim by August 23, 2023, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or acquired Tactile publicly traded securities from May 7, 2018 through June 8, 2020, inclusive, and do not request exclusion from the Class, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

If you have not received a copy of the Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), and a Proof of Claim, you may obtain these documents, as well as a copy of the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice) and other Settlement documents, online at www.TactileSecuritiesSettlement.com, or by contacting the Claims Administrator:

*Tactile Securities Settlement*
Claims Administrator
c/o Gilard & Co. LLC
P.O. Box 301134
Los Angeles, CA 90030-1134
1-888-846-6829

Inquiries should NOT be directed to Defendants, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED BY AUGUST 2, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 30% OF THE $5,000,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $139,000. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL **BY AUGUST 2, 2023**, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: May 4, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

[1] The Stipulation can be viewed and/or obtained at www.TactileSecuritiesSettlement.com.

## PUBLIC NOTICES

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SIGNATURE BANK NEW YORK, NY

On **March 12, 2023** (the "Closing Date"), the **New York State Department of Financial Services closed SIGNATURE BANK, New York, NY** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 17, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Signature Bank**
600 Pearl Street, Suite 700, Dallas, TX 75201
Attention: Claim Agent **10540**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SIGNATURE BANK**

On **March 12, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SIGNATURE BRIDGE BANK, N.A.** On **March 20, 2023,** the **Office of the Comptroller of the Currency** closed **SIGNATURE BRIDGE BANK, N.A., New York, NY** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Signature Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

## PUBLICATION NOTICE TO CREDITORS AND DEPOSITORS OF SILICON VALLEY BANK SANTA CLARA, CA

On **March 10, 2023** (the "Closing Date"), the **California Department of Financial Protection and Innovation** closed **Silicon Valley Bank, Santa Clara, CA** (the "Failed Institution") and appointed the Federal Deposit Insurance Corporation (the "FDIC") as Receiver (the "Receiver") to handle all matters relating to the Failed Institution.

**TO THE CREDITORS OF THE FAILED INSTITUTION**

All creditors having claims against the Failed Institution must submit their claims in writing, together with proof of the claims, to the Receiver **on or before July 10, 2023** (the "Claims Bar Date"). You may submit your proof of claim form via our interactive FDIC Claims Portal at https://resolutions.fdic.gov/claimsportal/s/, the FDIC website at https://www.fdic.gov/resources/forms/deposit-claims-and-asset-sales/index.html, or by calling 972-761-8677.

Claims may be submitted through the FDIC Claims Portal, or mailed to the following address:

FDIC as Receiver of
**Silicon Valley Bank**
600 North Pearl Street, Suite 700
Dallas, TX 75201
Attention: Claim Agent **10539**

**Under federal law 12 U.S.C. Section 1821(d)(5)(C), failure to file a claim on or before the Claims Bar Date will result in the Receiver disallowing the claim. The disallowance is final.**

NOTE TO CLASS CLAIMANTS: By law, the Receiver will not accept a claim filed on behalf of a proposed class of individuals or entities or a class of individuals or entities certified by a court. EACH individual or entity must file a separate claim with the Receiver.

**TO THE DEPOSITORS OF SILICON VALLEY BANK**

On **March 10, 2023,** the FDIC, which insures your deposits in its corporate capacity, arranged for the transfer of all deposits ("Deposits") - including the uninsured amounts – to **SILICON VALLEY BRIDGE BANK, N.A.** On **March 27, 2023,** the **Office of the Comptroller of the Currency** closed **SILICON VALLEY BRIDGE BANK, N.A., SANTA CLARA, CA** and appointed the Federal Deposit Insurance Corporation as Receiver to handle all matters relating to the Failed Institution. Please see the Silicon Valley Bridge Bank, N.A. publication notice for information about your deposits or visit www.FDIC.gov.

## BUSINESS OPPORTUNITIES

**20% + RETURN, APPROX.(9) MONTHS**

Invest $608,662 Receive $760,827+7% interest
**This is Michael Marich with The Capital Group**
Ive' been selling businesses for over (45) years
**References Available, Call (916) 772-7309**
**Email 4michaelmarich@gmail.com**

THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds
© 2023 Dow Jones & Company, Inc.
All Rights Reserved.

## BUSINESS OPPORTUNITIES

**HOT AIR BALLOON CO. FOR SALE**

in Beautiful
Napa Valley

Completely Turnkey
Huge Upside
Scalable

707-294-2944

## PUBLIC NOTICES

**PLEASE TAKE NOTICE THAT** Michele Vives, the Court-appointed Receiver ("Receiver") for 1inMM Capital, LLC ("1inMM") as well as assets that are attributable to investor or client funds or that were fraudulently transferred by 1inMM or Zachary J. Horwitz ("Horwitz"), and certain plaintiffs who invested in 1inMM, have reached an agreement to settle all claims asserted or that could have been asserted against Tyler Crookston arising out of or relating to 1inMM, the 1inMM Ponzi Scheme or JJMT Capital, LLC ("Settlement"). As part of the Settlement, the Receiver has asked the Court to permanently enjoin any person or entity from commencing any legal proceeding against Mr. Crookston asserting any legal claim arising out of, in connection with or relating in any way to, 1inMM, the 1inMM Ponzi Scheme, JJMT or Horwitz, as more particularly described in the proposed Bar Order (a "1inMM Claim"). All 1inMM Claims will be channeled into a receivership claims process the Court will establish by separate order.

Complete copies of the Settlement Agreement, the proposed Bar Order and other documents pertaining to the Settlement are available on the Receiver's website, www.1inMMreceivership.com.

Interested parties may submit written questions or objections to the Settlement to the Receiver by sending an email to 1inMM@douglaswilson.com by no later than 4:00 pm PDT on July 3, 2023. (All capitalized terms not defined in this notice are defined in the Settlement Agreement or the Motion.)

**Paladin Reinsurance Corporation**

This company advises all creditors that it is entering into a Commutation Plan under Section 1321(b) of the New York Insurance Law and Department Regulation 141 (11 NYCRR Section 128).

Any person who has and can provide details of a claim against this Estate should email by 14 July 2023 details of their claims to commutation@paladinreinsurance.com.