```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,

                        Plaintiff,           Case No. 23-CV-06008-RPK-TAM

        -vs-
                                              DECLARATION IN
EAST 16TH ST. REALTY, LLC,                    OPPOSITION
SIG CRE 2023 VENTURE LLC,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"

The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                        Defendants.
----------------------------------------------------------------------
```

I, JONATHAN E. NEUMAN, ESQ., declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am the attorney for the Plaintiff in the above-captioned action, and I make this declaration in opposition to Defendant SIG CRE 2023 VENTURE LLC's motion to dismiss. I am fully familiar with all of the facts and circumstances relevant to a proper determination herein.

2. Annexed hereto as **EXHIBIT 1** is a true copy of the Case Appearance printout from the New York State Courts Electronic Filing system for Index Number, 516690/2019, the State Court action that was removed to this Court. As shown therein, Plaintiff has had four attorneys since Suslovich & Klein, LLP was relieved as counsel in February 2020.

3. Annexed hereto as **EXHIBIT 2** is a true copy of the February 7, 2020 Order granting Suslovich & Klein LLP's motion to be relieved as counsel.

4. Annexed hereto as **EXHIBIT 3** is a true copy of the stipulation that I entered into with counsel for Signature Bank (which had already been taken over by the FDIC the month before), dated a mere week before the FDIC sent out the notice to Suslovich & Klein, LLP that is annexed to Defendant's motion as Exhibit C.

5. For the reasons set forth in Plaintiff's accompanying Memorandum of Law, it is respectfully submitted that the Court deny Defendant's motion to dismiss.

**WHEREFORE**, it is respectfully requested that Defendant's motion to dismiss be denied in its entirety, together with such other, further, and different relief as to this honorable Court may be just and proper.

This declaration is submitted pursuant to 28 U.S.C. §1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2024 in Fresh Meadows, New York.

/s/ Jonathan E. Neuman
JONATHAN E. NEUMAN, ESQ.