# EXHIBIT 1

## 516690/2019 - Kings County Supreme Court

Short Caption: **THE FELLOWSHIP FOR ADVANCED COMPREHENSIVE TALMUDICS, INC. v. EAST 16TH ST. REALTY, LLC et al**

Case Type: **Real Property - Mortgage Foreclosure - Commercial**

Case Status: **Disposed**

eFiling Status: **Partial Participation Recorded**

Assigned Judge: **Lawrence Knipel**

E-mail Participating Parties

**Full Caption**
The Fellowship For Advanced Comprehensive Talmudics, Inc. v. East 16th St. Realty, Llc, Signature Bank, New York State Department Of Taxation And Finance, John Doe #1 Through John Doe #10

### Plaintiffs/Petitioners

| Name | Consented By |
|---|---|
| THE FELLOWSHIP FOR ADVANCED COMPREHENSIVE TALMUDICS, INC. | SUSLOVICH, JACOB F on 07/30/2019<br>SUSLOVICH & KLEIN LLP |
| | Sarfaty, Eliahu on 08/19/2021<br>Sarfaty and Associates, PC |
| | NEUMAN, JONATHAN ELLERY on 11/29/2021<br>LAW OFFICES OF JONATHAN E. NEUMAN, ESQ.<br>**Attorney File #:** (Add Attorney File #) |
| | ROSENFELD, AVINOAM YACKOV on 09/04/2020<br>The Rosenfeld Law Office |
| | CHOVEV, SUSIE on 01/04/2021<br>Law Office of Susie Chovev, Esq. PLLC |

### Defendants/Respondents

| Name | Consented By |
|---|---|
| EAST 16TH ST. REALTY, LLC | WEISBROT, NATHANIEL A on 12/04/2020<br>Law Office of N. Ari Weisbrot LLC |
| | STEIN, MARTIN on 06/08/2021<br>HELLER HOROWITZ & FEIT |
| | SNITOW, GARY STEVEN on 08/27/2019<br>Offit Kurman P.A. |
| SIGNATURE BANK | WOLKENSTEIN, DAVID J. on 08/28/2019<br>Fidelity National Law Group |
| | Rosenberg, Eric Peter on 02/08/2021<br>FIDELITY NATIONAL LAW GROUP |
| | Hesekiel, Todd Harris on 06/07/2023<br>McLaughlin & Stern LLP |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | *none recorded* |
| JOHN DOE #1 through JOHN DOE #10 | *none recorded* |