# EXHIBIT 2

At an I.A.S. Trial Term, Part of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 7 day of Feb 2020

P R E S E N T :
Hon. Knipe
                    Justice

---

The Fellowship for Advent
Comprehensive Tdanlsc Inc.        Plaintiff(s)

Cal. No. 2
Index No. 576690/19

- against -

East 16th St. Realty, LLC.
                    Defendant(s)

---

The following papers numbered 1 to  read on this motion     Papers Numbered
Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed_____
Answering Affidavit (Affirmation)_____
Reply Affidavit (Affirmation)_____
_____Affidavit (Affirmation)_____
Pleadings - Exhibits_____
Stipulations - Minutes_____
Filed Papers_____

Order to show cause by Suslovich + Klein attorneys for Plaintiff seeking to withdraw as counsel for Plaintiff is granted without opposition ~~as defult~~.

This action shall be stayed for 30 days. A copy of this order shall be served on all parties within 10 days of this order. All other motions are adj'd to 3/25/20

For Clerks use only
MG___
MD___
Motion Seq. #

E N T E R
_____
J.S.C.
HON. LARRY D. MARTIN

EJV-rev 11-04