# EXHIBIT 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X  Index No. 516690/2019
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,

                Plaintiff,

- against -

EAST 16TH ST. REALTY, LLC, SIGNATURE BANK,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"
The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint;

                Defendants.
-------------------------------------------------------------------X

**STIPULATION OF ADJOURNMENT OF MOTION TO QUASH**

**Mot. Seq. No. 13**

      WHEREAS, plaintiff has brought a motion, *inter alia*, to quash three non-party subpoenas served by defendant, Signature Bank; and

      WHEREAS, On March 12, 2023, Signature Bank was closed by the New York State Department of Financial Services and the Federal Deposit Insurance Corporation (FDIC) was named Receiver; and

      WHEREAS, it is uncertain at this time whether the party succeeding to Signature Bank will be the FDIC Receiver or the bridge bank created by the FDIC to receive substantially all of the assets of Signature Bank, which is Signature Bridge Bank, National Association (N.A), which has since been purchased by Flagstar Bank, but either way, neither has yet appeared in this action; accordingly,

Page 1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, that the Discovery Motion brought by Plaintiff, Fellowship For Advanced Comprehensive Talmudics, Inc., against the defendant, Signature Bank (Mot. Seq. No. 13), currently returnable on April 12, 2023, be and is hereby adjourned to **May 10, 2023**, or the first available date thereafter; and

IT IS FURTHER HEREBY STIPULATED AND AGREED that a facsimile or emailed signature on this stipulation shall be accepted as an original.

Dated: New York, New York
April 3, 2023

| JONATHAN E. NEUMAN, ESQ. | FIDELITY NATIONAL LAW GROUP |
|---|---|
| By: /s/ Jonathan E. Neuman<br>Jonathan E. Neuman, Esq.<br>176-25 Union Turnpike, Suite 230<br>Fresh Meadows, New York 11366<br>(347) 450-6710<br>jnesq@jenesqlaw.com<br>*Counsel for Plaintiff* | By: /s/ David J. Wolkenstein<br>David J. Wolkenstein, Esq.<br>350 Fifth Avenue, Suite 3000<br>New York, New York 10118<br>Tel: (646) 708-8085<br>E-Mail: David.Wolkenstein@fnf.com<br>*Counsel for Defendant, Signature Bank* |

HELLER, HOROWITZ & FEIT, P.C

By: /s/Martin Stein
Martin Stein, Esq.
260 Madison Avenue, 17th Floor
New York, New York 10016
(917) 523-0692
MStein@hhandf.com
*Counsel for Defendants*
*East 16th St. Realty, LLC and 10 O.K , L.P.*

Page 3