UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE FELLOWSHIP FOR ADVANCED
COMPREHENSIVE TALMUDICS, INC.,

                        Plaintiff,        Case No. 23-CV-06008-RPK-TAM

-vs-

                                            **DECLARATION IN**
                                            **OPPOSITION**

EAST 16TH ST. REALTY, LLC,
SIG CRE 2023 VENTURE LLC,
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE, 10 O.K., L.P., and "JOHN DOE # 1"
through "JOHN DOE # 10,"

The last ten names being fictitious and unknown to
Plaintiff, the person or parties intended being the persons
or parties, if any, having or claiming an interest in or lien
upon the mortgaged property described in the complaint,

                        Defendants.
-----------------------------------------------------------------

      I, CHAVA GORDIMER, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am one of the Board members for the Plaintiff, THE FELLOWSHIP FOR ADVANCED COMPREHENSIVE TALMUDICS, INC. I am fully familiar with all of the facts and circumstances relevant to a proper determination herein.

2. I am informed that the Defendant has claimed that it mailed a notice to the Plaintiff, which the Defendant has annexed to its motion as Exhibit C.

3. The Plaintiff has never received any such notice.

4. Looking at the address on the notice, it was allegedly sent to our former attorneys, the law firm of Suslovich & Klein, LLP. However, Suslovich & Klein, LLP has not represented the Plaintiff since February 2020, when they were relieved as counsel in state court. Mr. Neuman has represented the Plaintiff since November 2021, as the Defendant is well aware, since the

1

Defendant's prior attorney has had numerous communications with Mr. Neuman, both before and after the FDIC was substituted into the state court action.

5. At no point was the Plaintiff aware of the alleged notice until Defendant filed its current motion. This is the first time we have ever seen this alleged notice.

This declaration is submitted pursuant to 28 U.S.C. §1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2024 in Washington Heights, New York.

_____
CHAVA GORDIMER